Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff. <br><br> vs. <br><br> Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, <br><br> Defendants. | Case No. _____ <br><br> **COMPLAINT FOR DECLARATORY RELIEF** |

Plaintiff, Great Divide Insurance Company ("Great Divide"), alleges as follows:

1. Great Divide is a corporation organized and existing under the laws of the State of North Dakota with its principal place of business in the State of Arizona.

2. Great Divide is authorized to transact business in the State of Alaska, has paid its biennial corporation taxes last due, filed its biennial report for the last reporting period and has

satisfied all other conditions precedent to bringing and maintaining this action.

3.   Defendant, Todd Christianson ("Christianson"), is an Alaska resident. Mr. Christianson is the owner of Great Alaska Lawn and Landscaping, Inc. ("Great Alaska") which was formerly an Alaska corporation with its principal place of business in Alaska.

4.   Keith Jones is a resident of the State of Alaska ("Jones").

5.   This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C., §§ 2201 and 1332 as this action is a declaratory judgment action between citizens of different states and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

6.   Venue is proper in this Court pursuant to 28 U.S.C., § 1391.

7.   Great Divide issued a general liability insurance policy to Titan Enterprises, LLC, d/b/a Titan Top Soil identified as Policy No. GC240519 (the "Policy") covering policy period 4/8/03 to 4/8/04. The Policy provides coverage of $1 million per occurrence. A copy of the Policy is attached as Exhibit 1.

8.  Jones alleges that on June 3, 2003, while employed by Titan Enterprises, LLC, he was injured by a hydromulcher supplied by Christianson and Great Alaska.

9.  Jones has sued Christianson and Great Alaska alleging they are strictly liable for his injuries or alternatively that their negligence has caused him injury. A copy of Jones's amended complaint is attached as <u>Exhibit</u> <u>2</u>.

10. Christianson and Great Alaska have tendered the defense of the Jones lawsuit to Great Divide, <u>Exhibit</u> <u>3</u>. Great Divide has denied coverage for Jones's claims against Christianson and Great Divide, <u>Exhibit</u> <u>4</u>.

11. Great Divide is entitled to a declaration that there is no liability coverage for the damages being asserted against Christianson and Great Alaska by Jones.

12. Great Divide is entitled to a declaration that there is no duty to defend either Christianson or Great Alaska against the allegations of Jones.

WHEREFORE, Great Divide asks the Court for the following relief:

A.  Entry of an order that Great Divide has no obligation to pay any of the damage assessed against Christianson or Great Alaska in the underlying lawsuit against them brought by Jones.

B.   Entry of an order that Great Divide has no obligation to provide for the defense of Christianson and Great Alaska in the underlying lawsuit brought against them by Jones.

C.   An award of its costs and attorney's fees.

D.   Such other relief as the Court may deem just and equitable.

DATED at Anchorage, Alaska, this 13th day of March, 2006.

                                BISS & HOLMES
                                Attorneys for Plaintiff
                                GREAT DIVIDE INSURANCE CO.

                                s/Roger F. Holmes
                                3948 Clay Products Drive
                                Anchorage, Alaska 99517-1014
                                (907) 248-8013 Phone
                                (907) 243-6695 Fax
                                E-mail: roger.bh@gci.net
                                Alaska Bar No. 7011060