COMMERCIAL LINES POLICY
COMMON POLICY DECLARATIONS

# GREAT DIVIDE INSURANCE COMPANY
Scottsdale, Arizona

☒ New
☐ Renewal
☐ Rewrite
☐ Cross Ref.

Policy No. **GC240519**

**Named Insured and Mailing Address**
(No., Street, Town or City, County, State, Zip Code)

TITAN ENTERPRISES LLC
DBA TITAN TOP SOIL
12870 OLD SEWARD HWY STE 114
ANCHORAGE           AK  99515-

**Agent and Mailing Address**      Agency No. ___4603-00___
(No., Street, Town or City, County, State, Zip Code)

Superior Underwriters
2027 152nd NE, #C-24
Redmond, WA 98052

Policy Period:  From  04/28/2003  to  04/28/2004  at 12:01 A.M. Standard Time
at your mailing address shown above.

Business Description: LANDSCAPING/SAND & GRAVEL DIGGING         Tax State __AK__

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|  | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| **Tax & Fee Schedule** | TOTAL ADVANCE PREMIUM  $ |
| Policy Fee         $ 250.00 | (Minimum & Deposit) |
|  | TOTAL TAXES & FEES  $ |
|  | TOTAL  $ |

Form(s) and Endorsement(s) made a part of this policy at time of issue*:

Refer to S902 (12/98) Schedule of Forms and Endorsements

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations.

Countersigned: Redmond, WA          By _____
                04/30/2003  DE          Countersignature or Authorized Representative, whichever is applicable

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE
FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY
Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc., 1983, 1984

GS 944 (07/00)                HOME OFFICE

Exhibit ___1___
Page ___1___ of __80__ Pages

**GREAT DIVIDE INSURANCE COMPANY**

Policy Number: GC240519

Insured: TITAN ENTERPRISES LLC
DBA TITAN TOP SOIL

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Form | Description |
|---|---|
| GS9447 (01/02) | Policy Jacket |
| IL0017 (11/98) | Common Policy Conditions |
| IL0021 (04/98) | Exclusion-Nuclear Energy Liab |
| S013 (12/00) | Min Earned Prem Endt |
| S157 (07/99) | Important Notice Policyholder |
| S150 (02/01) | CGL Cvg Part Dec |
| CG0001 (10/01) | CGL Coverage Form |
| S001 (04/97) | Amdt of Premium Conditions |
| S002 (04/97) | Contractual Liab Limitation |
| S012 (04/99) | Excl-Independent Contractors |
| S022 (04/97) | Ded Liab Incl Cost & Exp |
| S038 (02/95) | Amendment of Liquor Liab Excl |
| S051 (09/00) | Addl Excl |
| S058 (06/02) | Contractor Special Conditions |
| S076 (04/99) | Excl-Communicable Disease |
| S091 (04/99) | Excl-Lead Contamination |
| S127 (06/00) | Amdmt Ent-Employee Excl |
| S113 (03/98) | AK Chngs-Attorney Fees |
| IL0280 (12/01) | AK Cancel/Nonrenewal |
| CG2670 (10/01) | AK Chngs Def of Metatag |
| CG2676 (01/02) | War or Terrorism Excl-AK |

**MISCELLANEOUS FORMS APPLICABLE:**

S902 (12/98) Page 1          All Other Forms and Endorsements of this Policy Remain Unchanged.

Exhibit _____1_____
Page __2__ of _80_ Pages

## SCHEDULE OF FORMS AND ENDORSEMENTS (Continued)

S902 (12/96) Page 2      All Other Forms and Endorsements of this Policy Remain Unchanged.

Exhibit 1
Page 3 of 80 Pages

http://172.19.4.226/va3i/LocalPrint2.asp?docid=50875755&pagetotal=15&zoom=40&enh...    5/27/2005



# GREAT DIVIDE INSURANCE COMPANY
A North Dakota Stock Corporation

## COMMERCIAL LINES POLICY

THIS POLICY IS NOT OBTAINED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

THIS POLICY CONSISTS OF:

- Declarations;
- Common Policy Conditions; and
- One or more Coverage Parts. A Coverage Part consists of:

    - One or more Coverage Forms; and
    - Applicable Forms and Endorsements.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_____          _____
Secretary                                              President and CEO

Administrative Office
7273 E. Butherus Drive    Scottsdale, Arizona 85260    Telephone (480) 951-0905    Facsimile (480) 951-9730

*A BERKLEY COMPANY*℠

Exhibit ___1___
Page __4__ of _80_ Pages

GS944J (01/02)

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Exhibit ___1___

Page ___5___ of ___80___ Pages

INTERLINE
IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
(Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

    A. Under any Liability Coverage, to "bodily injury" or "property damage":

    (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

    (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

    (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

    (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.

    "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

Exhibit ___1___
Page __6__ of __80__ Pages

IL 00 21 04 98   Copyright, Insurance Services Office, Inc., 1997   Page 1 of 2   ☐

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Exhibit  1
Page  7  of  80  Pages

# GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC240519                                                                 ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MINIMUM EARNED PREMIUM ENDORSEMENT

If this insurance is cancelled at your request, there will be a minimum earned premium retained by us of

$ __1,969__ or __25__ % of the premium for this insurance, whichever is greater.

If a policy fee, inspection fee or expense constant is applicable to this policy, the fee(s) will be fully earned and no refund of fees will be made.

All other Terms and Conditions of this Policy remain unchanged.

S 013 (12/00)

Exhibit __1__
Page __8__ of __80__ Pages

http://172.19.4.226/va3i/LocalPrint2.asp?docid=50875755&pagetotal=15&zoom=40&enh...   5/27/2005

## IMPORTANT INFORMATION TO POLICYHOLDERS

**QUESTIONS WITH YOUR INSURANCE POLICY AND COVERAGES** - If you have any questions or problems with your insurance coverage, please contact your agent first. If you are not satisfied with the response from your agent, you can contact the insurance company as follows:

**GREAT DIVIDE INSURANCE COMPANY**
7273 East Butherus Drive
Scottsdale, AZ 85260
(480) 951-0905
(800) 842-8972

It is also your right if you are not satisfied with the response you receive from either your agent or this insurance company to contact your State Department of Insurance, found under the Government - State listings in your local phone book. Some states require more specific information regarding the address and phone numbers of state government offices to contact. For these states we have attached a separate notice with your policy which comply with these more detailed statutes.

Written Correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent, insurance company or the State Department of Insurance, please have your policy number available.

Exhibit 1
Page 9 of 80 Pages

S157 (07/99)

## GREAT DIVIDE INSURANCE COMPANY
## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

POLICY NUMBER: GC240519     Effective Date: 04/28/2003    12:01 A.M. Standard Time

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ INCLUDED | |
| Personal and Advertising Injury Limit | $ 1,000,000 | |
| Each Occurrence Limit | $ 1,000,000 | |
| Fire Damage Limit | $ 100,000 | Any One Fire |
| Medical Expense Limit | $ 5,000 | Any One Person |

### BUSINESS DESCRIPTION AND LOCATION OF PREMISES

FORM OF BUSINESS: ☐ Individual  ☐ Joint Venture  ☐ Partnership  ☒ Organization (Other than Partnership or Joint Venture)
BUSINESS DESCRIPTION: LANDSCAPING/SAND & GRAVEL DIGGING
LOCATION OF ALL PREMISES YOU OWN, RENT, OR OCCUPY:
12870 OLDSEWARD HWY STE 114    ANCHORAGE, AK 99515

LOCATION OF JOB SITE (If Designated Projects are to be Scheduled):

| CODE # ~ CLASSIFICATION | * | PREMIUM BASE | RATE PR/CO | RATE All Other | ADVANCE PREMIUM |
|---|---|---|---|---|---|
| # 97047 ~ Landscape Gardening INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | P | 300,000 PAYROLL | INCLUDED | 17.956 | INCLUDED 5,387 |
| # 98710 ~ SAND AND GRAVEL DIGGING - INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | P | 150,000 PAYROLL | INCLUDED | 14.970 | INCLUDED 2,246 |

PREMIUM BASE SYMBOLS
a = Area (per 1,000 square feet of area)      c = Total Cost (per $1,000 Total Cost)
m = Admissions (per 1,000 Admissions)   p = Payroll (per $1,000 of Payroll)   s = Gross Sales (per $1,000 Gross Sales)
t = See Classification                                u = Units (per unit)

PREMIUM FOR THIS COVERAGE PART   $ 7,633

### FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere in the policy)
Forms and Endorsements applying to this Coverage Part and made part of this policy.
Refer to S902 (12/98) Schedule of Forms and Endorsements

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

S150 (02/01)   Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright Insurance Service Office, Inc. 1983, 1984

Exhibit  1
Page  10  of  80  Pages