b. Includes
  (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and
  (2) The providing of or failure to provide warnings or instructions.
c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":
  a. Means:
    (1) Work or operations performed by you or on your behalf; and
    (2) Materials, parts or equipment furnished in connection with such work or operations.
  b. Includes
    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and
    (2) The providing of or failure to provide warnings or instructions.

Exhibit 1
Page 26 of 80 Pages

GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC240519                                          LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DEDUCTIBLE LIABILITY INSURANCE
(Including Costs and Expenses)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount of Deductible |
|---|---|
| Bodily Injury Liability (including Costs and Expenses) | $ 500 per claim |
| Property Damage Liability (including Costs and Expenses) | $ 500 per claim |

1. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the schedule as applicable to such coverages, and the limits of insurance applicable to each "occurrence" for such coverages will be reduced by the amount of such deductible. Aggregate limits for such coverages shall not be reduced by the application of such deductible.
2. The deductible amounts stated are on a **PER CLAIM BASIS** the deductible amount applies:
   a. Under the Bodily Injury Liability, to all damages because of "bodily injury" sustained by one person; or
   b. Under the Property Damage Liability, to all damages because of "property damage" sustained by one person or organization;
   as a result of any one "occurrence".
3. The deductible amount shown in the Schedule applies toward investigation, adjustment and legal expenses incurred in the handling and investigation of each claim, whether or not payment is made to claimant, compromise settlement is reached or claim is denied.
4. The terms of this insurance, including those with respect to:
   a. Our right and duty to defend "suits" seeking those damages; and
   b. Your duties in the event of an "occurrence", claim or "suit",
   apply irrespective of the application of the deductible amount.
5. We may at our sole election and option, either:
   a. Pay any part or all of the deductible amount to effect settlement of any claim or "suit" and upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us; or
   b. Upon our receipt of notice of any claim or at any time thereafter, request you to pay over and deposit with us all or any part of the deductible amount, to be held and applies per the terms of this policy.

All other Terms and Conditions of this Insurance remain unchanged.

S022 (04/97)

Exhibit ___1___
Page __27__ of __80__ Pages

**NAUTILUS INSURANCE COMPANY**

LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDATORY ENDORSEMENT - EMPLOYEE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Exclusion e. Employer's Liability of COVERAGE A. Bodily Injury and Property Damage Liability (Section I - Coverages) is **replaced** by the following:

   e. Employer's Liability
     "Bodily injury" to:
     (1) An "employee" of the insured arising out of and in the course of:
       (a) Employment by the insured; or
       (b) Performing duties related to the conduct of the insured's business; or
     (2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.
     This exclusion applies:
     (1) Whether the insured may be liable as an employer or in any other capacity; and
     (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

As respects this endorsement only, the definition of "Employee" in DEFINITIONS (Section V) is **replaced** by the following:

   "**Employee**" shall include, but is not limited to, any person or persons hired by, loaned to, leased to, contracted for, or volunteering services to the insured, whether or not paid by the insured.

All other terms and conditions of this Policy remain unchanged.

Exhibit ___1___
Page _28_ of _80_ Pages

S127 (06/00)

# NAUTILUS INSURANCE COMPANY

LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL EXCLUSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### EXCLUSION — TOTAL POLLUTION

Exclusion f. under Paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability is replaced by the following:

This insurance does not apply to:

f. Pollution

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants."

"Includes copyrighted material of Insurance Services Office, Inc. with its permission."
"Copyright, Insurance Services Office, Inc., 1998"

CG 21 49 09 99

The following exclusions are added to Paragraph 2., Exclusions of COVERAGE (Section I - Coverages):

### EXCLUSION — EMPLOYMENT RELATED PRACTICES

This insurance does not apply to:

"Bodily injury" or "personal and advertising injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraph (a), (b), or (c) above is directed.

This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

"Includes copyrighted material of Insurance Services Office, Inc. with its permission."
"Copyright, Insurance Services Office, Inc., 1993"

CG 21 47 07 98

S051 (09/00)                                                                 Page 1 of 2

Exhibit ___1___
Page __29__ of __80__ Pages

### EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES

This insurance does not apply to a claim of or indemnification for punitive or exemplary damages. If a "suit" shall have been brought against you for a claim within the coverage provided under the policy, seeking both compensatory and punitive or exemplary damages, then we will afford a defense for such action. We shall not have an obligation to pay for any costs, interest or damages attributable to punitive or exemplary damages.

S017 (01/98)

### EXCLUSION - ASBESTOS, SILICA DUST, TOXIC SUBSTANCES

This insurance does not apply to:

(1) "Bodily injury," "personal and advertising injury" or medical payments caused by asbestosis, silicosis, mesothelioma, emphysema, pneumoconiosis, pulmonary fibrosis, pleuritis, endothelioma or any lung disease or any ailment caused by, or aggravated by exposure, inhalation, consumption or absorption of asbestos fibers or dust or silica dust;

(2) Any "property damage" due to or arising out of the actual or alleged presence of asbestos or silica dust in any form, including the costs of remedial investigations or feasibility studies, or to the costs of testing, monitoring, cleaning or removal of any property or substance; or

(3) "Bodily injury," "property damage," "personal and advertising injury" or medical payments or any other action based upon Insured(s) supervision, removal, instructions, recommendations, warranties (expressed or implied), warnings or advice given, or withheld regarding asbestos fibers or dust or silica dust.

S049 (04/99)

## ADDITIONAL CONDITIONS

### NOTICE TO POLICYHOLDERS

This insurance does not provide coverage as required by Environmental Protection Agency (EPA) 40 CFR Parts 280 and 281 for underground storage tanks nor any coverage under CERCLA or similar State or Federal Environmental Act(s).

This policy Excludes all Coverage for Pollution.

S005 (02/95)

### LIMITATION - OTHER INSURANCE

Sub-Paragraph b. (1d) of CONDITION 4. Other Insurance, under COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV), providing Excess Insurance if the loss arises out of the maintenance or use of aircraft, "autos" or watercraft is deleted.

S073 (04/99)

All other Terms and Conditions of this Insurance remain unchanged.

GREAT DIVIDE INSURANCE COMPANY

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ALASKA CHANGES — ATTORNEY FEES

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> BUSINESSOWNERS POLICY
> COMMERCIAL AUTO FORM
> COMMERCIAL CRIME FORM
> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> COMMERCIAL INLAND MARINE COVERAGE FORM
> COMMERCIAL PROPERTY COVERAGE FORM
> GARAGE COVERAGE FORM

In any suit in Alaska in which we have a right or duty to defend an insured in addition to the limits of liability, our obligation under the applicable coverage to pay attorneys fees taxable as costs against the insured is limited as follows:

Alaska Rule of Civil Procedure 82 provides that if you are held liable, some or all of the attorney fees of the person making a claim against you must be paid by you. The amount that must be paid by you is determined by Alaska Rule of Civil Procedure 82. We provide coverage for attorney fees for which you are liable under Alaska Rule of Civil Procedure 82 subject to the following limitation:

> We will not pay that portion of any attorney's fees that is in excess of fees calculated by applying the schedule contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage.

This limitation means the potential costs that may be awarded against you as attorney fees may not be covered in full. You will have to pay any attorneys fees not covered directly.

For example, the attorney fees provided by the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) are:

> 20% of the first $25,000 of a judgement;
> 10% of the amounts over $25,000 of a judgement.

Therefore, if a court awards a judgement against you in the amount of $115,000, in addition to that amount you would be liable under Alaska Rule of Civil Procedure 82(b)(1) for attorney fees of $15,000, calculated as follows:

| | |
|---|---|
| 20% of $ 25,000 | $ 5,000 |
| 10% of $100,000 | $10,000 |
| Total Award $125,000 | Total Attorney Fees $15,000 |

If the limit of liability of the applicable coverage is $100,000, we would pay $100,000 of the $125,000 award, and $12,500 for Alaska Rule of Civil Procedure 82(b)(1) attorney fees, calculated as follows:

| | |
|---|---|
| 20% of $ 25,000 | $ 5,000 |
| 10% of $ 75,000 | $ 7,500 |
| Total Limit of Liability $100,000 | Total Attorney Fees Covered $12,500 |

You would be liable to pay, directly and without our assistance, the remaining of $25,000 in liability plus the remaining $2,500 for attorney fees under Alaska Rule of Civil Procedure 82 not covered by this policy.

S 113 (07/96)

Exhibit ___I___
Page __31__ of _80_ Pages

IL 02 80 12 01

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ALASKA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

A. The **Cancellation** Common Policy Condition is replaced by the following:

   1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

   2. We may cancel this policy by mailing to you and the agent or broker of record written notice of cancellation. Such notice, stating the reason for cancellation, must be sent by first class mail at least:

      a. 10 days before the effective date of cancellation if we cancel for:

         (1) Conviction of the insured of a crime having as one of its necessary elements an act increasing a hazard insured against, or

         (2) Fraud or material misrepresentation by the insured or a representative of the insured in obtaining the insurance or by the insured in pursuing a claim under this policy; or

      b. 20 days before the effective date of cancellation if we cancel for:

         (1) Nonpayment of premium, or

         (2) Failure or refusal of the insured to provide the information necessary to confirm exposure or determine the policy premium; or

      c. 60 days before the effective date of cancellation if we cancel for any other reason.

   3. We will mail our notice to your last known address and the last known address of the agent or broker of record.

   4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

   5. A post office certificate of mailing or certified mail receipt will be sufficient proof of mailing of notice.

   6. If this policy is cancelled, we will return any premium refund due to the agent or broker of record, or directly to the first Named Insured, or, if applicable, to the premium finance company. If:

      a. We cancel, the refund will be the pro rata unearned premium. The refund will be returned or credited before the effective date of cancellation. However, if cancellation is for:

         (1) Nonpayment of premium;

         (2) Conviction of the insured of a crime having as one of its necessary elements an act increasing a hazard insured against;

Exhibit 1
Page 32 of 80 Pages

IL 02 80 12 01                  © ISO Properties, Inc., 2001                  Page 1 of 2    ☐

(3) Discovery of fraud or material misrepresentation made by the insured or a representative of the insured in obtaining the insurance or by the insured in pursuing a claim under the policy;

(4) Failure or refusal of the insured to provide the information necessary to confirm exposure or necessary to determine the policy premium; or

(5) A reason described in AS Sec. 21.36.210(a)(2);

any unearned premium shall be returned or credited within 45 days after the cancellation notice is given; or

b. The first Named Insured cancels, the refund:

(1) Will be the pro rata unearned premium minus a cancellation fee of 7.5% of the pro rata unearned premium. However, we will not retain this cancellation fee if this policy is cancelled:

(a) And rewritten with us or in our company group;

(b) At our request;

(c) Because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance; or

(d) After the first year for a prepaid policy written for a term of more than one year; or

(2) Will be returned or credited:

(a) By the effective date of cancellation; or

(b) Within 45 days of your request to cancel;

whichever is later.

If the policy is selected for audit, we will complete the audit within 45 days of receipt of the request for cancellation. The refund will be returned within 45 days of completion of an audit, or the effective date of cancellation, whichever is later.

B. The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice of nonrenewal, by first class mail, to you and the agent or broker of record at least 45 days before:

    a. The expiration date; or

    b. The anniversary date if this policy has been written for more than one year or with no fixed expiration date.

2. We need not mail notice of nonrenewal if:

    a. We have manifested in good faith our willingness to renew; or

    b. The first Named Insured has failed to pay any premium required for this policy; or

    c. The first Named Insured fails to pay the premium required for renewal of this policy.

3. Any notice of nonrenewal will be mailed to your last known address and the last known address of the agent or broker of record. A post office certificate of mailing or certified mail receipt will be sufficient proof of mailing of notice.

C. The following Condition is added:

**NOTICE OF PREMIUM OR COVERAGE CHANGES ON RENEWAL**

If the premium to renew this policy increases more than 10% for a reason other than an increase in coverage or exposure basis, or if after the renewal there will be a material restriction or reduction in coverage not specifically requested by the insured, we will mail written notice to your last known address and the last known address of the agent or broker of record at least 45 days before:

1. The expiration date; or

2. The anniversary date if this policy has been written for more than one year or with no fixed expiration date.

Exhibit 1
Page 33 of 80 Pages

COMMERCIAL GENERAL LIABILITY
CG 26 70 10 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ALASKA CHANGES – DEFINITION OF METATAG

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following is added to **Section V – Definitions:**

"Metatag" means hidden or embedded text or code that is not seen by persons viewing the web site, but that operates to attract search engines to that site.

B. Exclusion I. under Paragraph 2. of **Section I – Coverage B – Personal And Advertising Injury** is replaced by the following:

  2. **Exclusions**

   This insurance does not apply to:

   I. **Unauthorized Use Of Another's Name Or Product**

   "Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or "metatag", or any other similar tactics to mislead another's potential customers.

Exhibit __I__
Page __34__ of __80__ Pages

COMMERCIAL GENERAL LIABILITY
CG 26 76 01 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WAR OR TERRORISM EXCLUSION – ALASKA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion **i.** under Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

   **2. Exclusions**

   This insurance does not apply to:

   **i. War Or Terrorism**

   "Bodily injury" or "property damage" arising, directly or indirectly, out of:

   (1) War, including undeclared or civil war; or

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

   (4) "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism";

   regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage. If "bodily injury" or "property damage" is caused by a chain of events, and the dominant cause of such "bodily injury" or "property damage" is not otherwise excluded, we will not deny coverage on the basis that a secondary cause of the "bodily injury" or "property damage" is excluded under this insurance.

   However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

   (1) The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

   (2) Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   (a) Physical injury that involves a substantial risk of death; or

   (b) Protracted and obvious physical disfigurement; or

   (c) Protracted loss of or impairment of the function of a bodily member or organ; or

   (3) The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

   (4) The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

   (5) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Exhibit ___I___
Page __35__ of __80__ Pages

CG 26 76 01 02                    © ISO Properties, Inc., 2002                    Page 1 of 3