Paragraphs **(1)** and **(2)**, immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**War Or Terrorism**

"Personal and advertising injury" arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

(4) "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism";

regardless of any other cause or event that contributes concurrently or in any sequence to the injury. If "personal and advertising injury" is caused by a chain of events, and the dominant cause of such "personal and advertising injury" is not otherwise excluded, we will not deny coverage on the basis that a secondary cause of the "personal and advertising injury" is excluded under this insurance.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

(1) The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

(2) Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

(a) Physical injury that involves a substantial risk of death; or

(b) Protracted and obvious physical disfigurement; or

(c) Protracted loss of or impairment of the function of a bodily member or organ; or

(3) The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

(4) The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

(5) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs **(1)** and **(2)**, immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

Exhibit I

Page 36 of 80 Pages

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. Exclusion **h.** under Paragraph **2.**, **Exclusions** of **Section I – Coverage C – Medical Payments** does not apply.

D. The following definition is added to the **Definitions** Section:

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

    a. Use or threat of force or violence; or

    b. Commission or threat of a dangerous act; or

    c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

    a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

Exhibit  1
Page 37 of 80 Pages

04/29/2003 07:44 FAX 907 258 3105    C H I of ALASKA INC                @002
04/01/2003 09:07 FAX 4256432337      SUPERIOR REDMOND                   @002/003

# POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act of 2002 (the "Act"), effective November 26, 2002, you now have a right to purchase insurance coverage for losses arising out of an act of terrorism, as defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Coverage under your  X  NEW or ___ RENEWAL policy is effected as follows:

YOUR POLICY ALREADY INCLUDES COVERAGE FOR LOSS OR DAMAGE CAUSED BY A FIRE RESULTING FROM TERRORISM (A "FIRE FOLLOWING TERRORISM"), REGARDLESS OF WHETHER SUCH A FIRE FALLS WITHIN THE SCOPE OF THE ACT'S DEFINITION OF "ACT OF TERRORISM."

YOU SHOULD KNOW COVERAGE THAT MAY BE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM, AS DEFINED IN THE ACT, IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY THE ACT. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

THE PORTION OF YOUR PREMIUM THAT IS ATTRIBUTABLE TO COVERAGE FOR LOSS OR DAMAGE THAT IS CAUSED BY A "FIRE FOLLOWING TERRORISM" THAT IS ALSO AN "ACT OF TERRORISM" IS $ 0

SELECTION OR REJECTION OF COVERAGE FOR LOSSES ARISING OUT OF AN "ACT OF TERRORISM": UNDER FEDERAL LAW, YOU MAY SELECT OR REJECT THIS OFFER OF COVERAGE FOR ACTS OF TERRORISM, AS DEFINED IN THE ACT NOT ALREADY COVERED BY THIS POLICY. IF YOU SELECT COVERAGE, YOU MUST SUBMIT THE PREMIUM REQUIRED. IF YOU REJECT COVERAGE, YOU WILL NOT BE COVERED FOR LOSSES ARISING FROM ACTS OF TERRORISM, AS DEFINED IN THE ACT EXCEPT FOR LOSS OR DAMAGE CAUSED BY "FIRE FOLLOWING TERRORISM".

[ ] I hereby elect to purchase coverage, subject to the limitations of the Act, for acts of terrorism, as defined in the Act, and not otherwise covered in the policy for a premium of $ 513.00 . (Includes state stamping fee of $_____, state surplus tax of $_____, and other applicable state taxes or fees $ 24.00 ).

[X] I hereby elect to have the exclusion or coverage for acts of terrorism, as defined in the Act, endorsed to my policy. I understand that I will have no coverage, except for loss or damage caused by "fire following terrorism", for losses arising from acts of terrorism, as defined in the Act, and that they are specifically excluded from my policy.

_____    GREAT DIVIDE INSURANCE COMPANY
Policyholder/Applicant's Signature    Insurance Company

KEVIN THOMPSON
Print Name                            _____
                                      Policy Number
4/28/03
Date                                  Titan Enterprises Inc
                                      Named Insured

S994 (12/02)

Exhibit       1
Page    38   of   80   Pages

**GREAT DIVIDE INSURANCE COMPANY**

POLICY NUMBER: GC240519

Named Insured: TITAN ENTERPRISES, LLC
DBA TITAN TOP SOIL

ENDORSEMENT #: 1

Agency #: 04603-00

Endorsement Effective Date: 07/23/2003

**STANDARD CHANGE ENDORSEMENT**

It is understood and agreed that:

- [ ] 1. Name of the Insured
- [ ] 2. Mailing address of Insured
- [ ] 3. Inception Date
- [ ] 4. Expiration Date
- [ ] 5. Policy Is Cancelled Effective _____
      (Attach cancellation evidence)

- [ ] 6. Limit of  [ ] Liability  [ ] Property
- [ ] 7. Classification, Premium Basis or Rating
       (Complete Schedule below)
- [ ] 8. Location # _____
- [ ] 9. Endorsement # _____
- [x] 10. Other ADDITIONAL INSURED IS ADDED PER FORM S152, ATTACHED

- [ ] Is added and made a part of the policy.
- [ ] Is deleted from the policy.
- [ ] Is corrected or changed to read as follows:

- [ ] The Schedule below is added to the Declarations:

| CODE # - CLASSIFICATIONS | * | PREMIUM BASE | RATE PR/CO | RATE All Other | PREMIUM |
|---|---|---|---|---|---|
| # - | | | | | |
| # - | | | | | |

* PREMIUM BASE SYMBOLS
m = Admissions (per 1,000 Admissions)
t = See Classification

a = Area (per 1,000 Square feet of area)
p = Payroll (per $1,000 of Payroll)
u = Units (per Unit)

c = Total Cost (per $1,000 Total Cost)
s = Gross Sales (per $1,000 Gross Sales)

Tax & Fee Schedule                                $

Premium: [ ] None  [x] AP  [ ] RP  $   90.00
Total Taxes & Fees  $
TOTAL PREMIUM DUE  $   90.00

All other Terms and Conditions of this Policy remain unchanged.

S080 (01/97)   Redmond, WA   08/04/2003   KH

Countersigned _____ whichever is applicable

Exhibit ___1___
Page __39__ of __80__ Pages

2003 AUG 15 A 10: 55 NIC/GDIC

## GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC240519                                          LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies coverage provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

WHO IS AN INSURED(Section II) is amended to include as an insured the person or organization shown in the Schedule and only for liability arising out of your negligence and only for occurrences or coverage not otherwise excluded in the policy to which this endorsement applies.

SCHEDULE

Name of Person or Organization:

CHESTER PARKS ESTATES

All other Terms and Conditions of this Insurance remain unchanged.

2003 AUG 15 A 10: 56  NIC/GDIC

S 152 (04/97)

Exhibit _____1_____
Page __40__ of __80__ Pages

# ACORD. CERTIFICATE OF INSURANCE

DATE (MM/DD/YY): 5/01/03

**PRODUCER**
C H I OF ALASKA INC
507 W NORTHERN LIGHTS BLVD
ANCHORAGE AK 99503

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

COMPANY A: GREAT DIVIDE INSURANCE COMPANY
COMPANY B:
COMPANY C:
COMPANY D:

**INSURED**
TITAN ENTERPRISES LLC DBA TITAN TOP SOIL
12870 OLD SEWARD HWY STE 114
ANCHORAGE AK 99515

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [X] OCCUR [ ] OWNER'S & CONTRACTOR'S PROT | GC240519 | 4/25/03 | 4/25/04 | GENERAL AGGREGATE PRODUCTS - COMP/OP AGG PERSONAL & ADV INJURY EACH OCCURRENCE FIRE DAMAGE (Any one fire) MED EXP (Any one person) | $ 2,000,000 $ $ 1,000,000 $ 1,000,000 $ 100,000 $ 5,000 |
| | AUTOMOBILE LIABILITY [ ] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT BODILY INJURY (Per person) BODILY INJURY (Per accident) PROPERTY DAMAGE | $ $ $ $ |
| | GARAGE LIABILITY [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT OTHER THAN AUTO ONLY: EACH ACCIDENT AGGREGATE | $ $ $ |
| | EXCESS LIABILITY [ ] UMBRELLA FORM [ ] OTHER THAN UMBRELLA FORM | | | | EACH OCCURRENCE AGGREGATE | $ $ $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: [ ] INCL [ ] EXCL | | | | STATUTORY LIMITS EACH ACCIDENT DISEASE - POLICY LIMIT DISEASE - EACH EMPLOYEE | $ $ $ |
| | OTHER | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
LANDSCAPING/SAND & GRAVEL DIGGING

**CERTIFICATE HOLDER**
ADDITIONAL INSURED
CHESTER PARK ESTATES
1019 E 20TH AVE
ANCHORAGE AK 99501

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __20__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

ACORD 25-S (3/93)                © ACORD CORPORATION 1993

Exhibit ___61___
Page ___41___ of ___80___ Pages

## GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC240519

Named Insured: TITAN ENTERPRISES LLC
DBA TITAN TOP SOIL

ENDORSEMENT # 2

Agency #: 04603 - 00

Endorsement Effective Date: 08/26/2003

### STANDARD CHANGE ENDORSEMENT

It is understood and agreed that:

- [ ] 1. Name of the Insured
- [ ] 2. Mailing address of Insured
- [ ] 3. Inception Date
- [ ] 4. Expiration Date
- [ ] 5. Policy Is Cancelled Effective
  _____
  (Attach cancellation evidence)

- [ ] 6. Limit of [ ] Liability [ ] Property
- [ ] 7. Classification, Premium Basis or Rating (Complete Schedule below)
- [ ] 8. Location # _____
- [ ] 9. Endorsement # _____
- [X] 10. Other ADDITIONAL INSURED IS ADDED PER FORM CG2026

- [ ] Is added and made a part of the policy.
- [ ] Is deleted from the policy.
- [ ] Is corrected or changed to read as follows:

- [ ] The Schedule below is added to the Declarations:

| CODE # - | CLASSIFICATIONS | * | PREMIUM BASE | RATE PR/CO | RATE All Other | PREMIUM |
|---|---|---|---|---|---|---|
| # | - | | | | | |
| # | - | | | | | |

* PREMIUM BASE SYMBOLS
a = Area (per 1,000 Square feet of area)    c = Total Cost (per $1,000 Total Cost)
m = Admissions (per 1,000 Admissions)    p = Payroll (per $1,000 of Payroll)    s = Gross Sales (per $1,000 Gross Sales)
t = See Classification    u = Units (per Unit)

Tax & Fee Schedule   $

Premium: [ ] None  [X] AP  [ ] RP    $  90.00
Total Taxes & Fees    $
TOTAL PREMIUM DUE    $  90.00

All other Terms and Conditions of this Policy remain unchanged.

S060 (01/97)    Redmond, WA
08/29/2003   KH

Countersignature or Authorized Representative, whichever is applicable

Exhibit  1
Page  42  of  80  Pages

POLICY NUMBER: GC240519

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
CG 20 28 11 85

# ADDITIONAL INSURED — LESSOR OF LEASED EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

Name of Person or Organization:

CRAIG TAYLOR EQUIPMENT COMPANY

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person(s) or organization(s), subject to the following additional exclusions:

This insurance does not apply:

1. To any "occurrence" which takes place after the equipment lease expires;

2. To "bodily injury" or "property damage" arising out of the sole negligence of the person or organization shown in the Schedule.

CL 263 (11/85)
CG 20 28 11 85

"Includes copyrighted material of Insurance Services Office, Inc. with its permission."
"Copyright, Insurance Services Office, Inc., 1984"

Exhibit ___1___
Page __43__ of __80__ Pages

| ACORD. | CERTIFICATE OF INSURANCE | | DATE (MM/DD/YY) 8/27/03 |
|---|---|---|---|
| PRODUCER<br>C H I OF ALASKA INC<br>507 W NORTHERN LIGHTS BLVD<br>ANCHORAGE AK 99503 | | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
| | | COMPANIES AFFORDING COVERAGE | |
| | | COMPANY A | GREAT DIVIDE INSURANCE COMPANY |
| INSURED<br>TITAN ENTERPRISES LLC  DBA TITAN TOP SOIL<br>12873 OLD SEWARD HWY STE 114<br>ANCHORAGE AK 99515 | | COMPANY B | |
| | | COMPANY C | |
| | | COMPANY D | |

**COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS MADE  X OCCUR<br>☐ OWNER'S & CONTRACTOR'S PROT | GC240519 | 4/28/03 | 4/28/04 | GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG<br>PERSONAL & ADV INJURY<br>EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED EXP (Any one person) | $ 2,000,000<br>$<br>$ 1,000,000<br>$ 1,000,000<br>$ 100,000<br>$ 5,000 |
| | AUTOMOBILE LIABILITY<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE | $<br>$<br>$<br>$ |
| | GARAGE LIABILITY<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN AUTO ONLY:<br>EACH ACCIDENT<br>AGGREGATE | $<br><br>$<br>$ |
| | EXCESS LIABILITY<br>☐ UMBRELLA FORM<br>☐ OTHER THAN UMBRELLA FORM | | | | EACH OCCURRENCE<br>AGGREGATE | $<br>$<br>$ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE:  ☐ INCL  ☐ EXCL | | | | STATUTORY LIMITS<br>EACH ACCIDENT<br>DISEASE - POLICY LIMIT<br>DISEASE - EACH EMPLOYEE | <br>$<br>$<br>$ |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
LANDSCAPING/SAND & GRAVEL DIGGING

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| CRAIG TAYLOR EQUIPMENT COMPANY<br>ADDITIONAL INSURED<br>733 E WHITNEY RD<br>ANCHORAGE AK 99501 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __20__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE  [signature] |

ACORD 25-S (3/93)                                       © ACORD CORPORATION 1993

Exhibit    1
Page   44   of   80   Pages

## GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC240519  
Named Insured: TITAN ENTERPRISES LLC  
DBA TITAN TOP SOIL  

ENDORSEMENT # 3  
Agency #: 04603 - 00  

Superior Underwriters  
2027 152nd NE, NC-24  
Redmond, WA 98052  

Endorsement Effective Date: 10/30/2003  

## STANDARD CHANGE ENDORSEMENT

It is understood and agreed that:

- ☐ 1. Name of the Insured
- ☐ 2. Mailing address of Insured
- ☐ 3. Inception Date
- ☐ 4. Expiration Date
- ☐ 5. Policy Is Cancelled Effective _____  
  (Attach cancellation evidence)

- ☐ 6. Limit of  ☐ Liability  ☐ Property
- ☐ 7. Classification, Premium Basis or Rating  
  (Complete Schedule below)
- ☐ 8. Location # _____
- ☐ 9. Endorsement # _____
- ☒ 10. Other  TWO ADDITIONAL INSUREDS ARE ADDED PER FORM S152, ATTACHED.

- ☐ Is added and made a part of the policy.
- ☐ Is deleted from the policy.
- ☐ Is corrected or changed to read as follows:

☐ The Schedule below is added to the Declarations:

| CODE # | CLASSIFICATION | * | PREMIUM BASIS | RATE PR/CO | RATE All Other | PREMIUM |
|---|---|---|---|---|---|---|
| - |  |  |  |  |  |  |
| - |  |  |  |  |  |  |

* PREMIUM BASIS SYMBOLS  + = Products/Completed Operations are subject to the General Aggregate Limit  
a = Area (per 1,000 sq. ft. of area)    o = Total Operating Expenses    s = Gross Sales (per $1,000 of Gross Sales)  
c = Total Cost (per $1,000 of Payroll)   (per $1,000 Total Operating Expenditures)   t = See Classification  
m = Admissions (per 1,000 Admissions)   p = Payroll (per $1,000 of Payroll)   u = Units (per unit)

Tax & Fee Schedule        $  
Premium: ☐ None  ☒ AP  ☐ RP   $  200.00  
Total Taxes & Fees   $  
TOTAL PREMIUM DUE   $  200.00  

All other Terms and Conditions of this Policy remain unchanged.

S080 (06/03)  Redmond, WA  12/10/2003  KH  

Countersignature or Authorized Representative, whichever is applicable

Exhibit 1  
Page 45 of 80 Pages

# GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC240519                                        LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies coverage provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

WHO IS AN INSURED(Section II) is amended to include as an insured the person or organization shown in the Schedule and only for liability arising out of your negligence and only for occurrences or coverage not otherwise excluded in the policy to which this endorsement applies.

### SCHEDULE

Name of Person or Organization:

RENEGADE EQUIPMENT

All other Terms and Conditions of this Insurance remain unchanged.

S 152 (04/97)

Exhibit 1
Page 46 of 80 Pages