# GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC240519         LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies coverage provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

WHO IS AN INSURED(Section II) is amended to include as an insured the person or organization shown in the Schedule and only for liability arising out of your negligence and only for occurrences or coverage not otherwise excluded in the policy to which this endorsement applies.

### SCHEDULE

Name of Person or Organization:

STATE OF ALASKA DEPT OF TRANSPORATION AND PUBLIC SOUTH AIRPARK WELL
DECOMMISSIONING & AWWU CONNECTION

All other Terms and Conditions of this Insurance remain unchanged.

S 152 (04/97)

Exhibit _____1_____
Page __47__ of __80__ Pages

## GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC240519                                      ENDORSEMENT # 4

Named Insured: TITAN ENTERPRISES LLC                         Agency #: 04603-00
               DBA TITAN TOP SOIL

                                    Superior Underwriters
                                    2027 152nd NE, #C-24
Endorsement Effective Date: 01/21/2004   Redmond, WA 98052

## STANDARD CHANGE ENDORSEMENT

It is understood and agreed that:

☐ 1. Name of the Insured                    ☐ 6. Limit of   ☐ Liability   ☐ Property
☐ 2. Mailing address of Insured              ☐ 7. Classification, Premium Basis or Rating
☐ 3. Inception Date                              (Complete Schedule below)
☐ 4. Expiration Date                         ☐ 8. Location # _____
☐ 5. Policy Is Cancelled Effective           ☐ 9. Endorsement # _____
   _____                           ☒ 10. Other  AN ADDITIONAL INSURED IS
   (Attach cancellation evidence)                ADDED PER FORM S152, ATTACHED.

☐ Is added and made a part of the policy.
☐ Is deleted from the policy.
☐ Is corrected or changed to read as follows:

☐ The Schedule below is added to the Declarations:

| CODE # - | CLASSIFICATION | * | PREMIUM BASIS | RATE PR/CO | All Other | PREMIUM |
|---|---|---|---|---|---|---|
| . |  |  |  |  |  |  |
| . |  |  |  |  |  |  |

* PREMIUM BASIS SYMBOLS   + = Products/Completed Operations are subject to the General Aggregate Limit
  a = Area  (per 1.000 sq. ft. of area)     o = Total Operating Expenses          s = Gross Sales  (per $1,000 of Gross Sales)
  c = Total Cost  (per $1,000 of Payroll)      (per $1,000 Total Operating Expenditures)   t = See Classification
  m = Admissions  (per 1.000 Admissions)    p = Payroll  (per $1,000 of Payroll)   u = Units  (per unit)

Tax & Fee Schedule
                              $              Premium: ☐ None  ☒ AP  ☐ RP   $    100.00
                                             Total Taxes & Fees            $
                                             TOTAL PREMIUM DUE             $    100.00

All other Terms and Conditions of this Policy remain unchanged.

             Redmond, WA
S060 (06/03) 01/26/2004  KH         Countersignature or Authorized Representative, whichever is applicable

                                                   Exhibit    1
                                                   Page   48  of  80   Pages

## GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: **GC240519**   LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies coverage provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

WHO IS AN INSURED(Section II) is amended to include as an insured the person or organization shown in the Schedule and only for liability arising out of your negligence and only for occurrences or coverage not otherwise excluded in the policy to which this endorsement applies.

### SCHEDULE

Name of Person or Organization:

SCOTT MCLEOD GCT INC

All other Terms and Conditions of this Insurance remain unchanged.

S 152 (04/97)

Exhibit ___I___
Page __49__ of __80__ Pages

**GREAT DIVIDE INSURANCE COMPANY**

POLICY NUMBER: GC240519  ENDORSEMENT # 5

Named Insured: TITAN ENTERPRISES LLC  Agency #: 04603 - 00

Superior Underwriters
2027 152nd NE, #C-24
Redmond, WA 98052

Endorsement Effective Date: 04/28/2004

## STANDARD CHANGE ENDORSEMENT

It is understood and agreed that:

- ☐ 1. Name of the Insured
- ☐ 2. Mailing address of Insured
- ☐ 3. Inception Date
- ☐ 4. Expiration Date
- ☐ 5. Policy Is Cancelled Effective
  _____
  (Attach cancellation evidence)

- ☐ 6. Limit of ☐ Liability ☐ Property
- ☐ 7. Classification, Premium Basis or Rating
       (Complete Schedule below)
- ☐ 8. Location # _____
- ☐ 9. Endorsement # _____
- ☒ 10. Other FORM S012 IS DELETED
       (REPLACEMENT LANGUAGE IS
       CONTAINED IN FORM 5058)

- ☐ Is added and made a part of the policy.
- ☐ Is deleted from the policy.
- ☐ Is corrected or changed to read as follows:

☐ The Schedule below is added to the Declarations:

| CODE # - | CLASSIFICATION | * | PREMIUM BASIS | RATE PR/CO | RATE All Other | PREMIUM |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

* PREMIUM BASIS SYMBOLS   + = Products/Completed Operations are subject to the General Aggregate Limit
 a = Area (per 1,000 sq. ft. of area)   o = Total Operating Expenses   s = Gross Sales (per $1,000 of Gross Sales)
 c = Total Cost (per $1,000 of Payroll)   (per $1,000 Total Operating Expenditures)   t = See Classification
 m = Admissions (per 1,000 Admissions)   p = Payroll (per $1,000 of Payroll)   u = Units (per unit)

Tax & Fee Schedule  $ _____   Premium: ☒ None  ☐ AP  ☐ RP  $ _____
                               Total Taxes & Fees  $ _____
                               TOTAL PREMIUM DUE  $ _____

All other Terms and Conditions of this Policy remain unchanged.

S080 (06/03)  Redmond, WA  11/17/04  DE    Countersignature or Authorized Representative, whichever is applicable

Exhibit ___1___
Page __50__ of __80__ Pages

# GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: **GC245019**  ENDORSEMENT # __6__

Named Insured: TITAN ENTERPRISES LLC  Agency #: 04603-00

Superior Underwriters
2027 152nd NE, MC-24
Redmond, WA 98052

Endorsement Effective Date: 04/28/2003

## STANDARD CHANGE ENDORSEMENT

It is understood and agreed that:

- ☐ 1. Name of the Insured
- ☐ 2. Mailing address of Insured
- ☐ 3. Inception Date
- ☐ 4. Expiration Date
- ☐ 5. Policy Is Cancelled Effective _____
  (Attach cancellation evidence)

- ☐ 6. Limit of ☐ Liability ☐ Property
- ☐ 7. Classification, Premium Basis or Rating (Complete Schedule below)
- ☐ 8. Location # _____
- ☒ 9. Endorsement # 5 _____
- ☐ 10. Other _____

- ☐ Is added and made a part of the policy.
- ☐ Is deleted from the policy.
- ☒ Is corrected or changed to read as follows:
  IS CORRECTED TO SHOW THE EFFECTIVE DATE AS 4/28/03 IN LIEU OF 4/28/04

☐ The Schedule below is added to the Declarations:

| CODE # - | CLASSIFICATION | * | PREMIUM BASIS | RATE PR/CO | RATE All Other | PREMIUM |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

\* PREMIUM BASIS SYMBOLS   ✢ = Products/Completed Operations are subject to the General Aggregate Limit
a = Area (per 1,000 sq. ft. of area)   o = Total Operating Expenses   s = Gross Sales (per $1,000 of Gross Sales)
c = Total Cost (per $1,000 of Payroll)   (per $1,000 Total Operating Expenditures)   t = See Classification
m = Admissions (per 1,000 Admissions)   p = Payroll (per $1,000 of Payroll)   u = Units (per unit)

Tax & Fee Schedule  $ _____   Premium: ☒ None ☐ AP ☐ RP  $ _____
Total Taxes & Fees  $ _____
TOTAL PREMIUM DUE  $ _____

All other Terms and Conditions of this Policy remain unchanged.

S080 (06/03)   Redmond, WA   11/22/04   FORMAKE

_____
Countersignature or Authorized Representative, whichever is applicable

Exhibit ___1___
Page ___51___ of ___80___ Pages

**GREAT DIVIDE INSURANCE COMPANY**

POLICY NUMBER: **GC245019**

ENDORSEMENT # _7_

Named Insured: TITAN ENTERPRISES LLC

Agency #: 04603-00

Superior Underwriters
2027 152nd NE, #C-24
Redmond, WA 98052

Endorsement Effective Date: 06/28/2003

## STANDARD CHANGE ENDORSEMENT

It is understood and agreed that:

- ☐ 1. Name of the Insured
- ☐ 2. Mailing address of Insured
- ☐ 3. Inception Date
- ☐ 4. Expiration Date
- ☐ 5. Policy Is Cancelled Effective _____
  (Attach cancellation evidence)

- ☐ 6. Limit of   ☐ Liability   ☐ Property
- ☐ 7. Classification, Premium Basis or Rating
  (Complete Schedule below)
- ☐ 8. Location # _____
- ☒ 9. Endorsement # _6_
- ☐ 10. Other _____

- ☐ Is added and made a part of the policy.
- ☐ Is deleted from the policy.
- ☒ Is corrected or changed to read as follows:
  THE POLICY NUMBER AS GC240519 IN LIEU OF GC245019

☐ The Schedule below is added to the Declarations:

| CODE # - | CLASSIFICATION | * | PREMIUM BASIS | RATE PR/CO | RATE All Other | PREMIUM |
|---|---|---|---|---|---|---|
| . | | | | | | |
| . | | | | | | |

**\* PREMIUM BASIS SYMBOLS**   ✚ = Products/Completed Operations are subject to the General Aggregate Limit
a = Area (per 1,000 sq. ft. of area)   o = Total Operating Expenses   s = Gross Sales (per $1,000 of Gross Sales)
c = Total Cost (per $1,000 of Payroll)   (per $1,000 Total Operating Expenditures)   t = See Classification
m = Admissions (per 1,000 Admissions)   p = Payroll (per $1,000 of Payroll)   u = Units (per unit)

Tax & Fee Schedule   $   Premium: ☒ None  ☐ AP  ☐ RP  $
Total Taxes & Fees  $
TOTAL PREMIUM DUE  $

All other Terms and Conditions of this Policy remain unchanged.

S080 (06/03)   Redmond, WA   11/23/2004   FORMAKE

Countersignature or Authorized Representative, whichever is applicable

Exhibit ___I___
Page __52__ of __80__ Pages

# ACORD COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

**DATE:** 03/25/2003

**PRODUCER**
PHONE (907) 276-7667
FAX (907) 258-3105
C.H.I. OF ALASKA, INC.
507 W. NORTHERN LIGHTS BLVD.
ANCHORAGE, AK 99503

**CARRIER:** 
**NAIC CODE:**
**UNDERWRITER:**

**POLICIES OR PROGRAM REQUESTED**

**INDICATE SECTIONS ATTACHED**
- PROPERTY
- GLASS AND SIGN
- ACCOUNTS RECEIVABLE/VALUABLE PAPERS
- CRIME/MISCELLANEOUS CRIME
- TRANSPORTATION/MOTOR TRUCK CARGO
- EQUIPMENT FLOATER
- INSTALLATION/BUILDERS RISK
- ELECTRONIC DATA PROC
- X COMMERCIAL GENERAL LIABILITY
- BUSINESS AUTO
- TRUCKERS/MOTOR CARRIER
- GARAGE AND DEALERS
- VEHICLE SCHEDULE
- BOILER & MACHINERY
- WORKERS COMPENSATION
- UMBRELLA

**CODE:** 
**SUB CODE:**
**AGENCY CUSTOMER ID:** 00009975

### STATUS OF SUBMISSION
- QUOTE
- ISSUE POLICY
- BOUND (Give Date and/or Attach Copy)
- DATE / TIME / AM / PM

### PACKAGE POLICY INFORMATION
PROPOSED EFF DATE: 04/25/2003
PROPOSED EXP DATE: 04/25/2004
BILLING PLAN: DIRECT BILL / AGENCY BILL
PAYMENT PLAN:
AUDIT:

### APPLICANT INFORMATION
**NAME (First Named Insured & Other Named Insureds):**
Titan Enterprises, LLC
DBA Titan Top Soil

**FEIN OR SOC SEC #:**
**PHONE:** 345-9009

**MAILING ADDRESS:** 12870 Old Seward Hwy Suite 114, Anchorage, AK 99515

- INDIVIDUAL
- PARTNERSHIP
- CORPORATION
- JOINT VENTURE
- SUBCHAPTER "S" CORPORATION
- LIMITED CORPORATION
- NOT FOR PROFIT ORG
- X Limited

**YEAR BUS STARTED:** 2003

**INSPECTION CONTACT PHONE:**
**ACCOUNTING RECORDS CONTACT:** Todd Christianson   **PHONE:** (907) 345-9009

### PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | PART OCCPD |
|---|---|---|---|---|---|---|
| 00001 | 00001 | 12870 Old Seward Hwy Suite 114, Anchorage AK 99515 | X INSIDE / OUTSIDE | OWNER / X TENANT | | Office |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |

### NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)
Landscaping, Excavation/snow removal  Sand & Gravel Digging

### GENERAL INFORMATION
EXPLAIN ALL "YES" RESPONSES

1. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY OR DOES THE APPLICANT HAVE ANY SUBSIDIARIES? — NO (X)
2. IS A FORMAL SAFETY PROGRAM IN OPERATION? — YES (X)
3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? — NO (X)
4. ANY CATASTROPHE EXPOSURE? — NO (X)
5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? — NO (X)
6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? NOT APPLICABLE IN MO — NO (X)

7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? — NO (X)
8. DURING THE LAST TEN YEARS, HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? — NO (X)
9. ANY UNCORRECTED FIRE CODE VIOLATIONS? — NO (X)
10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? — NO (X)

**REMARKS:**

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (NOT APPLICABLE IN CO, HI, NE, OH, OK, OR; IN ME AND VA, INSURANCE BENEFITS MAY ALSO BE DENIED)

**APPLICANT'S SIGNATURE:**
**PRODUCER'S SIGNATURE:**

ACORD 125 (7/90)   PLEASE COMPLETE REVERSE SIDE   © ACORD CORPORATION 1993

Exhibit 1
Page 53 of 80 Pages

**PRIOR CARRIER INFORMATION**

| LINE | CATEGORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| COMMERCIAL GENERAL LIABILITY | CARRIER | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | |
| | POLICY TYPE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | |
| | RETRO DATE | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | |
| | GENERAL AGGREGATE | | | | | | | | | |
| | PRODUCTS COMP OP AGGREGATE | | | | | | | | | |
| | PERSONAL & ADV INJ | | | | | | | | | |
| | EACH OCCURRENCE | | | | | | | | | |
| | FIRE DAMAGE | | | | | | | | | |
| | MEDICAL EXPENSE | | | | | | | | | |
| | BODILY INJURY OCCURRENCE / AGGREGATE | | | | | | | | | |
| | PROPERTY DAMAGE OCCURRENCE / AGGREGATE | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | |
| AUTOMOBILE LIABILITY | CARRIER | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | |
| | BODILY INJURY EA PERSON / EA ACCIDENT | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | |
| PROPERTY | CARRIER | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | |
| | BUILDING AMT | | | | | | | | | |
| | PERS PROP AMT | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | |
| | CARRIER | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | |
| | LIMIT | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | |

**LOSS HISTORY**

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 Y.   CHK HERE IF NONE   SEE ATTACHED LOSS

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | | | | | OPEN |
| | | | | | | CLOSED |
| | | | | | | OPEN |
| | | | | | | CLOSED |

REMARKS   NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

NOTICE OF INSURANCE INFORMATION PRACTICES
PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTION ON HOW TO SUBMIT A REQUEST TO US.

ACORD 125 (7/98)

Exhibit _____1_____
Page __54__ of __80__ Pages

```
                        Titan Enterprises, LLC
Applicant Information Supplemental Schedules              03/25/2003
C.H.I. OF ALASKA, INC.
```

### Named Insureds

| Named Insured | Entity Type | Insured Type |
|---|---|---|
| Titan Enterprises, LLC | Limited partnership | First Named Insured |
| Titan Top Soil | | Doing Business As |

### Contact Names

| Contact Name | Responsibility | Phone number ext |
|---|---|---|
| Todd Christianson | Accounting Records | (907)345-9009 |

Exhibit       I
Page  55  of  80  Pages