| ACORD. COMMERCIAL GENERAL LIABILITY SECTION | | DATE 03/25/2003 |
|---|---|---|
| PRODUCER PHONE (A/C, No, Ext): (907)276-7667<br>FAX (907)258-3105<br>C.H.I. OF ALASKA, INC.<br>507 W. NORTHERN LIGHTS BLVD.<br>ANCHORAGE, AK 99503 | APPLICANT (First Named Insured): Titan Enterprises, LLC<br><br>EFFECTIVE DATE: 04/01/2003  EXPIRATION DATE: 04/01/2004  DIRECT BILL  AGENCY BILL<br>FOR COMPANY USE ONLY | PAYMENT PLAN  AUDIT |
| CODE:            SUB CODE:<br>AGENCY CUSTOMER ID: 00009975 | | |

### COVERAGES / LIMITS

| COVERAGES | LIMITS | | PREMIUMS |
|---|---|---|---|
| COMMERCIAL GENERAL LIABILITY | GENERAL AGGREGATE | $ 2,000,000 | PREMISES/OPERATIONS |
| ☐ CLAIMS MADE  ☐ OCCURRENCE | PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ 2,000,000 | |
| OWNER'S & CONTRACTOR'S PROTECTIVE | PERSONAL & ADVERTISING INJURY | $ 1,000,000 | |
| | EACH OCCURRENCE | $ 1,000,000 | PRODUCTS |
| DEDUCTIBLES | FIRE DAMAGE (Any one fire) | $ 100,000 | |
| PROPERTY DAMAGE $ | MEDICAL EXPENSE (Any one person) | $ 5,000 | OTHER |
| BODILY INJURY $ PER CLAIM | EMPLOYEE BENEFITS | $ | |
| $ PER OCCURRENCE | | | TOTAL |

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverages attach the Business Auto Section, ACORD 137)

### SCHEDULE OF HAZARDS

| LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | ISRR | RATE PREM/OPS | PRODUCTS | PREMIUM PREM/OPS | PRODUCTS |
|---|---|---|---|---|---|---|---|---|
| 00001 | Landscape Gardening | 97047 | P) 300,000 | | | | | |
| 00001 | Sand Or Gravel Digging | 98710 | P) 150,000 | | | | | |

RATING AND PREMIUM BASIS
(S) GROSS SALES - PER $1,000/SALES  (P) PAYROLL - PER $1,000/PAY  (A) AREA - PER 1,000/SQ FT  (C) TOTAL COST - PER $1,000/COST  (M) ADMISSIONS - PER 1,000/ADM  (U) UNIT - PER UNIT  (T) OTHER

### CLAIMS MADE (Explain all "Yes" responses)

1. PROPOSED RETROACTIVE DATE:
2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV:
3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE?   YES / NO
4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY?

REMARKS

### EMPLOYEE BENEFITS LIABILITY

1. DEDUCTIBLE PER CLAIM: $
2. NUMBER OF EMPLOYEES:
3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS:
4. RETROACTIVE DATE:

REMARKS

ACORD 126-S (1/97)            PLEASE COMPLETE REVERSE SIDE            © ACORD CORPORATION 1993

Exhibit  I
Page  56  of  80  Pages

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | X | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | X |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | X | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | X |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | X | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | X |

REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED   $ PAID TO SUB-CONTRACTORS:   % OF WORK SUBCONTRACTED:   # FULL-TIME STAFF:   # PART-TIME STAFF:

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | X | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | | X |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | X | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC.

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT    ACORD 45 attached for additional names

| INTEREST | RANK | NAME AND ADDRESS | REFERENCE # | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | | | | | LOCATION: | BUILDING: |
| LOSS PAYEE | | | | | VEHICLE: | BOAT: |
| MORTGAGEE | | | | | SCHEDULED ITEM NUMBER: | |
| LIENHOLDER | | | | | OTHER | |
| EMPLOYEE AS LESSOR | | | | | | |
| | | ITEM DESCRIPTION: | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present situations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| | | | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| | | | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | X | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | | | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | X | |
| 8. IS A FEE CHARGED FOR PARKING? | | X | | | |
| 9. RECREATION FACILITIES PROVIDED? | | X | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | X |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |

REMARKS

ACORD 126-S (1/97)    ATTACH TO APPLICANT INFORMATION SECTION

Exhibit ___1___
Page _57_ of _80_ Pages

```
                              Titan Enterprises, LLC
Additional Coverages and Factors                                        03/25/2003
C.H.1. OF ALASKA, INC.
```

Line of Business Coverages

| Coverage | Limits | Ded/Ded Type | Rate | Premium | Factor |
|---|---|---|---|---|---|
| General Aggregate | 2,000,000 | | | | |
| Products/Completed Ops Aggregate | 2,000,000 | | | | |
| Personal & Advertising Injury | 1,000,000 | | | | |
| Each Occurrence | 1,000,000 | | | | |
| Fire Damage | 100,000 | | | | |
| Medical Expense | 5,000 | | | | |

Exhibit      1
Page  58  of  80  Pages

```
-------------[ SIMPLIFIED LIABILITY POLICY WIDE INFO ]-----------------
   Form              : Occurrence    Year                :
   Occurrence Limit: 1,000           General Aggregate: 2,000
   Deductible        :               Product Aggregate: 2,000
   ----------------------------------------------------------------
   Factor    Exclusion "Take out" Endorsements      Prem/OP  Prods
   1.000     CG 21 04 Products/Completed Operations    NO     NO
   1.000     CG 21 38 Personal & Advertising Injury    NO     NO
   1.000     CG 21 40 Advertising Injury               NO     NO
   1.000     CG 21 35 Medical Payments                 NO     NO
   1.000     CG 21 45 Fire Damage Legal Liability      NO     NO
   1.000     CG 21 39 Contractual Liability Limitation NO     NO
   1.000     CG 21 36 Coverage for New Entities        NO     NO
   1.000     CG 21 37 Employees as Insureds            NO     NO
   ----------------------------------------------------------------
           Additional Coverages           Experience  Schedule  Premium
   Factor  Endorsement Description        Modifier    Credit    Discount
   1.000                                  1.000                 NO
   1.000
```

```
------------[ SIMPLIFIED LIABILITY SUMMARY ]-----------------------
   By : Superior Underwriters                      Date: 03/31/03
        PO Box 97024

        Redmond, WA 98073-9724
        425-643-5200
   For:


                   Estimated with GREAT DIV -NSTD

   Total  Premises/Operation:     11,713
   Total  Products          :        512
   Additional Endorsements  :          0
   Additional Endorsements  :          0


                TOTAL SIMPLIFIED LIABILITY PREMIUM :    ~~12,225~~
```

Exhibit 1
Page 59 of 80 Pages

SIMPLIFIED LIABILITY QUOTES
------------------------------[ SIMPLIFIED LIABILITY ESTIMATE ]------------------------------

```
State : AK                                                          Date: 03/31/03
Location :    1 Page:   1 Company GREAT DIV -NSTD    Uses ISO 10/00  Loss Cost
Subline|Ter| Description                 | Class |RskType| Basis   | Exposures
Prem\OP|  1| LANDSCAPE GARDENING          | 97047+| C     | Payroll |   300000
Prem\OP|  1| STREET CLEANING              | 99303+| NA    | Payroll |    50000
Prem\OP|  1| SAND OR GRAVEL DIGGING       | 98710+| C,IP  | Payroll |   150000
```

```
   Old      Basic    Claims    ILF   Limit  RMF    Final    Trans   Final
 Exp Base   Rate     Mult            ID            Rate     Fct     Premium
            14.365   1.000    1.250    1   1.000   17.956   1.000    5,387
            28.050   1.000    1.430    2   1.000   40.112   1.000   -2,806-
             8.806   1.000    1.700    3   1.000   14.970   1.000      -749-
                                                                    2246
                                                                   -8,142-
                                                                    2653
```

------------------------------[ SIMPLIFIED LIABILITY ESTIMATE ]------------------------------

```
State : AK                                                          Date: 03/31/03
Location :    1 Page:   2 Company GREAT DIV -NSTD    Uses ISO 10/00  Loss Cost
Subline|Ter| Description                 | Class |RskType| Basis   | Exposures
Prem\OP|  1| EXCAVATION                   | 94007 | C     | Payroll |    50000
Product|  1| EXCAVATION                   | 94007 | C     | Payroll |    50000
```

```
   Old      Basic    Claims    ILF   Limit  RMF    Final    Trans   Final
 Exp Base   Rate     Mult            ID            Rate     Fct     Premium
            39.950   1.000    1.430    2   1.250   71.411   1.000   -3,571-
             4.964   1.000    1.650    B   1.250   10.238   1.000     -512-
                                                                   -4,083-
```

```
             CoDev    Pack    Other1   Other2   Client   Exp/Sch    RMF
Line1 RMF:  1.000 x  1.000 x  1.000 x  1.000 x  1.000 x  1.000  =  1.000
Line2 RMF:  1.000 x  1.000 x  1.000 x  1.000 x  1.000 x  1.000  =  1.000
```

Exhibit ____I____
Page __60__ of __80__ Pages

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 01/22/2004

**PRODUCER**
CHI OF ALASKA INC
507 W NORTHERN LIGHTS BLVD
ANCHORAGE   AK   99503

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE** — NAIC #

**INSURED**
TITAN ENTERPRISES LLC DBA TITAN TOP SOIL
12870 OLD SEWARD HWY STE 114
ANCHORAGE   AK   99515

INSURER A: GREAT DIVIDE INSURANCE CO
INSURER B:
INSURER C:
INSURER D:
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE  X  OCCUR | GC240519 | 04/28/03 | 04/28/04 | EACH OCCURRENCE | $ 1,000,000. |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000. |
| | | | | | | MED EXP (Any one person) | $ 5,000. |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000. |
| | | | | | | GENERAL AGGREGATE | $ 2,000,000. |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  [ ] PROJECT  [ ] LOC | | | | PRODUCTS - COMP/OP AGG | INCLUDED |
| | | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN  EA ACC<br>AUTO ONLY:  AGG | $<br>$ |
| | | EXCESS/UMBRELLA LIABILITY<br>OCCUR  [ ] CLAIMS MADE | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | DEDUCTIBLE<br>RETENTION  $ | | | | | $<br>$ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU-  OTH-<br>TORY LIMITS  ER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
LANDSCAPING/SAND & GRAVEL DIGGING

NIC-GDIC  FEB 1 2 2004

**CERTIFICATE HOLDER**
ADDITIONAL INSURED

SCOTT A MCLEOD GCT INC
6230 A ST
ANCHORAGE   AK   99518

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __20__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE  /s/ James Johnson

ACORD 25 (2001/08)   © ACORD CORPORATION 1988
IN5026 (0108).05   ELECTRONIC LASER FORMS, INC. - (800)327-0545   Page 1 of 2

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 12/01/2003

**PRODUCER**
CHI OF ALASKA INC
507 W NORTHERN LIGHTS BLVD
ANCHORAGE       AK   99503

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE** | **NAIC #**
INSURER A: GREAT DIVIDE INSURANCE CO
INSURER B:
INSURER C:
INSURER D:
INSURER E:

**INSURED**
TITAN ENTERPRISES LLC DBA TITAN TOP SOIL
12870 OLD SEWARD HWY STE 114
ANCHORAGE       AK   99515

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR | GC240519 | 04/28/03 | 04/28/04 | EACH OCCURRENCE | $ 1,000,000. |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000. |
| | | | | | | MED EXP (Any one person) | $ 5,000. |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000. |
| | | | | | | GENERAL AGGREGATE | $ 2,000,000. |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>[X] POLICY [ ] PROJECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $ INCLUDED |
| | | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS<br>[ ] NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY<br>[ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN EA ACC<br>AUTO ONLY: AGG | $<br>$ |
| | | EXCESS/UMBRELLA LIABILITY<br>[ ] OCCUR [ ] CLAIMS MADE<br>[ ] DEDUCTIBLE<br>[ ] RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU-TORY LIMITS / OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | OTHER | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
LANDSCAPING/SAND & GRAVEL DIGGING

**CERTIFICATE HOLDER**
HOFFMANN COMMERCIAL INC
650 W INTERNATIONAL AIRPORT RD
#201
ANCHORAGE          AK   99518

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __20__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE** /s/ James Johnson

ACORD 25 (2001/08)     © ACORD CORPORATION 1988
INS025 (0108).05        ELECTRONIC LASER FORMS, INC. - (800)327-0545       Page 1 of 2

Exhibit __1__
Page __62__ of __80__ Pages

http://172.19.4.226/va3i/LocalPrint2.asp?docid=73881593&pagetotal=2&zoom=40&enha...    5/27/2005

Exhibit  1
Page  63  of  80  Pages

# ACORD. CERTIFICATE OF INSURANCE

DATE (MM/DD/YY): 7/28/03

**PRODUCER**
C H I OF ALASKA INC
507 W NORTHERN LIGHTS BLVD
ANCHORAGE AK 99503

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

### COMPANIES AFFORDING COVERAGE

COMPANY A: GREAT DIVIDE INSURANCE COMPANY
COMPANY B:
COMPANY C:
COMPANY D:

**INSURED**
TITAN ENTERPRISES LLC DBA TITAN TOP SOIL
12870 OLD SEWARD HWY STE 114
ANCHORAGE AK 99515

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY   CLAIMS MADE [X] OCCUR   OWNER'S & CONTRACTOR'S PROT. | GC240519 | 4/28/03 | 4/28/04 | GENERAL AGGREGATE | $ 2,000,000 |
|  |  |  |  |  | PRODUCTS - COMP/OP AGG | $ |
|  |  |  |  |  | PERSONAL & ADV INJURY | $ 1,000,000 |
|  |  |  |  |  | EACH OCCURRENCE | $ 1,000,000 |
|  |  |  |  |  | FIRE DAMAGE (Any one fire) | $ 100,000 |
|  |  |  |  |  | MED EXP (Any one person) | $ 5,000 |
|  | **AUTOMOBILE LIABILITY** ANY AUTO / ALL OWNED AUTOS / SCHEDULED AUTOS / HIRED AUTOS / NON-OWNED AUTOS |  |  |  | COMBINED SINGLE LIMIT | $ |
|  |  |  |  |  | BODILY INJURY (Per person) | $ |
|  |  |  |  |  | BODILY INJURY (Per accident) | $ |
|  |  |  |  |  | PROPERTY DAMAGE | $ |
|  | **GARAGE LIABILITY** ANY AUTO |  |  |  | AUTO ONLY - EA ACCIDENT | $ |
|  |  |  |  |  | OTHER THAN AUTO ONLY: EACH ACCIDENT | $ |
|  |  |  |  |  | AGGREGATE | $ |
|  | **EXCESS LIABILITY** UMBRELLA FORM / OTHER THAN UMBRELLA FORM |  |  |  | EACH OCCURRENCE | $ |
|  |  |  |  |  | AGGREGATE | $ |
|  |  |  |  |  |  | $ |
|  | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: [ ] INCL [ ] EXCL |  |  |  | STATUTORY LIMITS |  |
|  |  |  |  |  | EACH ACCIDENT | $ |
|  |  |  |  |  | DISEASE - POLICY LIMIT | $ |
|  |  |  |  |  | DISEASE - EACH EMPLOYEE | $ |
|  | OTHER |  |  |  |  |  |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
LANDSCAPING/SAND & GRAVEL DIGGING

### CERTIFICATE HOLDER

G D CONSTRUCTION
3740 BONIFACE PKWY
ANCHORAGE AK 99504

### CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __20__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE: [signature]

ACORD 25-S (3/93)   © ACORD CORPORATION 1993

Exhibit  1
Page  64  of  80  Pages