# ACORD. CERTIFICATE OF INSURANCE

DATE (MM/DD/YY): 7/28/03

**PRODUCER**
C H I OF ALASKA INC
507 W NORTHERN LIGHTS BLVD
ANCHORAGE AK 99503

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

COMPANY A: GREAT DIVIDE INSURANCE COMPANY
COMPANY B:
COMPANY C:
COMPANY D:

**INSURED**
TITAN ENTERPRISES LLC DBA TITAN TOP SOIL
12870 OLD SEWARD HWY STE 114
ANCHORAGE AK 99515

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY  [X] COMMERCIAL GENERAL LIABILITY  [ ] CLAIMS MADE [X] OCCUR  [ ] OWNER'S & CONTRACTOR'S PROT | CC240519 | 4/28/03 | 4/28/04 | GENERAL AGGREGATE | $2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | EACH OCCURRENCE | $1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $100,000 |
| | | | | | MED EXP (Any one person) | $5,000 |
| | AUTOMOBILE LIABILITY  [ ] ANY AUTO  [ ] ALL OWNED AUTOS  [ ] SCHEDULED AUTOS  [ ] HIRED AUTOS  [ ] NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT | $ |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE | $ |
| | GARAGE LIABILITY  [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| | EXCESS LIABILITY  [ ] UMBRELLA FORM  [ ] OTHER THAN UMBRELLA FORM | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: [ ] INCL [ ] EXCL | | | | STATUTORY LIMITS | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | DISEASE - POLICY LIMIT | $ |
| | | | | | DISEASE - EACH EMPLOYEE | $ |
| | OTHER | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
LANDSCAPING/SAND & GRAVEL DIGGING

**CERTIFICATE HOLDER**
FIRST NATIONAL BANK ALASKA CORPORATE SYSTEMS
PO BOX 100720
ANCHORAGE AK 99510

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 20 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE: [signature]

ACORD 25-S (3/93)  © ACORD CORPORATION 1993

Exhibit 1
Page 65 of 80 Pages

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/16/2003

**PRODUCER**
C H I OF ALASKA INC
507 W NORTHERN LIGHTS BLVD
ANCHORAGE    AK  99503

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE**    NAIC #

**INSURED**
TITAN ENTERPRISES LLC DBA TITAN TOP SOIL
12870 OLD SEWARD HWY STE 114
ANCHORAGE    AK  99515

INSURER A: GREAT DIVIDE INSURANCE CO
INSURER B:
INSURER C:
INSURER D:
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [X] OCCUR | GC240519 | 04/28/03 | 04/28/04 | EACH OCCURRENCE | $1,000,000. |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000. |
| | | | | | | MED EXP (Any one person) | $5,000. |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000. |
| | | | | | | GENERAL AGGREGATE | $2,000,000. |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PROJECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $ INCLUDED |
| | | AUTOMOBILE LIABILITY [ ] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN  EA ACC AUTO ONLY:  AGG | $ $ |
| | | EXCESS/UMBRELLA LIABILITY [ ] OCCUR [ ] CLAIMS MADE DEDUCTIBLE RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ $ $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU- TORY LIMITS / OTH- ER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | OTHER | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
LANDSCAPING/SAND & GRAVEL DIGGING

**CERTIFICATE HOLDER**
MUNICIPALITY OF ANCHORAGE
PO BOX 196650
ANCHORAGE    AK  99519-6650

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 20 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE  /s/ [signature]

ACORD 25 (2001/08)   INS025 (0108).05   ELECTRONIC LASER FORMS, INC. - (800)327-0545   © ACORD CORPORATION 1988   Page 1 of 2

Exhibit ___1___
Page __66__ of __80__ Pages

**AFCO**
4501 COLLEGE BLVD., SUITE 320, LEAWOOD, KS 66211-2326
TEL 800-288-6901

## NOTICE OF CANCELLATION

REFER TO THIS ACCOUNT NO. IN ALL CORRESPONDENCE
**44-23819-5**

INSURANCE COMPANY (NAME AND MAILING ADDRESS)
GREAT DIVIDE INSURANCE COMPANY
7273 E BUTHERUS DR
SCOTTSDALE    AZ 85260

INSURED (NAME AND ADDRESS)
TITAN ENTERPRISES LLC
12870 OLD SEWARD HIGHWAY STE 114
ANCHORAGE    AK 99515

**PROPERTY & CASUALTY**
**ATTACH TO FILE**

### SCHEDULE OF POLICIES

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY OR ANNUAL INSTALLMENT | FULL NAME OF INSURER AND GENERAL AGENT(S) OTHER THAN SUBMITTING PRODUCER TO WHOM COPY OF THIS NOTICE WAS SENT | COVERAGE | POLICY TERM IN MONTHS | PREMIUM FINANCED |
|---|---|---|---|---|---|
| GC240519 | 04/16/03 | GREAT DIVIDE INSURANCE COMPANY *SUPERIOR UNDERWRITERS INC | GL | 12 | 7,883.00 |

IF NO OTHER AGENT IS SHOWN UNDER THE INSURANCE COMPANY NAME, THE SUBMITTING PRODUCER >>>>> IS SHOWN ON OUR RECORDS AS THE ISSUING AGENT OR THE BROKER OF RECORD >>>>>>>>>>>>>

AGENT OR BROKER SUBMITTING AGREEMENT
C H I OF ALASKA, INC
507 W NORTHERN LIGHTS BLVD
ANCHORAGE    AK 99503

CANCELLATION DATE
**09/18/03**
at 12:01 A.M.
MAILING DATE
**09/12/03**

## THIS ACCOUNT WILL NOT BE REINSTATED EXCEPT UNDER UNUSUAL CIRCUMSTANCES

The policies listed above are HEREBY CANCELLED by AFCO on behalf of the insured in accordance with the authority given us by the insured to cancel the policies upon default in his payment to AFCO. The above-named insured and the producer(s) listed hereon have been notified by ordinary mail of this cancellation. The gross unearned premium (including unearned commission) is to be forwarded to AFCO promptly for credit to the insured's account.

### METHOD OF COMPUTING UNEARNED PREMIUMS TO BE PAID AFCO:

A. FIXED PREMIUM POLICIES - the gross unearned premium.

B. DEPOSIT OR PROVISIONAL PREMIUM POLICIES - without awaiting the result of of an audit, either: (1) the gross unearned premium as if a fixed premium, or (2) the unpaid balance due AFCO (which will be furnished on request) as applies to the policy, whichever is less. Unearned premiums are to be computed irrespective of the actual premium earned as a result of audit, reports, etc., as agreed between your company and AFCO.

By: _____
ACCOUNT ADMINISTRATION DEPARTMENT

### POWER OF ATTORNEY

10 DAYS NOTICE OF OUR INTENT TO CANCEL HAS BEEN GIVEN TO THE ABOVE INSURED AND SUBMITTING PRODUCER.

Afco Credit Corporation
22 AA (5/86) Copr. 1986

Exhibit _____I_____
Page __67__ of __80__ Pages

**AFCO**

4501 COLLEGE BLVD., SUITE 320, LEAWOOD, KS 66211-2328
TEL 800-288-6901

**NOTICE OF INSURED'S REQUEST FOR REINSTATEMENT**

REFER TO THIS ACCOUNT NO. IN ALL CORRESPONDENCE
44-23819-5

| INSURANCE COMPANY (NAME AND MAILING ADDRESS) | INSURED (NAME AND ADDRESS) |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY<br>7273 E BUTHERUS DR<br>SCOTTSDALE   AZ 85260 | TITAN ENTERPRISES LLC<br>12870 OLD SEWARD HIGHWAY STE 114<br>ANCHORAGE   AK 99515 |

**SCHEDULE OF POLICIES**

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY OR ANNUAL INSTALLMENT | FULL NAME OF INSURER AND GENERAL AGENT(S) * OTHER THAN SUBMITTING PRODUCER TO WHOM COPY OF THIS NOTICE WAS SENT | COVERAGE | POLICY TERM IN MO. | PREMIUM FINANCED |
|---|---|---|---|---|---|
| GC240519 | 04/16/03 | GREAT DIVIDE INSURANCE COMPANY<br>*SUPERIOR UNDERWRITERS INC | GL | 12 | 7,883.00 |

IF NO OTHER AGENT IS SHOWN UNDER THE INSURANCE COMPANY NAME, THE SUBMITTING PRODUCER >>>>> IS SHOWN ON OUR RECORDS AS THE ISSUING AGENT OR THE BROKER OF RECORD. >>>>>>>>>>>>

AGENT OR BROKER SUBMITTING AGREEMENT
C H I OF ALASKA, INC
507 W NORTHERN LIGHTS BLVD
ANCHORAGE   AK 99503

DATE DELINQUENT PAYMENT RECEIVED
09/17/03
CANCELLATION DATE
09/18/03
DATE OF THIS NOTICE
09/18/03

**IMPORTANT**
THE POLICIES LISTED ABOVE HAVE BEEN CANCELLED
REINSTATEMENT IS DESIRED BY INSURED

TO THE INSURER:   AFCO cancelled the scheduled policy(ies) on the cancellation date indicated because of the default of the insured. The insured's account is now current. The insured would appreciate reinstatement of the above policy(ies). Only the insurance company can reinstate cancelled policy(ies). Please immediately advise the insured, his agent and AFCO if the policy(ies) will be reinstated, or will remain cancelled.

IF THE INSURANCE IS TO REMAIN CANCELLED, PLEASE FORWARD AFCO THE RETURN PREMIUM.

Copies to:   Insured
Agents or Brokers

By: _____
Account Administration Dept.

2003 OCT -1 P 2: 26   NIC/GDIC

TO THE INSURED:   **READ THIS IMPORTANT MESSAGE**

THE POLICIES LISTED ABOVE ARE CANCELLED AND ARE NOT IN FORCE UNTIL THE INSURANCE COMPANY ADVISES YOU TO THE CONTRARY. IF YOU ARE NOT ADVISED PROMPTLY, CONTACT YOUR INSURANCE AGENT. IF YOUR INSURANCE COVERAGE IS NOT REINSTATED, ALL PAYMENTS MADE FOLLOWING CANCELLATION WILL BE CREDITED TO YOUR ACCOUNT. THE FACT THAT YOU CONTINUE TO MAKE PAYMENTS TO AFCO DOES NOT MEAN YOUR INSURANCE IS IN FORCE; ONLY THE INSURANCE COMPANIES OR YOUR AGENT CAN ADVISE YOU AS TO THE STATUS OF YOUR INSURANCE COVERAGE.

Afco Credit Corporation
41 C (6/86) Copr. 1986

Exhibit _____I_____
Page __68__ of __80__ Pages

**AFCO**
4501 COLLEGE BLVD., SUITE 320, LEAWOOD, KS 66211-2328
TEL 800-288-6901

## NOTICE OF CANCELLATION

REFER TO THIS ACCOUNT NO. IN ALL CORRESPONDENCE
44-23819-5

| INSURANCE COMPANY (NAME AND MAILING ADDRESS) | INSURED (NAME AND ADDRESS) |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY<br>7273 E BUTHERUS DR<br>SCOTTSDALE   AZ 85260 | TITAN ENTERPRISES LLC<br>12870 OLD SEWARD HIGHWAY STE 114<br>ANCHORAGE   AK 99515 |

### SCHEDULE OF POLICIES

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY OR ANNUAL INSTALLMENT | FULL NAME OF INSURER AND GENERAL AGENT(S) OTHER THAN SUBMITTING PRODUCER TO WHOM COPY OF THIS NOTICE WAS SENT | COVERAGE | POLICY MONTHS | PREMIUM FINANCED |
|---|---|---|---|---|---|
| GC240519 | 04/16/03 | GREAT DIVIDE INSURANCE COMPANY<br>*SUPERIOR UNDERWRITERS INC | GL | 12 | 7,883.00 |

| IF NO OTHER AGENT IS SHOWN UNDER THE INSURANCE COMPANY NAME, THE SUBMITTING PRODUCER >>>>> IS SHOWN ON OUR RECORDS AS THE ISSUING AGENT OR THE BROKER OF RECORD >>>>>>>>>>> | AGENT OR BROKER SUBMITTING AGREEMENT<br>C H I OF ALASKA, INC<br>507 W NORTHERN LIGHTS BLVD<br>ANCHORAGE   AK 99503 | CANCELLATION DATE<br>11/18/03<br>at 12:01 A.M.<br>MAILING DATE<br>11/12/03 |
|---|---|---|

**THIS ACCOUNT WILL NOT BE REINSTATED EXCEPT UNDER UNUSUAL CIRCUMSTANCES**

The policies listed above are HEREBY CANCELLED by AFCO on behalf of the insured in accordance with the authority given us by the insured to cancel the policies upon default in his payment to AFCO. The above-named insured and the producer(s) listed hereon have been notified by ordinary mail of this cancellation. The gross unearned premium (including unearned commission) is to be forwarded to AFCO promptly for credit to the insured's account.

**METHOD OF COMPUTING UNEARNED PREMIUMS TO BE PAID AFCO:**

A. FIXED PREMIUM POLICIES - the gross unearned premium.

B. DEPOSIT OR PROVISIONAL PREMIUM POLICIES - without awaiting the result of an audit, either: (1) the gross unearned premium as if a fixed premium, or (2) the unpaid balance due AFCO (which will be furnished on request) as applies to the policy, whichever is less. Unearned premiums are to be computed irrespective of the actual premium earned as a result of audit, reports, etc., as agreed between your company and AFCO.

By: _____
ACCOUNT ADMINISTRATION DEPARTMENT

**POWER OF ATTORNEY**

10 DAYS NOTICE OF OUR INTENT TO CANCEL HAS BEEN GIVEN TO THE ABOVE INSURED AND SUBMITTING PRODUCER.

Afco Credit Corporation
22 AA (6/86) Copr. 1986

NIC/GDIC   2003 NOV 19 A 10:39

Exhibit ___1___
Page _69_ of _80_ Pages

**AFCO**

4501 COLLEGE BLVD., SUITE 320, LEAWOOD, KS 66211-2328
TEL. 800-288-6901

## NOTICE OF INSURED'S REQUEST FOR REINSTATEMENT

REFER TO THIS ACCOUNT NO. IN ALL CORRESPONDENCE
**44-23819-5**

INSURANCE COMPANY (NAME AND MAILING ADDRESS)
GREAT DIVIDE INSURANCE COMPANY
7273 E BUTHERUS DR
SCOTTSDALE        AZ 85260

INSURED (NAME AND ADDRESS)
TITAN ENTERPRISES LLC
12870 OLD SEWARD HIGHWAY STE 114
ANCHORAGE        AK 99515

### SCHEDULE OF POLICIES

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY OR ANNUAL INSTALLMENT | FULL NAME OF INSURER AND GENERAL AGENT(S) OTHER THAN SUBMITTING PRODUCER TO WHOM COPY OF THIS NOTICE WAS SENT | COVERAGE | POLICY | PREMIUM FINANCED |
|---|---|---|---|---|---|
| GC240519 | 04/16/03 | GREAT DIVIDE INSURANCE COMPANY *SUPERIOR UNDERWRITERS INC | GL | 12 | 7,883.00 |

IF NO OTHER AGENT IS SHOWN UNDER THE INSURANCE COMPANY NAME, THE SUBMITTING PRODUCER >>>>> IS SHOWN ON OUR RECORDS AS THE ISSUING AGENT OR THE BROKER OF RECORD. >>>>>>>>>>>>>

AGENT OR BROKER SUBMITTING AGREEMENT
C H I OF ALASKA, INC
507 W NORTHERN LIGHTS BLVD
ANCHORAGE        AK 99503

DATE DELINQUENT PAYMENT RECEIVED
11/14/03
CANCELLATION DATE
11/18/03
DATE OF THIS NOTICE
11/17/03

## IMPORTANT
### THE POLICIES LISTED ABOVE HAVE BEEN CANCELLED
### REINSTATEMENT IS DESIRED BY INSURED

**TO THE INSURER:** AFCO cancelled the scheduled policy(ies) on the cancellation date indicated because of the default of the insured. The insured's account is now current. The insured would appreciate reinstatement of the above policy(ies). Only the insurance company can reinstate cancelled policy(ies). Please immediately advise the insured, his agent and AFCO if the policy(ies) will be reinstated, or will remain cancelled.

**IF THE INSURANCE IS TO REMAIN CANCELLED, PLEASE FORWARD AFCO THE RETURN PREMIUM.**

Copies to:    Insured
              Agents or Brokers                By: _____
                                              Account Administration Dept.

**TO THE INSURED:**    READ THIS IMPORTANT MESSAGE

THE POLICIES LISTED ABOVE ARE CANCELLED AND ARE NOT IN FORCE UNTIL THE INSURANCE COMPANY ADVISES YOU TO THE CONTRARY. IF YOU ARE NOT ADVISED PROMPTLY, CONTACT YOUR INSURANCE AGENT. IF YOUR INSURANCE COVERAGE IS NOT REINSTATED, ALL PAYMENTS MADE FOLLOWING CANCELLATION WILL BE CREDITED TO YOUR ACCOUNT. THE FACT THAT YOU CONTINUE TO MAKE PAYMENTS TO AFCO DOES NOT MEAN YOUR INSURANCE IS IN FORCE; ONLY THE INSURANCE COMPANIES OR YOUR AGENT CAN ADVISE YOU AS TO THE STATUS OF YOUR INSURANCE COVERAGE.

Afco Credit Corporation
41 C (6/86) Copr. 1986

Exhibit ___1___
Page ___70___ of ___80___ Pages

Exhibit 1
Page 71 of 80 Pages

# GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER:                                                                                   LIABILITY ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF PREMIUM CONDITIONS

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PROFESSIONAL LIABILITY COVERAGE PART

CONDITION 5. Premium Audit, under CONDITIONS (Section IV), is **replaced** by the following:

5. Premium Audit
   a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

   The advance premium shown on the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

   The rates for each classification shown on the Declarations are multiplied by the estimated premium bases of that classification for the term to determine the advance premium. We may, at our discretion, conduct an audit of the insured's books to determine the actual premium bases developed during the policy period. The premium bases used are payroll, admissions, gross sales, total costs, area, each exposure unit or units and are defined in accordance with company rules and the following additional definitions:

   (1) Payroll (premium basis symbol p): Remuneration paid to employees, including but not limited to:

   (a) Money or substitutes for money; commissions; bonuses; overtime; payments to statutory insurance or pension plans; profit sharing or incentive plans; pay for holidays, vacation or sickness; and fees paid to employment agencies for temporary personnel provided to the insured.

   (b) If your operations consist of a number of separate operations classified individually on the Declarations page, the payroll will be allocated to each classification where you have maintained records for each separate operation. Any such operation for which separate records are **not** maintained by you shall be assigned to the highest rated classification.

   (c) For premium computation purposes, the payroll of executive officers, individual insureds and co-partners is subject to a minimum annual payroll per person of:

   [                              $                              ]

   (If no entry is made, the minimum payroll as established by the company's rating rules will apply.)

   The rates apply per $1,000 of Payroll.

   (2) Admissions (premium basis symbol m): The total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admissions, tickets, complimentary tickets or passes.

   The rates apply per 1,000 Admissions.

Exhibit ___1___
Page __72__ of __80__ Pages

S 001 (04/97) Page 1 of 2