(3) Gross sales (premium basis symbol **s**): The gross amount charged by the named insured, concessionaires of the named insured or by others trading under the insured's name for:
- (a) All goods or products, sold or distributed;
- (b) Operations performed during the policy period; and
- (c) Rentals; or
- (d) Dues or fees.

    The rates apply per $1,000 of Gross Sales.

    (4) Total Cost (premium basis symbol **c**): The total cost of all work let or sublet in connection with each specific project including:
- (a) The cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work; or
- (b) All fees, bonuses or commissions made, paid or due.

    The rates apply per $1,000 of Total Cost.

    (5) Area (premium basis symbol **a**): The total number of square feet of floor space at the insured premises.

    The rates apply per 1,000 square feet of area.

    (6) Each (premium basis symbol **t**): This basis of premium involves units of exposure, and the quantity comprising each unit of exposure is indicated in the declarations page, such as "per person".

    The rates apply per each unit of exposure.

    (7) Units (premium basis symbol **u**): A single room or group of rooms intended for occupancy as separate living quarters by a family, by a group of unrelated persons living together, or by a person living alone.

    The rates apply per unit.

b. Premium shown in this Coverage Part as advance premium is a minimum and deposit premium. At the close of each audit period (or part thereof terminating with the end of the policy period) we will compute the earned premium for that period. If the earned premium is greater than the advance premium paid, an audit premium is due. Audit premiums are due and payable on notice to the first Named Insured. If the total earned premium for the policy period is less than the advance premium, such "advance premium" is the minimum premium for the policy period indicated, and is not subject to further adjustment.

c. The first Named Insured must keep records of information we need for premium computation, and shall supply copies at such times as we may request.

d. We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

All other Terms and Conditions of this Insurance remain unchanged.

Exhibit 1
Page 73 of 80 Pages

GREAT DIVIDE INSURANCE COMPANY

LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CONTRACTUAL LIABILITY LIMITATION
(Incidental Contracts)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNER AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in DEFINITIONS (Section V) is **replaced** by the following:

"Insured contract" means any written:

a. Contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";
b. Sidetrack agreement;
c. Easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;
d. Obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality; or
e. An elevator maintenance agreement.

All other Terms and Conditions of the Insurance remain unchanged.

Exhibit 1
Page 74 of 80 Pages

S 002 (04/97)

**GREAT DIVIDE INSURANCE COMPANY**

LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EXCLUSION - INDEPENDENT CONTRACTORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is **added** to Paragraph 2., Exclusions of Coverage (Section I - Coverages):

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of operations performed for you by independent contractors or your acts or omissions in connection with your general supervision of such operations.

All other Terms and Conditions of this Insurance remain unchanged.

Exhibit 1
Page 75 of 80 Pages

S012 (04/99)

**GREAT DIVIDE INSURANCE COMPANY**

LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion c. Liquor Liability under Paragraph 2., Exclusions of COVERAGE A. Bodily Injury and Property Damage Liability (Section I - Coverages) is **replaced** by the following:

c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;
(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or
(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

(1) Manufacture, sell or distribute beverages;
(2) Serve or furnish alcoholic beverages for a charge whether or not such activity:
   (a) Requires a license;
   (b) Is for the purpose of financial gain or livelihood;
(3) Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or
(4) Are an owner or lessor of premises used for such purposes.

All other Terms and Conditions of this Policy remain unchanged.

Exhibit 1
Page 76 of 80 Pages

S 038 (02/95)

**GREAT DIVIDE INSURANCE COMPANY**

LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## CONTRACTORS SPECIAL CONDITIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### CONTRACTORS SUBCONTRACTED WORK CONDITIONS

The following is **added** to the Premium Audit Condition under CONDITIONS (**SECTION IV**):

You will obtain Certificates of Insurance from all contractors or subcontractors you hire providing evidence of insurance including Commercial General Liability, Workers Compensation and Employers Liability.

If upon an audit of your books and records, it is verified that operations were performed by contractors or subcontractors you hired without Comprehensive General Liability Insurance, such uninsured contractors or subcontractors will be classified and rated under the specific classification description for each operation.  The premium base used for rating each specific classification will be the total cost of work performed for you, less the cost of materials included in that figure.  Such cost of work will be considered as payroll and the premium will be computed in accordance with our rates and rules in effect at the time the policy was issued.  It is the insured's responsibility for payment of any additional premium due.  This coverage only applies to work performed for you by such uninsured contractors or subcontractors and in no way extends defense and/or coverage under this policy to the contractors or subcontractors you hired.

S133 (06/02)

The following exclusions are **added** to Paragraph 2., Exclusions of Coverage (**SECTION I - COVERAGES**):

### EXCLUSION - PROFESSIONAL SERVICES - CONTRACTORS

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of the rendering or failure to render any professional services by you or for you including:

(1) An error, omission, defect or deficiency in any test performed, or an evaluation, a consultation or advice given by or on behalf of any insured;

(2) The reporting of or reliance upon any such test, evaluation, consultation or advice;

(3) The preparing, approving, or failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

(4) Inspection, supervison, quality control or engineering services.

S062 (04/99)

### EXCLUSION- SUBSIDENCE OF LAND

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or medical payments caused by, resulting from, contributed to or aggravated by the "subsidence" of land.

The following definition is **added** to DEFINITIONS (**SECTION V**):

"**Subsidence**"  shall mean earth movement, including but not limited to landslide, mud flow, earth sinking, rising or shifting.

S075 (04/99)

Exhibit ___I___
Page __77__ of __80__ Pages

S058 (06/02)    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 1 of 2

The following exclusions are **added** to Paragraph **2.**, Exclusions of **COVERAGE A.** Bodily Injury and Property Damage Liability (**SECTION I - COVERAGES**):

## EXCLUSION - OVERSPRAY OR SPILLAGE

This insurance does not apply to "property damage" caused by spraying, spillage, leakage or any form of application of hot tar, paint, foam or other liquefied substances.

S029 (02/95)

## ROOFING OPERATIONS CONDITONAL EXCLUSION

This insurance does not apply to "property damage" for roofing operations conducted by you unless the following conditions are met:
  (1) You have taken "appropriate" steps to determine any approaching adverse weather;
  (2) You have taken "appropriate" steps to provide a temporary cover for an "open roof", able to withstand the normal elements; and
  (3) The cover must be put in place if the roof is to be left unattended for more than four hours.

The following definitions are **added** to DEFINITIONS (**SECTION V**):

  **"Appropriate"** means conduct or action customarily taken or used by contractors in the same field to protect or prevent damage under similar circumstances.

  **"Open roof"** means any roof or section where the protective covering (shingles, tar, felt paper, etc.) has been removed leaving exposed the underlying materials, structure shell or structure interior.

S047 (04/97)

## DEMOLITION AND BUILDING WRECKING CONDITIONAL EXCLUSION

This insurance does not apply to "bodily injury" or "property damage" for demolition or wrecking of buildings or structures conducted by you unless coverage was purchased for **Wrecking - buildings or structures** and designated on the Declarations:

  The following additional exclusions apply to demolition or wrecking operations:

    This insurance does not apply to "bodily injury" or "property damage":
      (1) Arising out of the use of cranes, ball and chain, or similar apparatus;
      (2) Arising out of the demolition or wrecking of any building or structure which has an original height in excess of three stories;

    This insurance does not apply to "property damage":
      (1) Of any abutting wall, adjoining wall, common or party wall; or
      (2) Included within the "explosion hazard", the "collapse hazard" or the "underground property damage hazard" unless coverage is purchased and entered as a covered hazard in the Declarations.

  The following definitions are **added** to DEFINITIONS (**SECTION V**):

  **"Explosion hazard"** includes "property damage" arising out of blasting or explosion. The "explosion hazard" does not include "property damage" arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment.

  **"Collapse hazard"** includes "structural property damage" and any resulting "property damage" to any other property at any time.

  **"Structural property damage"** means the collapse of or structural injury to any building or structure due to:
    (1) Grading of land, excavating, burrowing, filling, back-filling, tunneling, pile driving, cofferdam work or caisson work; or
    (2) Moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support of that building or structure.

  **"Underground property damage hazard"** includes "underground property damage" and any resulting "property damage" to any other property at any time.

  **"Underground property damage"** means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus used with them beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, burrowing, filling, back-filling or pile driving.

S 008 (04/97)

Exhibit ____I____
Page __78__ of __80__ Pages

All other terms and conditions of this policy remain unchanged.

S058 (06/02)   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   Page 2 of 2

**GREAT DIVIDE INSURANCE COMPANY**

LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - COMMUNICABLE DISEASE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is **added** to Paragraph 2., Exclusions of Coverage (Section I - Coverages):

This insurance does not apply to "bodily injury", "personal and advertising injury" or medical payments arising out of claims, accusations or charges brought by or against any insured(s) for actual or alleged damages arising out of a communicable disease no matter how transmitted including, but not limited to, Acquired Immune Deficiency Syndrome (AIDS).

All other Terms and Conditions of this Insurance remain unchanged.

Exhibit 1
Page 79 of 80 Pages

S076 (04/99)

**GREAT DIVIDE INSURANCE COMPANY**

LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - LEAD CONTAMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following exclusion is **added** to EXCLUSIONS:

This insurance does not apply to:

"Bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of the ingestion, inhalation or absorption of lead in any form;

Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead; or

Any loss, cost or expense arising out of any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

All other Terms and Conditions of this policy remain unchanged.

Exhibit ____I____
Page __80__ of __80__ Pages

S091 (04/99)