# INGALDSON, MAASSEN & FITZGERALD, P.C.

Lawyers

813 West Third Avenue
Anchorage, Alaska 99501-2001
Telephone (907) 258-8750   Facsimile (907) 258-8751

Peter J. Maassen
William H. Ingaldson
Kevin T. Fitzgerald
Stuart C. Rader
Jim M. Boardman
Carmen E. Clark

February 9, 2006

Mr. Dave B. Alutius, Adjuster
Northern Adjusters
1401 Rudakof Circle, Suite 100
Anchorage, AK  99508

> Re: Keith Jones v. Bowie Industries, et al.
> Case 3AN-04-10958 CI
> Our File No. 7501-5

Dear Dave:

Enclosed is a copy of the first amended complaint received January 3, 2006. As you can see from a review of the first amended complaint, the initial complaint has been amended to make clear the individual claims against Todd Christianson, an insured under the relevant insurance policy, and to assert negligence claims. Pursuant to the four corner doctrine, the first amended complaint clearly does not assert a worker's compensation claim that would be excluded under the applicable policy. Further, I do not believe the employee liability exclusion applies, given that Jones, an employee of Titan Enterprises at the time, has not sued Titan Enterprises. As I am sure you're aware, an insurer's duty to defend is broader than its duty to provide coverage. The duty to defend arises if the complaint on its face alleges facts which, standing alone, give rise to a possible finding of liability covered by the policy. Even if the complaint does not contain such allegations, the insurer has a duty to defend if facts underlying the complaint are within, or potentially within, the policy coverage and are known or reasonably ascertainable by the

Exhibit 3
Page 1 of 2 Pages

Mr. Dave B. Alutius, Adjuster
February 9, 2006
Page 2

insurer. <u>Fejes v. Alaska Insurance Company, Inc.</u>, 984 P.2d 519, 523 (Alaska 1999).

    Consequently, Todd Christianson, an insured under the policy, once again tenders the defense of the case. Please inform me as soon as possible, and in writing, if Nautilus Insurance Group, or its equivalent, denies coverage so that Mr. Christianson can pursue any and all available legal remedies. Thanks in advance for your immediate attention to this matter.

                              Very truly yours,

                              Kevin T. Fitzgerald

Enclosure
cc: Mr. T. Christianson
jj
F:\W\7501-5\Correspondence\Alutius Ltr.doc

Exhibit 3
Page 2 of 2 Pages