Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, <br><br> Defendants. | No. 3:06-cv-00060 TMB <br><br> **ENTRY OF APPEARANCE** |

Comes now Kevin T. Fitzgerald, and enters his appearance of record on behalf of defendant Todd Christianson in the above-captioned action, and requests that future copies of all correspondence and pleadings be served upon him at Ingaldson, Maassen & Fitzgerald, P.C., 813 West Third Avenue, Anchorage, Alaska 99501.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Entry

Page 1 of 2

Dated at Anchorage, Alaska April 12, 2006.

```
                              INGALDSON, MAASSEN &
                              FITZGERALD, P.C.
                              Attorneys for Defendant
                              Todd Christianson


                              s/Kevin T. Fitzgerald
                              ABA No. 8711085
                              813 West Third Avenue
                              Anchorage, AK  99501
                              Fax: (907) 258-8751
                              E-mail: kevin@impc-law.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/12/06,
a copy of the foregoing Entry
was served electronically on:

Roger F. Holmes, Esquire


 s/Jennifer M. Jones
F:\W\7501-5\Federal Pleadings\Entry.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Entry