Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, <br><br> Defendants. | No. 3:06-cv-00060 TMB <br><br> **PARTIES' STIPULATION FOR TIME EXTENSION FOR DEFENDANT TO FILE <u>ANSWER</u>** |

Come now the parties, by and through undersigned counsel, and stipulate that defendant Todd Christianson may

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Stipulation
Page 1 of 2

have until the close of business on April 28, 2006 in which to file his answer in the above-captioned matter.

                                          BISS & HOLMES
                                          Attorneys for Plaintiff

Dated: 4/12/06                  By: _____
                                          Roger F. Holmes
                                          3948 Clay Products Drive
                                          Anchorage, Alaska 99517-1014
                                          (907) 248-8013 Phone
                                          (907) 243-6695 Fax
                                          E-mail: roger.bh@gci.net
                                          Alaska Bar No. 7011060

                                          INGALDSON, MAASSEN &
                                          FITZGERALD, P.C.
                                          Attorneys for Defendant
                                          Christianson

Dated: 4/12/06                  By: _____
                                          Kevin T. Fitzgerald
                                          ABA No. 8711085
                                          813 West Third Avenue
                                          Anchorage, AK 99501
                                          Fax: (907) 258-8751
                                          E-mail: kevin@impc-law.com

F:\W\7501-5\Federal Pleadings\Stip for Time Ext.doc

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Stipulation

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/13/06,
a copy of the foregoing Stipulation
was served electronically on:

Roger F. Holmes, Esquire


 s/Jennifer M. Jones

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Stipulation