Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen & Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br><br>　　　　　Defendants. | No. 3:06-cv-00060 TMB<br><br>[proposed] **ORDER GRANTING PARTIES' STIPULATION FOR TIME EXTENSION FOR DEFENDANT TO FILE <u>ANSWER</u>** |

　　　　This matter, having come before the court upon the parties' stipulation regarding defendant Todd Christianson's time for answer,

　　　　IT IS ORDERED that defendant's answer in the above-captioned matter is due April 28, 2006.

　　　　DATED: _____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　U.S. District Court Judge

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Order
　　　　　Page 1 of 2

CERTIFICATE OF SERVICE

I hereby certify that on 4/13/06,
a copy of the foregoing proposed Order
was served electronically on:

Roger F. Holmes, Esquire


 s/Jennifer M. Jones

F:\W\7501-5\Federal Pleadings\Order for Time Ext.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Order