IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREAT DIVIDE INSURANCE      )
COMPANY,                    )
                            )  No. 3:06-cv-00060 TMB
            Plaintiff,      )
                            )  **ORDER GRANTING**
       v.                   )  **PARTIES' STIPULATION FOR**
                            )  **TIME EXTENSION FOR**
Todd Christianson, and d/b/a )  **DEFENDANT TO FILE**
Great Alaska Lawn and       )  **ANSWER**
Landscaping, Inc.; and      )
Keith Jones,                )
                            )
            Defendants.     )
_____)

        This matter, having come before the court upon

the parties' stipulation regarding defendant Todd

Christianson's time for answer,

        IT IS ORDERED that defendant's answer in the

above-captioned matter is due April 28, 2006.

        DATED: <u>April 18, 2006</u>

                        <u>  /s/ Timothy M. Burgess</u>
                        TIMOTHY M. BURGESS
                        U.S. District Court Judge

*INGALDSON,*
*MAASSEN &*
*FITZGERALD,*
*P.C.*
*Lawyers*
*813 W. 3rd Avenue*
*Anchorage,*
*Alaska*
*99501-2001*
*(907) 258-8750*
*FAX: (907) 258-*
*8751*

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Order
                    Page 1 of 1