Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, | ) ) ) ) |
| Plaintiff, | ) No. 3:06-cv-00060 TMB ) ) |
| v. | ) **ANSWER** ) |
| Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, | ) ) ) ) ) |
| Defendants. | ) ) |

Comes now Todd Christianson ("Christianson"), individually, by and through counsel of record, Ingaldson, Maassen & Fitzgerald, P.C., and hereby answers plaintiff Great Divide Insurance Company's ("Great Divide") complaint as follows:

1. Based upon information and/or belief, Christianson admits paragraph 1 of the complaint.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

      2.  Based upon information and/or belief, Christianson admits paragraph 2 of the complaint.

      3.  Christianson admits he is an Alaska resident. Great Alaska Lawn and Landscaping, Inc. is no longer an operating corporation.

      4.  Denied.

      5.  Christianson admits paragraph 5, although it calls for a legal conclusion for which no response is necessary.

      6.  Christianson admits paragraph 6, although it calls for a legal conclusion for which no response is necessary.

      7.  Christianson admits paragraph 7, and also notes that he (personally) is an insured under the applicable policy.

      8.  Keith Jones' amended complaint speaks for itself.

      9.  Keith Jones' amended complaint speaks for itself.

      10.  Christianson has tendered the defense of the Jones lawsuit to Great Divide.  Great Divide has denied coverage for Christianson.  Otherwise, the tender letter and denial of coverage correspondence speaks for itself.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Answer

11. Denied.

12. Denied.

WHEREFORE, having fully answered the complaint, Christianson asks the court for the following relief:

1. Entry of an order that Great Divide has an obligation to pay any damages assessed against Christianson, or Great Alaska, in the underlying lawsuit against Christianson brought by Keith Jones.

2. Entry of an order that Great Divide has an obligation to provide for the defense of Christianson in the underlying lawsuit brought against him by Keith Jones.

3. An award of Christianson's costs and attorney fees.

4. Such other and further relief as the court deems just and equitable.

Dated at Anchorage, Alaska April 28, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant
Christianson

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Answer
Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/28/06,
a copy of the foregoing Answer
was served electronically on:

Roger F. Holmes, Esquire


 s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\Answer.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Answer