Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff. <br><br> vs. <br><br> Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, <br> Defendants. | Case No. 3:06-cv-00060 TMB <br><br> NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR DECLARATORY RELIEF ON DEFENDANTS |

  Attached is correspondence and delivery notification to attorney Michael Flanigan for defendant Keith Jones. Mr. Flanigan has agreed to voluntarily accept service for defendant Jones and file a notice of appearance and answer for Jones by May 19, 2006.

  Attorney Kevin Fitzgerald has voluntarily entered an appearance for defendant Todd Christianson and d/b/a Great Alaska

NOTIE RE PROOF OF SERVICE
GREAT DIVIDE V. CHRISTIANSON
CASE NO. 3:06-cv-00060 TMB    1

Lawn and Landscaping, Inc., at Docket No. 4.  Mr. Fitzgerald has answered for defendant Christianson at Docket No. 7.

DATED at Anchorage, Alaska, this 2nd day of May, 2006.

> BISS & HOLMES
> Attorneys for Plaintiff
> GREAT DIVIDE INSURANCE CO.
>
> s/Roger F. Holmes
> 3948 Clay Products Drive
> Anchorage, Alaska 99517-1014
> (907) 248-8013 Phone
> (907) 243-6695 Fax
> E-mail: roger.bh@gci.net
> Alaska Bar No. 7011060

CERTIFICATE OF SERVICE
I hereby certify that on 5/2/06, a copy of the foregoing Notice of Proof of Service of Summons and Complaint For Declaratory Relief on Defendants was served electronically on

Kevin T. Fitzerald, Esq.

And By Regular U.S. Mail On:
Michael W. Flanigan, Esq.
1029 West 3rd Avenue #250
Anchorage, AK 99501

s/Roger F. Holmes