**BISS AND HOLMES**
ATTORNEYS AT LAW

BURTON C. BISS, RETIRED
ROGER F. HOLMES

3948 CLAY PRODUCTS DRIVE
ANCHORAGE, ALASKA 99517
TELEPHONE (907) 248-8013
FAX (907) 243-6695

E-Mail roger.bh@gci.net

March 13, 2006

Michael W. Flanigan, Esq.
Walther & Flanigan
1029 West 3rd Avenue, Suite 250
Anchorage, Alaska 99501

Re:    Great Divide Insurance v. Keith Jones, et al.
       Case No. 3:06-cv-00060 TMB

Dear Mr. Flanigan:

Thank you for agreeing to voluntarily accept service for defendant Keith Jones in the above-entitled action. Enclosed is the Summons, Civil Cover Sheet and the Complaint with all exhibits.

Please contact us if you have any questions.

Very truly yours,

BISS & HOLMES

Bruce D. Neilson
Legal Assistant

/bdn

Encl.

Exhibit _____1_____
Page _____1_____ of __2__ Pages



New Order    Order Tracking

## Anchorage Messenger Service
### Alaska Med Stat

5001 Arctic Blvd, #202
Anchorage, AK 99503
T. 907.278.2736
After Hours. 907.751.4483
F. 907.258.4293
Email: info@amsalaska.com
www.AMSAlaska.com - www.AlaskaMedStat.com



Hol
pu
1227
3-22-06

Date: 3/22/2006 9:24:56 AM

| Delivery Information | Tracking Number |
|---|---|
| ACC#: 66 | **#154042** |

**FROM:**
BISS & HOLMES
Bruce Neilson
3948 CLAY PRODUCTS DRIVE

Anchorage     99517

**SHIP TO:**
**Walther & Flanigan**
**Michael W. Flanigan, Esq.**
**1029 West 3rd Avenue, Unit 250**

**Anchorage     99501**

| Client | |
|---|---|
| BISS & HOLMES | |

| Service | Pick up Date |
|---|---|
| **REGULAR ROUTE SERVICE** | 3/22/2006 |

| Delivery Date | Deliver By |
|---|---|
| 3/23/2006 | 02:04 |

| Ordered By | Vehicle |
|---|---|
| BRUCE | Car |

| Packages | Insurance |
|---|---|
| 1 Envelope(s) | **NO** |

| Weight | COD |
|---|---|
| **1 Lbs** | $0.00 |

| Reference |
|---|
| 4184 Summons & Complaint |

**Instructions**
Please deliver the attached today to attorney Michael Flanigan at Walther & Flanigan. Thank you.

Shipper's Signature: _Bruce Neilson_

Driver's Number: _____ 3-22 A 3:50

Consignee's Signature: _____

Time: _____

Name (printed): _Nicole Giordano_

Exhibit _____1_____

Page __2__ of __2__ Pages

1 of 1                                    3/22/2006 9:24 AM