Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: waltherflanigan@cs.com

Attorneys for Keith Jones

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE CO. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TODD CHRISTENSON, and            . )<br>d/b/a GREAT ALASKA LAWN AND )<br>LANDSCAPING, INC.; and KEITH JONES )<br>)<br>Defendants, )<br>_____ ) | Case No. 3:06-cv-00060-TMB<br><br>**ANSWER TO COMPLAINT** |

Comes now Keith Jones, by and through counsel, Walther & Flanigan, and for his

Answer states as follows:

1. Jones is without sufficient information to affirm or deny same and therefore denies same.

2. Jones is without sufficient information to affirm or deny same and therefore denies same.

3. Jones admits Christainson is an Alaskan resident and the owner of Great Alaska Lawn and Landscaping, Inc., but is without sufficient information to affirm the remainder of this assertion and therefore denies same.

4. Admitted.

5. Admitted that the court has jurisdiction, denied that the court exercise discretion to hear this matter given the pendency of the underlying tort claim in State Court.

6. Admitted that venue is proper is the court exercises it discretion to hear this matter.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Jones is without sufficient information to affirm or deny same and therefore denies same.

12. Jones is without sufficient information to affirm or deny same and therefore denies same.

## AFFIRMATIVE DEFENSES

1. Jones is not a party to the insurance agreements between Great Divide and Christianson and his corporations and therefore was improperly joined as a party in this matter.

2. Jones reserves the right to allege additional affirmative defenses if the Court concludes that Jones is a proper party in this matter.

WHEREFORE, Jones prays that he be dismissed from this matter and awarded his costs and fees and other equitable relief that the court deems just, for defending against this suit.

DATED THIS 19th DAY OF May, 2006.

      WALTHER & FLANIGAN
      ATTORNEYS FOR KEITH JONES

      _____
      s/ Michael W. Flanigan
      1029 W. 3rd Ave., Ste 250
      Anchorage, Alaska, 99517-1014
      (907) 279-9999 Phone
      (907) 258-3804 Fax
      E-Mail: Waltherflanigan@cs.com
      Alaska Bar No. #7710114