Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: waltherflanigan@cs.com

Attorneys for Keith Jones

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE CO. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cv-00060-TMB |
| vs. ) | |
| ) | |
| TODD CHRISTENSON, and  . ) | **ENTRY OF APPEARANCE** |
| d/b/a GREAT ALASKA LAWN AND ) | |
| LANDSCAPING, INC.; and KEITH JONES ) | |
| ) | |
| Defendants, ) | |
| _____ ) | |

Comes now Walther & Flanigan, and hereby enter their appearance for Keith Jones in the above styled matter. The Court is requested to provide copies of all pleadings and orders filed in this matter to counsel's e-mail address. The parties are requested to provide copies to counsel of any pleadings filed with the court other than by electronic filing.

DATED THIS 19th DAY OF May, 2006.

WALTHER & FLANIGAN
ATTORNEYS FOR KEITH JONES


_____
s/ Michael W. Flanigan
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114