Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: waltherflanigan@cs.com

Attorneys for Keith Jones

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE CO. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cv-00060-TMB |
| vs. ) | |
| ) | |
| TODD CHRISTENSON, and      . ) | **NOTICE OF SERVICE** |
| d/b/a GREAT ALASKA LAWN AND ) | |
| LANDSCAPING, INC.; and KEITH JONES ) | |
| ) | |
| Defendants, ) | |
| _____ ) | |

Comes now Walther & Flanigan, and hereby gives the court notice that the pleadings docketed at [10] Notice of Appearance [9] Answer to Complaint were served by electronic means on Kevin T. Fitzgerald, and Roger F. Holmes on May 19, 2006.

DATED THIS 26th DAY OF May, 2006.

                WALTHER & FLANIGAN
                ATTORNEYS FOR KEITH JONES

                _____
                s/ Michael W. Flanigan
                1029 W. 3rd Ave., Ste 250
                Anchorage, Alaska, 99517-1014
                (907) 279-9999 Phone
                (907) 258-3804 Fax
                E-Mail: Waltherflanigan@cs.com
                Alaska Bar No. #7710114

I hereby certify that this document will be served
Electronically on Kevin T. Fitzgerald and Roger F. Homes
On May 26, 2006.

Date:  5/26/06 By: MWF