Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com


Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, <br><br> Defendants. | No. 3:06-cv-00060 TMB <br><br> **MOTION TO SET FOR EXPEDITED CALENDARING AND RESOLUTION** |

  Comes now defendant, Todd Christianson, by and through counsel, Ingaldson, Maassen & Fitzgerald, P.C., and hereby requests the court calendar this matter for expedited hearing and resolution. Expedience is appropriate for this declaratory action because there is a related, pending state court proceeding which will be materially affected by the decision in this case.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Motion
Page 1 of 3

On September 14, 2004, Kenneth Jones sued Todd Christianson individually and dba Great Alaska Lawn and Landscaping, Inc., for injuries he received while operating a hydromulcher on a landscaping project. He also sued Bowie Industries, Inc., the manufacturer of the hydromulcher which caused his injuries. Christianson tendered the claim to his insurance company. The insurance company disputed coverage on or about March 15, 2006. The state court proceeding in Case 3AN-04-10958 CI has continued along standard civil litigation procedures. The current trial date is October 2, 2006.

Opposing counsel, Roger Holmes, has been contacted regarding this request for "fast track" scheduling and does not oppose it.

Dated at Anchorage, Alaska June 7, 2006.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Attorneys for Defendant Christianson

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Motion
Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/7/06,
a copy of the foregoing Motion
was served electronically on:

Roger F. Holmes, Esquire


 s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\Motion to Set for Expedited Calendaring and Resolution.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Motion