Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br><br>Defendants. | No. 3:06-cv-00060 TMB<br><br>[proposed] ORDER GRANTING MOTION TO SET FOR EXPEDITED CALENDARING AND RESOLUTION |

    This matter, having come before the court upon defendant Todd Christianson's Motion to Set for Expedited Calendaring and Resolution, there being no opposition thereto, and the court being fully advised,

    IT IS ORDERED that _____

_____

_____

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Order

_____.

        DATED: _____

_____
TIMOTHY M. BURGESS
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/7/06,
a copy of the foregoing Order
was served electronically on:

Roger F. Holmes, Esquire

 s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\[proposed] Order Granting Motion to Set for Expedited Calendaring and Resolution.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Order