Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>     v.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br><br>             Defendants. | No. 3:06-cv-00060 TMB<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO SET FOR EXPEDITED CALENDARING AND RESOLUTION** |

STATE OF ALASKA        )
                       )ss.
THIRD JUDICIAL DISTRICT)

      KEVIN T. FITZGERALD, being first duly sworn, deposes and states as follows:

      1.  I am counsel of record for defendant Todd Christianson in the above-captioned action.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

2. All the facts in the Motion to Set for Expedited Calendaring and Resolution are true and correct to the best of my information and belief.

3. Ms. Clark in my office covered this matter for me while I was in trial on federal case 3:06-00022-01-JWS. She tells me she spoke with Roger Holmes about this matter and that he does not oppose it.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN T. FITZGERALD

SUBSCRIBED AND SWORN to before me this __7__ day of June, 2006.

_____
Notary Public for Alaska
My Commission Expires: 10/24/07

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/7/06,
a copy of the foregoing Affidavit
was served electronically on:

Roger F. Holmes, Esquire


 s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\Affidavit in Support of Motion to Set for Expedited Calendaring and Resolution.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Affidavit
Page 2 of 2