Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com


Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, ) ) ) | ) No. 3:06-cv-00060 TMB |
| Plaintiff, ) ) | |
| v. ) | **NOTICE OF SERVICE** |
| ) Todd Christianson, and d/b/a ) Great Alaska Lawn and ) Landscaping, Inc.; and ) Keith Jones, ) ) Defendants. ) ) | |

Comes now defendant, Todd Christianson, by and through undersigned counsel, and gives notice of electronic service on Michael W. Flanigan on June 7, 2006, of his pleadings at Docket [13] Motion to Set for Expedited Calendaring and Resolution and [proposed] Order Granting Motion to Set for Expedited Calendaring and Resolution; and

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska 99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Notice
Page 1 of 2

Docket [14] Affidavit in Support of Motion to Set for Expedited Calendaring and Resolution.

Dated at Anchorage, Alaska June 7, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant
Christianson


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/7/06,
a copy of the foregoing Notice
was served electronically on:

Roger F. Holmes, Esquire
Michael W. Flanigan, Esquire


s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\Notice of Service.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Notice