IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br>          Plaintiff, <br><br>     v. <br><br> Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, <br><br>          Defendants. | ) ) ) No. 3:06-cv-00060 TMB ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) |

      This matter, having come before the court upon defendant Todd Christianson's Motion to Set for Expedited Calendaring and Resolution, IT IS ORDERED that a status conference shall be held before this Court on **Monday, June 12, 2006, at 3:00 p.m. in Courtroom 1.**

      DATED: June 9, 2006

                        s/ Timothy Burgess
                        TIMOTHY M. BURGESS
                        U.S. District Court Judge