Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>　　　　　Plaintiff.<br><br>　vs.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br>　　　　　Defendants. | Case No. 3:06-cv-00060 TMB |

## PLAINTIFF GREAT DIVIDE INSURANCE COMPANY
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

　　　Pursuant to Fed. R. Civ. P. 7.1, Great Divide Insurance Company provides the following information identifying its parent corporation(s) and publicly held stock ownership status:

　　　Great Divide Insurance Company is owned 100% by Nautilus Insurance Company. Nautilus Insurance Company is owned 100% by Admiral Insurance Company. Admiral Insurance Company is not a publicly held corporation. Admiral Insurance Company is wholly owned by Jersey International Holdings and Jersey

1

International Holdings is wholly owned by W.R. Berkley Corporation. The W.R. Berkley Corporation is a publicly held Corporation [NYSE symbol BER].

DATED at Anchorage, Alaska, this 14th day of June, 2006.

>BISS & HOLMES
>Attorneys for Plaintiff
>GREAT DIVIDE INSURANCE CO.
>
>s/Roger F. Holmes
>3948 Clay Products Drive
>Anchorage, Alaska 99517-1014
>(907) 248-8013 Phone
>(907) 243-6695 Fax
>E-mail: roger.bh@gci.net
>Alaska Bar No. 7011060

Certificate of Service
I hereby certify that on
June 14, 2006, a copy of
the foregoing Great Divide
Insurance Company Rule 7.1
Corporate Disclosure Statement
was served electronically on:

Kevin T. Fitzgerald, Esq.
Michael W. Flanigan, Esq.

s/Roger F. Holmes