Roger F. Holmes
Biss & Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
(097) 248-8013
(907) 243-6695 Fax
E-mail:  roger.bh@gci.net
AK Bar No. 7011060
Attorney for Plaintiff Great Divide Insurance Co.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| Great Divide Insurance Company, | ) | |
| Plaintiff(s) | ) | Case No.   3:06-cv-00060 TMB |
| vs | ) | |
| | ) | |
| Todd Christianson and d/b/a Great Alaska | ) | |
| Lawn and Landscaping, Inc.; and Keith Jones | ) | |
| | ) | |
| Defendant(s) | ) | SCHEDULING AND PLANNING |
| | ) | CONFERENCE REPORT |

1.      **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on June 14, 2006 and was attended by:

(*Kevin T. Fitzgerald*)          attorney for plaintiff (*Todd Christianson*)

(*Michael W. Flannigan*)          attorney for defendant (*Keith Jones*)

(*Roger F. Holmes*)          attorney for defendant (*Great Divide Insurance Company*)

The parties recommend the following:

2.      **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

_____   have been exchanged by the parties

__x__   will be exchanged by the parties by (*August 4, 2006*)

Proposed changes to disclosure requirements:  (*None*)

Preliminary witness lists

___  have been exchanged by the parties

x  will be exchanged by the parties by (*September 1, 2006*)

3.    **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

(*Whether the Great Divide Insurance policy provides coverage for damage claim of Keith Jones.*)

4.    **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

(*Coverage under the Great Divide insurance policy.*)

B. All discovery commenced in time to be completed by(September 29, 2006).

C.  Limitations on Discovery.

1.    Interrogatories

x    No change from F.R.Civ.P. 33(a)

___    Maximum of ___ by each party to any other party.

Responses due in ___ days.

2.    Requests for Admissions.

X    No change from F.R.Civ.P. 36(a).

___    Maximum of ___ requests.

Responses due in ___ days.

3.    Depositions.

x    No change from F.R.Civ.P. 36(a), (d).

     Maximum of       depositions by each party.

     Depositions not to exceed       hours unless agreed to by all parties.

D.     Reports from retained experts.  None anticipated at this time.

     Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

     Reports due:

From plaintiff (*insert date*)     From defendant (*insert date*)

E.     Supplementation of disclosures and discovery responses are to be made:

     Periodically at 60-day intervals from the entry of scheduling and planning order.

  x    As new information is acquired, but not later than the close of discovery.

F.     A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

     45 days prior to the close of discovery.

  X    Not later than (*December 29, 2006*)

5.   **Pretrial Motions**.

     No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

  x    Motions to amend pleadings or add parties to be filed not later than (*September 29, 2006*).

  x    Motions under the discovery rules must be filed not later than (*September 29, 2006*).

    <u>  X  </u>  Motions in limine and dispositive motions must be filed not later than (*October 20, 2006*).

6.    **Other Provisions**:

    A.   <u>  X  </u>  The parties do not request a conference with the court before the entry of the scheduling order.

        <u>     </u>  The parties request a scheduling conference with the court on the following issue(s):
        (*Insert issues on which a conference is requested*)

    B.    Alternative Dispute Resolution.  [D.Ak. LR 16.2]

        <u>  x  </u>  This matter is not considered a candidate for court-annexed alternative dispute resolution.

        <u>     </u>  The parties will file a request for alternative dispute resolution not later than (*insert date*).

           <u>     </u>  Mediation    <u>     </u>  Early Neutral Evaluation

    C.    The parties  <u>   </u>  do  <u>  x  </u>  not consent to trial before a magistrate judge.

    D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

        <u>  x  </u>  All FRCP 7.1 Disclosures        Compliance not required by any party have been made.  <u>     </u>

7.    **Trial**.

    A.    The matter will be ready for trial:

        <u>     </u>  45 days after the discovery close date.

        <u>  x  </u>  not later than (*February 2, 2007*).

    B.    This matter is expected to take  <u>  2  </u>  days to try.

    C.    Jury Demanded  <u>   </u>  Yes  <u>  x  </u>  No

        Right to jury trial disputed?  <u>     </u>  Yes  <u>     </u>  No

Dated:  June 20, 2006

BISS & HOLMES
Attorneys for Plaintiff

s/Roger F. Holmes
ABA No. 7011060
3948 Clay Products Drive
Anchorage, AK 99517-1014
Phone: (907) 248-8013
Fax: (907) 243-6695
E-mail: roger.bh@gci.net

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant Christianson

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK 99501
Phone: (907) 258-8750
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

WALTHER & FLANIGAN
Attorneys for Defendant Keith Jones

s/Michael W. Flanigan
ABA No. 7710114
1029 W. 3rd Avenue, Suite 250
Anchorage, AK 99501
Phone:  (907) 279-9999
Fax:  (907) 258-3804
E-mail: waltherflanigan@cs.com

<u>Certificate of Service</u>
I hereby certify that on June
20, 2006, a copy of <u>Scheduling</u>
<u>and Planning Conference Report</u> was
served electronically on:

Kevin T. Fitzgerald, Esq.
Michael W. Flanigan, Esq.

<u>S/Roger F. Holmes</u>