Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, )<br><br>Plaintiff. )<br><br>vs. )<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, )<br>Defendants. )<br>_____) | Case No. 3:06-cv-00060 TMB |


**PLAINTIFF'S MOTION TO AMEND
SCHEDULING AND PLANNING ORDER**


Plaintiff moves this court for an order amending the
Scheduling and Planning Order (Docket #20) which requires discovery
to be completed by September 29, 2006 and dispositive motions to be
filed by October 20, 2006. The new date requested for discovery to
be completed by is October 31, 2006 and the new date requested for
dispositive motions to be filed by is December 15, 2006.

Further, this motion is based upon the pleadings of record and the memorandum submitted in support of this motion.

DATED at Anchorage, Alaska, this 18th day of October, 2006.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.


By: s/Roger F. Holmes
    Roger F. Holmes
    3948 Clay Products Drive
    Anchorage, Alaska 99517
    (907) 248-8013 Phone
    (907) 243-6695 Fax
    E-mail: roger.bh@gci.net
    AK Bar No. 7011060

Certificate of Service
I hereby certify that on
October 18, 2006, a true and
correct copy of the foregoing
Plaintiff's Motion to Amend
Scheduling and Planning Order
was served electronically
on:

Kevin Fitzgerald, Esq.
Michael W. Flanigan, Esq.


s/Roger F. Holmes