```
Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>    Plaintiff.<br><br> vs.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br>    Defendants. | Case No. 3:06-cv-00060 TMB |

**(PROPOSED) ORDER AMENDING**
**SCHEDULING AND PLANNING ORDER**

  This court having considered Plaintiff's Motion to Amend Scheduling and Planning Order, and being fully advised hereto,

  IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Scheduling and Planning Order is GRANTED as follows:

  1. Discovery in this matter shall be completed by October 31, 2006, and

    2.    Dispositive motions shall be filed by December 15, 2006.

DATED: _____               s/Timothy M. Burgess

                                              TIMOTHY M. BURGESS
                                              United States District Judge

Certificate of Service
I hereby certify that on October 18, 2006, a true and correct copy of the foregoing (Proposed) Order Amending Scheduling and Planning Order was served electronically on:

Kevin Fitzgerald, Esq.
Michael W. Flanigan, Esq.

_____
s/Roger F. Holmes

(PROPOSED) ORDER AMENDING SCHEDULING AND
PLANNING ORDER                                          Great Divide v. Christianson
Page 2 of 2                                                   Case No. 3:06-CV-00060 TMB