Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, ) ) ) Plaintiff. ) ) vs. ) ) Todd Christianson, and ) d/b/a Great Alaska Lawn ) and Landscaping, Inc.; and ) Keith Jones, ) Defendants. ) _____ ) | Case No. 3:06-cv-00060 TMB |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION**
**TO AMEND SCHEDULING AND PLANNING ORDER**

The Scheduling and Planning Order (Docket #20) required

discovery to be completed by September 29, 2006 and dispositive

motions to be filed by October 20, 2006.  This is an insurance

coverage dispute between Todd Christianson and his general

liability carrier.  The parties contemplate coverage will be

resolved by summary judgment.  The plan after the Scheduling

Conference held in front of the court in June was for Christianson

to obtain the insurance broker's file, for plaintiff to depose Christianson and then file a summary judgment motion.

Christianson was unable to provide the plaintiff with a copy of the broker's file until September 28, or one day prior to the close of discovery. Because of scheduling conflicts between counsel of record, Mr. Christianson's deposition can not be taken until October 26 which is after the close of discovery and after the due date for dispositive motions. Without Mr. Christianson's deposition, plaintiff cannot file a dispositive motion on October 20.

Paragraph seven of the Court's Scheduling and Planning Order (Docket #20) states:

> "If expert witness or **other fact discovery** is not completed by the dates above specified, counsel may stipulate to a continuance of no more than two months for completion of the same, provided that any such stipulation shall state precisely what discovery remains and when it will be accomplished."

All discovery will be completed once Mr. Christianson's deposition is taken on October 26. Assuming it takes two weeks of normal turnaround for deposition transcription, plaintiff is requesting additional time within which to move for summary judgment. Given the intervention of Thanksgiving holidays, plaintiff requests that it be allowed to file its summary judgment motion on or before December 15, 2006.

Plaintiff respectfully requests that the Court grant this motion and extend the close of discovery until October 31, 2006 and dispositive motions until December 15, 2006.

DATED at Anchorage, Alaska, this 18th day of October, 2006.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.


By: s/Roger F. Holmes
    Roger F. Holmes
    3948 Clay Products Drive
    Anchorage, Alaska 99517
    (907) 248-8013 Phone
    (907) 243-6695 Fax
    E-mail: roger.bh@gci.net
    AK Bar No. 7011060


Certificate of Service
I hereby certify that on
October 18, 2006, a true and
correct copy of the foregoing
Memorandum in Support of
Plaintiff's Motion to Amend
Scheduling and Planning Order
was served electronically
on:

Kevin Fitzgerald, Esq.
Michael W. Flanigan, Esq.


_____
s/Roger F. Holmes