Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>       Plaintiff.<br><br>  vs.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br>       Defendants. | Case No. 3:06-cv-00060 TMB<br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

    Pursuant to Fed. Rule of Civ. P. 56(a), plaintiff moves this Court for an order granting it summary judgment. There are no material issues of fact and plaintiff is entitled to summary judgment as a matter of law. The motion is based upon the pleadings of record and the memorandum submitted in support of this motion.

DATED at Anchorage, Alaska, this 14th day of December, 2006.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.

s/Roger F. Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
(907) 248-8013 Phone
(907) 243-6695 Fax
E-mail: roger.bh@gci.net
Alaska Bar No. 7011060

CERTIFICATE OF SERVICE
I hereby certify that on December 14, 2006, a copy of foregoing Plaintiff's Motion For Summary Judgment was served electronically on:

Kevin Fitzgerald, Esq.

Michael W. Flanigan, Esq.

s/Roger F. Holmes

PLAINTIFF'S MTN FOR SJ
GREAT DIVIDE V. CHRISTIANSON
CASE NO. 3:06-cv-00060 TMB          2