Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, ) ) )         Plaintiff. ) ) vs. ) ) Todd Christianson, and ) d/b/a Great Alaska Lawn ) and Landscaping, Inc.; and ) Keith Jones, )         Defendants. ) _____) | Case No. 3:06-cv-00060 TMB<br><br>PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

The Court having reviewed the pleadings of parties on plaintiff's motion for summary judgment, finds as follows:

There are no material issues of fact.

Plaintiff is entitled to summary judgment as a matter of law.

Plaintiff's motion for summary judgment is granted.

Great Divide has no duty to defend or indemnify Todd Christianson and Great Alaska Lawn and Landscaping, Inc., for the claims brought against them by Keith Jones under its policy GC240519.

Keith Jones has no right to make any claim for benefits under the Great Divide policy GC240519.

DATED:_____

_____
Honorable Timothy M. Burgess
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE
I hereby certify that on
December 14, 2006, a copy
of foregoing Proposed Order Granting
Plaintiff's Motion For Summary
Judgment was served electronically on:

Kevin T. Fitzgerald, Esq.

Michael W. Flanigan, Esq.

_____
Bruce Neilson