| Ofc Comp | DV | Drug | Alco | Arrest | Hate | | Classification |
|---|---|---|---|---|---|---|---|

**Anchorage Police Department**

**POLICE REPORT**

Cross Ref Report Number

Original

Report Number: 03-29771

| | | |
|---|---|---|
| Type of Case (From approved list) **Industrial Accident** | Date and Time of Incident 6-5-2003 — / 09:40 | Day of Week **Thursday** |
| Location of Incident **Arboretum St. & Dearmound Rd.** | Area **45** | Date and Time of Report 6-5-2003 / 09:40 |
| Type and Extent of Injury **Left leg amputation** | Business Name **Titan Enterprises LLC/AK. Lawn** | |
| What Tool/Weapon/Substance Used? **Hydroseed Truck** | How was Tool/Weapon/Substance Used? **Leg caught in** | Total Value Damaged | Total Value Stolen/Recovered |

**PER 1**

| Code **V** | Name (Last, First, Middle) **Jones, Keith A.** | Age **38** | AKA/Maiden/Nicknames(s) |
|---|---|---|---|
| DOB **10-31-1964** | SSN **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** | OL #, State **6501635 ID only** | Race **W** | Sex **M** | Hgt **6'** | Wt **200** | Hair **BLN** | Eyes **BLU** |
| Physical Address **13,223 Old Seward Hwy. #2** | Home Telephone | Mailing Address | | | | | | |
| Work Name and Address | Work Telephone | Interviewed By: **-na-** | | | | | Taped? ☐ Y ☐ N |

**PER 2**

| Code **W** | Name (Last, First, Middle) | Age | AKA/Maiden/Nicknames(s) |
|---|---|---|---|
| DOB | SSN | OL #, State | Race | Sex | Hgt | Wt | Hair | Eyes |
| Physical Address | Home Telephone | Mailing Address **99504** | | | | | | |
| Work Name and Address | Work Telephone | Interviewed By: | | | | | Taped? ☐ Y ☐ N |

**VEH 1**

| Code **V** | Year **1984** | Make **International** | Model **DS** | Body Style **TRK** | Colors Top **BLU** / Bottom | License Number and State **8224CN** |
|---|---|---|---|---|---|---|
| VIN **1HSREJYROEHB19767** | | | | Impounded ☐ Y ☒ N | Location of Keys **Unk.** | |

**Narrative or Synopsis**

On 6-5-2003 I responded to a dispatch where a male subject reportedly got his leg caught in a hydroseeder.

The apparent lone operator of the vehicle, later identified as KEITH JONES, was working on top of the truck when his right leg became caught and entangled in the shredder area inside the trucks hydroseed apparatus. He yelled for help and got the attention of ▓▓▓▓▓▓▓▓▓▓▓ who was working at a near by. Once ▓▓▓▓ realized JONES was yelling for help, he ran over and "pulled the wires" to shut down the hydroseed apparatus. At that point, other people working in the area also ran over, (see Ofc. J. Martin's sup. for names).
OFC. D. REEDER and I arrived and I climbed the truck to render first-aid. Medics arrived within 30-60 more seconds, and JONES was loaded into the ambulance and transported to Providence.

| Officer **Draino** | DSN **1338** | Date **6/7/2003** | Supervisor DSN | Follow-Up None / Officer / Detective | Case Status Pend / Susp / Closed |
|---|---|---|---|---|---|

300000

Exhibit _____ C_____

Page ___1___ of __5__ Pages

| Continuation X | Supplemental | | MUNICIPALITY | CASE NUMBERS 03-29771 |
|---|---|---|---|---|
| CROSS REF. CASE # | | | OF ANCHORAGE<br>ANCHORAGE POLICE DEPARTMENT<br>NARRATIVE REPORT | DATE OCCURRED: 6-5-2003 |
| TYPE OF INCIDENT<br>Industrial Accident | | LOCATION OCCURRED<br>Arboretum St. & Dearmound Rd. | | COMPLAINANT OR VICTIM<br>Jones |

## ARRIVAL OBSERVATIONS:

The truck was parked on the east side of Arboretum St., just north of Dearmoun Rd.
The engine was running, but the hydroseed apparatus was not.
The victim JONES was lying on top of the truck on his left side with his belly against a small 16" x 3' hatch, which was open and provided access into the auger area of the truck. I saw immediately that his right leg was missing from just above the knee. The injury was shredded at the distal end and not currently bleeding. There was a large quantity of blood which had spilled over and down the side of the truck however. There was an open white plastic bag of the seed mulch on the ground below where JONES had been working, along with chunks of the seed mulch. Near JONES on top of the truck was box cutter with the blade extended. It appeared that JONES had been dumping the mulch into the open hatch.
On top of the truck was 28 full bags of mulch and two bags of fertilizer. These bags were piled along the left side of the trucks top deck from the front to 3/4 of the way toward the rear, and about 3/4 of the way toward the right side. The space JONES was lying in was only about 12-16" wide, between the mulch bags and the open hatch. After I got the bags thrown off the truck, I could see that they had been stacked on top of a larger hatch which was about 4'x5'. There was also a pallet on top of the truck, and as I recall, it was lying on the top deck, adjacent to he rear of the large hatch providing a flush surface to pile the bags onto.

## INTERVIEW WITH WITNESS:

████████ said he did not see how JONES got his leg caught. He first heard JONES "yelling", but didn't know what he was yelling about. When he looked over, he saw JONES holding himself up in the hatch in an effort to keep from being pulled in. He then realized JONES was yelling for help and ran over. He "pulled the wires off" the trucks engine to shut it down. He then went out to Dearmoun to flag APD/AFD.
████████ works for 'Ground Effects' landscaping.

## INTERVIEW WITH WITNESS:

████████ said he was near by working with his truck, and heard someone yelling to call 911. He used his cell phone to call 911, but didn't see what had happened. He later moved his truck out of the way so rescue vehicles could get close to the victims truck.

## INVESTIGATION:

OFC. REEDER took photos of the scene, then responded to Providence. He later returned to the scene. I interviewed two witnesses, and Ofc. J. MARTIN spoke to several, who apparently ran over

| Reporting Officer<br>Draino | DSN<br>1338 | Date Written<br>6/7/2003 | ORIGINAL REPORT | PAGE 1 |
|---|---|---|---|---|

300001

Exhibit____C____
Page __2__ of __5__ Pages

| Continuation X | Supplemental | POLICE | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | CASE NUMBERS 03-29771 |
|---|---|---|---|---|
| CROSS REF. CASE # | | | | DATE OCCURRED: 6-5-2003 |
| TYPE OF INCIDENT Industrial Accident | | LOCATION OCCURRED Arboretum St. & Dearmound Rd. | | COMPLAINANT OR VICTIM Jones |

after the fact.

ACTION:

After JONES was transported, I stayed at the scene. OSHA was notified and when VERN WATTS and TOM SCANLON of Safety Enforcement responded, a CMV inspector was also requested. BLAIR FANT from the Dept. of Transportation then responded. I turned the scene over to Ofc. Reeder.

CASE STATUS:

Closed

| Reporting Officer Draino | DSN 1338 | Date Written 6/7/2003 | ORIGINAL REPORT | PAGE 2 |
|---|---|---|---|---|

300002

Exhibit  C
Page  3  of  5  Pages

| Continuation | Supplemental X | [POLICE SEAL] | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | CASE NUMBERS 03-29771 |
|---|---|---|---|---|
| CROSS REF. CASE # | | | | DATE OCCURRED: 6/5/2003 |
| TYPE OF INCIDENT Industrial Accident | | LOCATION OCCURRED ArborvitaeDr. & Dearmoun Rd. | | COMPLAINANT OR VICTIM |

I responded to Arborvitae Dr. just North of DeArmoun Road for an accident involving a hydroseeder truck. Also Draino and I arrived at the same time and found the truck parked just North of DeArmoun at the fire hydrant. The employee was laying on the top of the truck at one of the access panels. He was the only employee there at the scene. The employee, KEITH JONES, was laying on his left side next to an access panel . It appeared at first that his right leg was caught inside the access panel down in one of the mixers/grinders. As I looked down I could see that his leg had been severed about six inches below the hip joint. There were several pieces of meet and muscle hanging from his leg down into the access panel. I could not see any part of the severed leg in the vat. There were several small pieces of tissue on the grinder/ mixer spindle. It appeared JONES was obviously  just starting to fill the hydroseeder with the mulch. There was one bag which had been opened and appeared the contents had been dumped into the access panel.  I attempted to aid JONES while Ofc. Draino started throwing the full bags of mulch off the top of the truck to create room in order to take JONES off the truck. AFD and medics were there within a few minutes of our arrival.

JONES was removed from the scene. I had dispatch start working on getting some one from the company to respond to the scene. We were going to attempt to find JONES' severed leg. An estimated twenty minutes later, owner ▒▒▒▒▒▒▒▒▒▒▒▒ and ▒▒▒▒▒▒▒▒▒▒▒ responded to the scene.

Ofc. Draino and I counted 29 bags of mulch and three bags of other seed which were stored on top of the hydroseeder. There was not much room where JONES had been working around the access panel to the grinder. There was no safety grate over the grinder to keep someone from falling and/or stepping in.  With all the  hydroseed bags around the access panel, there was less than 18" of room around the panel.

Another worker from another landscaping company was working about eighty yards away at another lot. He came up and said he heard JONES' screaming. He saw blood running down the side of the truck. He ran from his location and saw that JONES was hurt badly. He said JONES told him to turn the motor off. The subject said he could not find how to turn the motor off the the hydro seeder which has a separate motor from the truck. The subject went to the back of the truck and pulled off the coil wire and a spark plug wire to kill the motor. JONES was possibly in the machine for up to 45 seconds or possibly longer.

I had dispatch contact OSHA and they responded. Approximately 45 minutes later, AFD was able to locate part of JONES' leg in the vat. It consisted of his boot, calf muscle,  and shredded bone and tissue up to the top of the tibia and fibia.

I than responded to Providence hospital. I was told that JONES was taken directly into surgery. It did not appear to be life threatening. JONES' girlfriend, mother, and son had been notified and were at the hospital.

I had photographed the scene of the hydroseeder. The photos were taken after JONES had been removed and the bags of hydroseed had been off loaded.

The investigation was turned over to OSHA.  Also, a Commercial Vehicle Enforcement Officer, Offcier Blair Fant also responded and inspected the truck.

| Reporting Officer D. REEDER | DSN 870 | Date Written 6/6/2003 | ORIGINAL REPORT | PAGE 1 |
|---|---|---|---|---|

300003

Exhibit _____ C _____
Page __4__ of __5__ Pages

| Continuation | Supplemental X | POLICE | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | CASE NUMBERS 03-29771 |
|---|---|---|---|---|
| CROSS REF. CASE # | | | | DATE OCCURRED: 6/5/2003 |
| TYPE OF INCIDENT Industrial Accident | | LOCATION OCCURRED ArborvitaeDr. & Dearmoun Rd. | | COMPLAINANT OR VICTIM |

I found out later that JONES had worked with the company, Titan Enterprises, for about four years. He did all the hydroseeding for the company. At first, it appeared that JONES was possibly loading the seed through an access panel on the front right corner of the truck. There is another opening in the middle of the truck with a protective fold down grate over the opening. All the bags of hydroseed were covering this opening and the rest of the truck. The opening which JONES had fell into took up a small portion of the top of the truck. Ofc. J. Martin, who was also at the scene, said she later had spoke to another company with a hydroseeder. That companies employees which operate the hydroseeder, said they also load the mulch into the same access panel which JONES was loading it through. They said they actually use their feet to push the mulch down into the hopper so the grinder will break the bale up and send it into the vat to be mixed with the water. They speculated that JONES got his foot too close, pushing the bale into the grinder, and the grinder caught his foot and pulled his leg into the grinder shredding his leg off.

The access panel is approximately four to four and a half feet long and about fifteen inches wide. It appeared the roller ran the length of the panel and had several four to six inch spikes on it which ground up the mulch. See photographs for further.


Attach to Original

| Reporting Officer D. REEDER | DSN 870 | Date Written 6/6/2003 | ORIGINAL REPORT | PAGE 2 |
|---|---|---|---|---|

300004

Exhibit _C_

Page _5_ of _5_ Pages