Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br><br>　　　　　Defendants. | No. 3:06-cv-00060 TMB<br><br>**UNOPPOSED MOTION FOR TIME EXTENSION TO RESPOND TO MOTION FOR SUMMARY <u>JUDGMENT</u>** |

Comes now defendant, Todd Christianson, by and through undersigned counsel, and moves this court for an additional week's time, until January 5, 2007, to respond to plaintiff's summary judgment motion. Undersigned has

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Unopposed Motion

spoken with Roger Holmes' office today, and he does not oppose the extension.

        Dated at Anchorage, Alaska December 29, 2006.

        INGALDSON, MAASSEN & FITZGERALD, P.C.
Attorneys for Defendant Christianson

        s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on  12/29/06  , a copy of the foregoing Unopposed Motion was served electronically on:

Roger F. Holmes, Esquire
Michael Flanigan, Esquire

 s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\Unopposed Mtn for Time Ext.doc

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Unopposed Motion