Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, <br><br> Defendants. | No. 3:06-cv-00060 TMB <br><br> [proposed] **ORDER GRANTING UNOPPOSED MOTION FOR TIME EXTENSION TO RESPOND TO MOTION FOR SUMMARY <u>JUDGMENT</u>** |

This matter, having come before the court upon defendant Todd Christianson's Unopposed Motion for Time Extension to Respond to Motion for Summary Judgment, the court having reviewed any opposition by Mr. Flanigan, and being fully advised,

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Order

IT IS ORDERED that Mr. Christianson's response to the summary judgment motion in the above-captioned matter is due January 5, 2007.

DATED: _____

_____
TIMOTHY M. BURGESS
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on  12/29/06  ,
a copy of the foregoing proposed Order
was served electronically on:

Roger F. Holmes, Esquire
Michael Flanigan, Esquire


 s/Kevin T. Fitzgerald


F:\W\7501-5\Federal Pleadings\[proposed] Order Granting Unopposed
Motion for Time Extension to Respond to Motion for Summary Judgment.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Order