Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: waltherflanigan@cs.com

Attorneys for John Watson

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE CO. | )<br>) |
| Plaintiff, | )<br>)  Case No. 3:06-cv-0060-TMB |
| vs. | )<br>) |
| TODD CHRISTENSEN d/b/a<br>GREAT ALASKA LAWN, AND<br>LANDSCAPING INC.,<br>and KEITH JONES | )<br>)<br>)<br>)  **KEITH JONES' NOTICE RE:** |
| Defendants, | )  **TRIAL SETTING ORDER**<br>) |
| _____ | ) |

Comes Now Keith Jones, by and through counsel, and in response to the Trial Setting Order Deadlines in this matter, states as follows:

Keith Jones is a personal injury claimant in a State action against Todd Christensen, d/b/a Great Alaska Lawn and Landscaping, Inc. The present dispute between Great Divide Insurance Co., and Todd Christensen concerns whether insurance coverage purchased by Todd Christensen from Great Divide provides coverage for that suit. Keith Jones was not a party to that contract and since it provides liability coverage is not an intended beneficiary of that contract. As Plaintiff's summary judgment motion makes

clear, the Plaintiff's declaratory judgment action is solely based on policy language and certain facts concerning Great Alaska Lawn's corporate structure and the ownership of certain equipment involved in Jones' accident. None of the issues in this case appear to bear on liability and damages issues present in Jones' personal injury claim.

Therefore, Keith Jones contends that he is not a proper party in this case and that he should be dismissed from this action. Therefore, Keith Jones does not intend to participate in the trial in this matter and will be filing a motion to dismiss him from this matter.

DATED THIS 29th DAY OF DECEMBER, 2006.

WALTHER & FLANIGAN
ATTORNEYS FOR KEITH JONES

_____
s/ Michael W. Flanigan
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114