Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>    v.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br><br>           Defendants. | No. 3:06-cv-00060 TMB<br><br>**SECOND UNOPPOSED MOTION FOR TIME EXTENSION TO RESPOND TO MOTION <u>FOR SUMMARY JUDGMENT</u>** |

Comes now defendant, Todd Christianson, by and through undersigned counsel, and moves this court for a second additional time period, until January 17, 2007, to respond to

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

plaintiff's summary judgment motion.  Undersigned has spoken with Roger Holmes who does not oppose this extension.

This second motion for extension of time is necessary because I am unable to attend to this matter given the press of other business, including a variety of criminal matters which have taken precedence over work on the present motion. Additionally, undersigned has been largely without the assistance of the associate, currently out of town, who has worked on the issues contained in the instant motion.

Dated at Anchorage, Alaska January 10, 2007.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Attorneys for Defendant
Christianson


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 1/10/07,
a copy of the foregoing document
was served electronically on:

Roger F. Holmes, Esquire
Michael Flanigan, Esquire


s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\Second Unopposed Mtn for Time Ext.doc


Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Second Unopposed Motion

Page 2 of 2

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751