Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, <br><br> Defendants. | No. 3:06-cv-00060 TMB <br><br> [proposed] **ORDER GRANTING UNOPPOSED MOTION FOR TIME EXTENSION TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

This matter, having come before the court upon defendant Todd Christianson's Unopposed Motion for Time Extension to Respond to Motion for Summary Judgment, and being fully advised,

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

IT IS ORDERED that Mr. Christianson's response to the summary judgment motion in the above-captioned matter is due January 17, 2007.

DATED: _____

                                    _____
                                    TIMOTHY M. BURGESS
                                    U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 01/10/07,
a copy of the foregoing proposed Order
was served electronically on:

Roger F. Holmes, Esquire
Michael Flanigan, Esquire

 s/Kevin T. Fitzgerald

F:\W\7501-5\Federal Pleadings\[proposed] Second Order Granting Unopposed Motion for Time Extension to Respond to Motion for Summary Judgment.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Order
                    Page 2 of 2