```
                          Titan Enterprises, LLC
Applicant Information Supplemental Schedules                        03/25/2003
C.H.I. OF ALASKA, INC.
```

## Named Insureds

| Named Insured | Entity Type | Insured Type |
|---|---|---|
| Titan Enterprises, LLC | Limited partnership | First Named Insured |
| Titan Top Soil | | Doing Business As |

## Contact Names

| Contact Name | Responsibility | Phone number ext |
|---|---|---|
| Todd Christianson | Accounting Records | (907)345-9009 |

Exhibit 5
Page 1 of 2 Pages

223

# ACORD COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

**DATE** 03/25/2003

**PRODUCER** PHONE (907)276-7667
FAX (907)258-3105
C.H.I. OF ALASKA, INC.
507 W. NORTHERN LIGHTS BLVD.
ANCHORAGE, AK 99503

**AGENCY CUSTOMER ID** 00009975

**CARRIER:** 
**NAIC CODE:** 
**UNDERWRITER:**

### POLICIES OR PROGRAM REQUESTED
INDICATE SECTIONS ATTACHED:
- PROPERTY
- GLASS AND SIGN
- ACCOUNTS RECEIVABLE/VALUABLE PAPERS
- CRIME/MISCELLANEOUS CRIME
- TRANSPORTATION/MOTOR TRUCK CARGO
- EQUIPMENT FLOATER
- INSTALLATION/BUILDERS RISK
- ELECTRONIC DATA PROC
- X COMMERCIAL GENERAL LIABILITY
- BUSINESS AUTO
- TRUCKERS/MOTOR CARRIER
- GARAGE AND DEALERS
- VEHICLE SCHEDULE
- BOILER & MACHINERY
- WORKERS COMPENSATION
- UMBRELLA

### STATUS OF SUBMISSION
QUOTE | ISSUE POLICY | BOUND

### PACKAGE POLICY INFORMATION
PROPOSED EFF DATE: 04/25/2003
PROPOSED EXP DATE: 04/25/2004
BILLING PLAN: DIRECT BILL / AGENCY BILL

### APPLICANT INFORMATION
**NAME:** Titan Enterprises, LLC
DBA Titan Top Soil
**PHONE:** 345-9009
**MAILING ADDRESS:** 12870 Old Seward Hwy Suite 114, Anchorage, AK 99515
**Entity Type:** X Limited
**YEAR BUS STARTED:** 2003
**ACCOUNTING RECORDS CONTACT:** Todd Christianson
**PHONE:** (907)345-9009

### PREMISES INFORMATION
| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | PART OCCUPIED |
|---|---|---|---|---|---|---|
| 00001 | 00001 | 12870 Old Seward Hwy Suite 114, Anchorage, AK 99515 | X INSIDE | X TENANT | | Office |

### NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)
Landscaping, Excavation, snow removal, Sand & Gravel Digging

### GENERAL INFORMATION
EXPLAIN ALL "YES" RESPONSES:
1. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY OR DOES THE APPLICANT HAVE ANY SUBSIDIARIES? — NO
2. IS A FORMAL SAFETY PROGRAM IN OPERATION? — NO
3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? — NO
4. ANY CATASTROPHE EXPOSURE? — NO
5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? — NO
6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? — NO
7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? — NO
8. DURING THE LAST TEN YEARS, HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? — NO
9. ANY UNCORRECTED FIRE CODE VIOLATIONS? — NO
10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? — NO

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (NOT APPLICABLE IN CO, HI, NE, OH, OK, OR; IN ME AND VA, INSURANCE BENEFITS MAY ALSO BE DENIED)

APPLICANT'S SIGNATURE: 
PRODUCER'S SIGNATURE:

ACORD 125 (7/96)   PLEASE COMPLETE REVERSE SIDE   © ACORD CORPORATION 1993

Exhibit 5
Page 2 of 2 Pages

221