POLICY NUMBER: GC240519

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

CG 20 28 11 85

# ADDITIONAL INSURED — LESSOR OF LEASED EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

Name of Person or Organization:

CRAIG TAYLOR EQUIPMENT COMPANY

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person(s) or organization(s), subject to the following additional exclusions:

This insurance does not apply:

1. To any "occurrence" which takes place after the equipment lease expires;

2. To "bodily injury" or "property damage" arising out of the sole negligence of the person or organization shown in the Schedule.

CL 263 (11/85)
CG 20 28 11 85

"Includes copyrighted material of Insurance Services Office, Inc. with its permission."
"Copyright, Insurance Services Office, Inc., 1984"

Exhibit 6
Page 1 of 4 Pages

211

# GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC240519                                          LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies coverage provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

WHO IS AN INSURED(Section II) is amended to include as an insured the person or organization shown in the Schedule and only for liability arising out of your negligence and only for occurrences or coverage not otherwise excluded in the policy to which this endorsement applies.

**SCHEDULE**

Name of Person or Organization:

RENEGADE EQUIPMENT

All other Terms and Conditions of this Insurance remain unchanged.

S 152 (04/97)

# GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC240519                                    LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies coverage provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

WHO IS AN INSURED(Section II) is amended to include as an insured the person or organization shown in the Schedule and only for liability arising out of your negligence and only for occurrences or coverage not otherwise excluded in the policy to which this endorsement applies.

### SCHEDULE

Name of Person or Organization:

STATE OF ALASKA DEPT OF TRANSPORTATION AND PUBLIC SOUTH AIRPARK WELL
DECOMMISSIONING & AWWU CONNECTION

All other Terms and Conditions of this Insurance remain unchanged.

S 152 (04/97)

Exhibit 6
Page 3 of 4 Pages

**215**

## GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER. GC240519                                                    LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies coverage provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

WHO IS AN INSURED(Section II) is amended to include as an insured the person or organization shown in the Schedule and only for liability arising out of your negligence and only for occurrences or coverage not otherwise excluded in the policy to which this endorsement applies.

**SCHEDULE**

Name of Person or Organization:

SCOTT MCLEOD GCT INC

All other Terms and Conditions of this Insurance remain unchanged.

S 152 (04/97)

Exhibit 6
Page 4 of 4 Pages

**217**