Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREAT DIVIDE INSURANCE          )
COMPANY,                        )
                                )
              Plaintiff,        )
                                )
     vs.                        )
                                )         COPY
Todd Christianson, and          )
d/b/a Great Alaska Lawn         )
and Landscaping, Inc.; and      )
Keith Jones,                    )
                                )
              Defendants.       )
                                )
_____)

Case No 3:06-CV-00060 TMB

DEPOSITION OF TODD R. CHRISTIANSON

October 26, 2006

APPEARANCES:

     FOR THE PLAINTIFF:          MR. MICHAEL W. FLANIGAN
                                 Walther & Flanigan
                                 Attorneys at Law
                                 1029 West Third Avenue
                                 Suite 250
                                 Anchorage, Alaska  99501
                                 (907) 279-9999

     FOR THE DEFENDANTS:         MR. ROGER F. HOLMES
                                 Biss & Holmes
                                 Attorneys at Law
                                 3948 Clay Product Drive
                                 Anchorage, Alaska  99517
                                 (907) 248-8013

     FOR THE DEPONENT:           MR. KEVIN T. FITZGERALD
                                 Ingaldson Maassen & Fitzgerald
                                 Attorneys at Law
                                 813 West Third Avenue
                                 Anchorage, Alaska  99501
                                 (907) 258-8750

 COPY

Exhibit____D____
Page____1____ of __2__ Pages

TODD CHRISTIANSON                10/26/2006        GREAT DIVIDE v. CHRISTIANSON
Vol. 1                                                              3:06-CV-00060

| | | |
|---|---|---|
| 1 | A | General liability, so general coverage. |
| 2 | Q | Okay. |
| 3 | A | Whatever -- if something, you know, isn't covered by |
| 4 | | workman's comp or anything else, this covers me, blanket. |
| 5 | Q | Okay.  It covers Titan Enterprises? |
| 6 | A | Yes. |
| 7 | Q | Titan Topsoil? |
| 8 | A | Yes. |
| 9 | Q | Anything else? |
| 10 | A | Me. |
| 11 | Q | Personally? |
| 12 | A | Yes. |
| 13 | Q | Okay.  Did you ask them that you be named personally |
| 14 | | on the policy? |
| 15 | A | I just assumed it. |
| 16 | Q | Okay.  And you assumed it why? |
| 17 | A | Well, I mean I'm paying thousands of dollars. |
| 18 | Q | Okay.  Did this policy replace another policy?  Did you |
| 19 | | have insurance with somebody else prior to Great Divide |
| 20 | | for general liability? |
| 21 | A | That year? |
| 22 | Q | The prior year. |
| 23 | A | Yeah. |
| 24 | Q | And who was that? |
| 25 | A | I don't know. |

Exhibit____D____
Page____2____of__2__Pages