**CASCADE NATIONAL INSURANCE COMPANY**

Alaska Premier Underwriters, Inc.
2904 Boniface Parkway,
Anchorage, AK 99504
Phone:907-338-0491 Fax:907-338-7234
www.akpu.com

## COMMERCIAL AUTOMOBILE APPLICATION
NOTICE: THIS APPLICATION WILL NOT BE GIVEN ANY CONSIDERATION UNLESS IT IS FULLY COMPLETED AND SIGNED BY BOTH THE APPLICANT AND AGENT/BROKER

### GENERAL INFORMATION

1. NAME OF APPLICANT: Titan Enterprises LLC

   a. Check One: ☐ Individual   ☐ Partnership   ☒ Corporation LLC
   b. Check One: ☐ Private Carrier   ☐ Common Carrier   ☐ Contract Carrier

2. Mailing Address: 12870 Old Seward Suit 114
3. Principal Garaging Address: Same
4. Other Terminal Address: 
5. Inspection Contact Person: Todd Christiansen    Phone No (907) 345-9009
6. Requested Effective Date and Time: 5-15-03 at 12:00 ☐ a.m ☒ p.m  Term: 12 Months
7. Date Coverage Bound by General Agency or Company: 
8. Business of Applicant: _____   Years Experience in Trucking Business: 20
9. Gross Revenue / Last Annual Period $ 1.5 mil   Estimated Next Annual Period $ 1.5 mil
10. Is this a New Business Venture? ☐ Yes ☒ No   If yes, Describe Related Experiences
11. List any Insurance Previously Carried with Kenneth I. Tobey, Inc. or Cascade National Insurance Company
    Company _____ Policy Number _____ Dates of Coverage _____

### OPERATIONAL INFORMATION

12. Specific Commodities Hauled ("General Commodities" is unacceptable): Top Soil
    Who owns this cargo? NA
13. Maximum Radius of Operation: 100
14. a. List all States Operated into or Through: AK
    b. List Principal Cities Entered: Anchorage
15. Brief Description of Operations: Landscaping
16. a. Number of All Vehicles Operated:
    Owned:  Pickups ___  Trucks 8  Tractors ___  Semi-Trailers ___  Trailers 2  Dollies ___
    Leased: Pickups ___  Trucks ___  Tractors ___  Semi-Trailers ___  Trailers ___  Dollies ___
    b. Is Special Equipment Mounted or Attached to Any of These? ☒ Yes ☐ No  If Yes, Identify Unit and Describe Equipment
       Hydro Seeder
    c. Does Applicant Pull: Double Trailers? ☐ Yes ☒ No   Triple Trailers? ☐ Yes ☒ No   Trains? ☐ Yes ☒ No
    d. Does Applicant Haul: Containers? ☐ Yes ☒ No   Trailer Interchange Equipment? ☐ Yes ☒ No   Non-Owned Trailer? ☐ Yes ☒ No
17. Is all Commercial Equipment Applicant Owns and/or Operates Described in This Application? ☒ Yes ☐ No
    If No, Explain:
18. Does Applicant Use Hired or Loaned Equipment? ☐ Yes ☒ No   If Yes, What is Cost of Hire$
19. Does Applicant Rent or Lease to Others? ☐ Yes ☒ No   Written Lease? ☐ Yes ☐ No   Long Term? ☐ Yes ☐ No   Trip? ☐ Yes ☐ No
20. Do Other Vehicles Operate Under Applicant's Authority? ☐ Yes ☒ No   Under Written Lease? ☐ Yes ☐ No
    If Yes, Explain:

Exhibit E
Page 1 of 4 Pages

Feb 04 04 10:22a    Titan                        9073459025            P.2

C H I of ALASKA INC                                                    ☒004

| # | MODEL YEAR | DESCRIPTION (TYPE, MANUFACTURER, MODEL, CAPACITY, ETC.) | ID/SERIAL NO. | DATE PURCHASED | NEW/USED | AMOUNT OF INSURANCE |
|---|---|---|---|---|---|---|
|  | 1995 | HITACHI EX200 LC-3 HYDRAULIC EXCAVATOR | 14C84060 | 9/1/01 | USED | $65,000 |
|  | 1991 | HITACHI EX200 LC-2 HYDRAULIC EXCAVATOR | 6066 | 4/1/98 | USED | $55,000 |
|  | 1990 | JOHN DEERE 750 DOZER | 256359 | 8/5/98 | USED | $30,000 |
|  | 1996 | 773 BOBCAT | 509641239 | 8/1/97 | NEW | $20,000 |
|  | 1994 | 7753 BOBCAT | 509631792 | 6/1/95 | USED | $20,000 |
|  | 1987 | 743 BOBCAT | 501943292 | 5/2/02 | USED | $10,000 |
|  | 1985 | 843 BOBCAT | 5026M20862 | 5/13/94 | USED | $15,000 |
|  | 1995 | CASE W252 ROLLER/COMPACTOR | 841197568 | 7/5/00 | USED | $20,000 |
|  | 1997 | BUTLER UTILITY TRAILER | 452066 | 5/10/97 | NEW | $8,000 |
|  | 1979 | 644B JOHN DEERE FRONT END LOADER (8 YARD) | 311673 | 6/1/03 | USED | $30,000 |
|  | 1995 | TENCO TC8 SANDER UNIT | TC8A | 10/1/95 | NEW | $15,000 |
|  | 1980 | FINN - PULL BEHIND HYDROSEEDER 800 GALLON | 905 | 5/10/93 | USED | $10,000 |
|  |  | BOWIE HYDROSEEDER (MOUNT ON) 1500 GALLON |  |  | USED | $20,000 |
|  | 1991 | POWER SCREENER MARK II (TOPSOIL SCREENER) | 32.04925 | 5/1/95 | USED | $50,000 |

Great Alaska Lawn
& Landscape

Exhibit F
Page 2 of 4 Pages

**CASCADE NATIONAL INSURANCE COMPANY**

Alaska Premier Underwriters, Inc.
2904 Boniface Parkway,
Anchorage, AK 99504
Phone:907-338-0491 Fax:907-338-7234
www.akpu.com

## COMMERCIAL AUTOMOBILE APPLICATION
NOTICE: THIS APPLICATION WILL NOT BE GIVEN ANY CONSIDERATION UNLESS IT IS
**FULLY COMPLETED** AND SIGNED BY BOTH THE APPLICANT AND AGENT/BROKER

**GENERAL INFORMATION**

1. NAME OF APPLICANT: Titan Enterprises LLC
   a. Check One: ☐ Individual  ☐ Partnership  ☒ Corporation LLC
   b. Check One: ☐ Private Carrier  ☐ Common Carrier  ☐ Contract Carrier
2. Mailing Address: 12870 Old Seward Suit 114
3. Principal Garaging Address: Same
4. Other Terminal Address:
5. Inspection Contact Person: Todd Christianson   Phone No: (907) 345-9009
6. Requested Effective Date and Time: 5-15-03 at 12:00 ☐ a.m ☒ p.m  Term: 12 Months
7. Date Coverage Bound by General Agency or Company:
8. Business of Applicant:   Years Experience in Trucking Business: 20
9. Gross Revenue / Last Annual Period $ 1.5 mil   Estimated Next Annual Period $ 1.5 mil
10. Is this a New Business Venture? ☐ Yes ☒ No  If yes, Describe Related Experiences
11. List any Insurance Previously Carried with Kenneth I. Tobey, Inc. or Cascade National Insurance Company
    Company _____ Policy Number _____ Dates of Coverage _____

**OPERATIONAL INFORMATION**

12. Specific Commodities Hauled ("General Commodities" is unacceptable): Top Soil
    Who owns this cargo? NA
13. Maximum Radius of Operation: 100
14. a. List all States Operated into or Through: AK
    b. List Principal Cities Entered: Anchorage
15. Brief Description of Operations: Landscaping
16. a. Number of All Vehicles Operated:
    Owned:  Pickups ___  Trucks 8  Tractors ___  Semi-Trailers ___  Trailers 2  Dollies ___
    Leased: Pickups ___  Trucks ___  Tractors ___  Semi-Trailers ___  Trailers ___  Dollies ___
    b. Is Special Equipment Mounted or Attached to Any of These? ☒ Yes ☐ No  If Yes, Identify Unit and Describe Equipment: Hydro Seeder
    c. Does Applicant Pull: Double Trailers? ☐ Yes ☒ No   Triple Trailers? ☐ Yes ☒ No   Trains? ☐ Yes ☒ No
    d. Does Applicant Haul: Containers? ☐ Yes ☒ No   Trailer Interchange Equipment? ☐ Yes ☒ No   Non-Owned Trailer? ☐ Yes ☒ No
17. Is all Commercial Equipment Applicant Owns and/or Operates Described in This Application? ☒ Yes ☐ No
    If No, Explain:
18. Does Applicant Use Hired or Loaned Equipment? ☐ Yes ☒ No  If Yes, What is Cost of Hire $
19. Does Applicant Rent or Lease to Others? ☐ Yes ☒ No   Written Lease? ☐ Yes ☐ No   Long Term? ☐ Yes ☐ No   Trip? ☐ Yes ☐ No
20. Do Other Vehicles Operate Under Applicant's Authority? ☐ Yes ☒ No   Under Written Lease? ☐ Yes ☐ No
    If Yes, Explain:

Exhibit F
Page 3 of 4 Pages

```
Feb 04 04 10:22a    Titan              9073459025              P.2
01/26/2004 14:28 FAX 907 258 3105    C H I of ALASKA INC                 ☒004
```

| # | MODEL YEAR | DESCRIPTION (TYPE, MANUFACTURER, MODEL, CAPACITY, ETC.) | ID/SERIAL NO. | DATE PURCHASED | NEW/USED | AMOUNT OF INSURANCE |
|---|---|---|---|---|---|---|
| | 1995 | HITACHI EX200 LC-3 HYDRAULIC EXCAVATOR | 14C84060 | 9/1/01 | USED | $65,000 |
| | 1991 | HITACHI EX200 LC-2 HYDRAULIC EXCAVATOR | 6066 | 4/1/98 | USED | $55,000 |
| | 1990 | JOHN DEERE 750 DOZER | 256359 | 8/5/98 | USED | $30,000 |
| | 1996 | 773 BOBCAT | 509641239 | 6/1/97 | NEW | $20,000 |
| | 1994 | 7753 BOBCAT | 509631792 | 6/1/95 | USED | $20,000 |
| | 1987 | 743 BOBCAT | 509943292 | 5/2/02 | USED | $10,000 |
| | 1985 | 843 BOBCAT | 5026M20862 | 5/13/94 | USED | $15,000 |
| | 1995 | CASE W252 ROLLER/COMPACTOR | 841197568 | 7/5/00 | USED | $20,000 |
| | 1997 | BUTLER UTILITY TRAILER | 45206 | 5/10/97 | NEW | $8,000 |
| | 1979 | 644B JOHN DEERE FRONT END LOADER | 311673 | 6/1/03 | USED | $30,000 |
| | 1995 | TENCO TB SANDER UNIT (3 YARD) | TC8A | 10/1/95 | NEW | $15,000 |
| | 1980 | FINN - PULL BEHIND HYDROSEEDER 800 GALLON | 905 | 5/10/93 | USED | $10,000 |
| | | BOWIE HYDROSEEDER (MOUNT ON) 1500 GALLON | | | USED | $20,000 |
| | 1991 | POWER SCREENER MARK II (TOPSOIL SCREENER) | 32.04925 | 5/1/95 | USED | $50,000 |

Exhibit ___F___
Page ___4___ of ___4___ Pages