Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>    v.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br><br>              Defendants. | No. 3:06-cv-00060 TMB<br><br>**REQUEST FOR ORAL ARGUMENT** |

      Comes now defendant, Todd Christianson, by and through undersigned counsel, and requests oral argument on Plaintiff's Motion for Summary Judgment filed on December 14, 2006. Oral argument is appropriate because plaintiff's original motion was extremely brief and his reply discusses

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Request

positions not fully developed in the original motion, so oral argument will be of value to the court.

Dated at Anchorage, Alaska January 30, 2007.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant
Christianson


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com


**CERTIFICATE OF SERVICE**

I hereby certify that on 1/30/07,
a copy of the foregoing Request
was served electronically on:

Roger F. Holmes, Esquire
Michael Flanigan, Esquire


 s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\Req for Oral Arg.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Request