Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) Todd Christianson, and d/b/a ) Great Alaska Lawn and ) Landscaping, Inc.; and ) Keith Jones, ) ) Defendants. ) | No. 3:06-cv-00060 TMB<br><br>[proposed] **ORDER GRANTING REQUEST FOR ORAL ARGUMENT** |

This matter, having come before the court upon defendant Christianson's Request for Oral Argument, the court having reviewed any opposition thereto and being fully advised,

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

IT IS ORDERED that oral argument is scheduled before the undersigned in Courtroom _____ on _____, 2007, at _____ o'clock _____.m.

DATED: _____

_____
TIMOTHY M. BURGESS
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 1/30/07,
a copy of the foregoing Order
was served electronically on:

Roger F. Holmes, Esquire
Michael Flanigan, Esquire

 s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\[proposed] Order re Oral Argument.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Request