```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

GREAT DIVIDE INSURANCE COMPANY   vs.   TODD CHRISTIANSON, ET AL.

BEFORE THE HONORABLE TIMOTHY M. BURGESS
CASE NO.            3:06-CV-00060-TMB

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:    ROGER F. HOLMES

                DEFENDANT:    CARMEN CLARK

PROCEEDINGS: ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR SUMMARY
         JUDGMENT (DKT 25) Held 03/13/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:05 p.m. court convened.

Oral arguments heard.

Court heard; this matter **TAKEN UNDER ADVISEMENT**, written ruling to issue.

Court and counsel heard re defendant's exhibit A, B **ADMITTED**.

At 3:00 p.m. court adjourned

List of Exhibits to be filed separately.

Court retained admitted exhibits A and B.

DATE:    March 13, 2007          DEPUTY CLERK'S INITIALS:   ce