(Rev 1/07)

# LIST OF EXHIBITS

Case No. 3:06-CV-00060-TMB       Judge: Timothy M. Burgess

Title Great Divide Insurance Company
vs. Todd Christianson, et al.

Dates of Hearing/~~Trial~~: March 13, 2007

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Roger F. Holmes | Carmen Clark |
|  |  |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | A | x | 3/13 | Photo Packet |
|  |  |  |  | B | x | 3/13 | Photo |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |