Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br><br>    Defendants. | No. 3:06-cv-00060 TMB<br><br>**DEFENDANT CHRISTIANSON'S NOTICE OF FILING EXHIBITS FROM MARCH 13, 2007 ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR <u>SUMMARY JUDGMENT</u>** |

   Comes now defendant, Todd Christianson, by and through undersigned counsel, and hereby files Exhibits A and B to the March 13, 2007 oral argument before this court on plaintiff's summary judgment motion. The exhibits are attached hereto as Exhibits A and B.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Notice

Dated at Anchorage, Alaska March 15, 2007.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant
Christianson

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/15/07,
a copy of the foregoing Notice
was served electronically on:

Roger F. Holmes, Esquire
Michael Flanigan, Esquire

 s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\Nts of Filing Exhibits.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Notice