

BOWIE 1500 GALLON HYDROSEEDER

DEFENDANT'S EXHIBIT
CASE NO. 3:06-cv(60)
EXHIBIT NO. B