Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>    v.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br><br>          Defendants. | No. 3:06-cv-00060 TMB<br><br>**NOTICE OF INFORMATION REGARDING RELATED CASE IN SUPERIOR COURT** |

    Comes now defendant, Todd Christianson, by and through undersigned counsel, and gives notice to this court that the related matter pending in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, styled <u>Keith Jones v. Bowie Industries, Inc., and Todd</u>

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Notice
          Page 1 of 2

Christianson, individually and dba Great Alaska Lawn and Landscaping, Inc., filed under Case 3AN-04-10958 CI, is scheduled for a 15 day jury trial before the Honorable Patrick McKay on August 13, 2007.

Dated at Anchorage, Alaska March 15, 2007.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Attorneys for Defendant Christianson

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2007,
a copy of the foregoing Notice was
served electronically on:

Roger F. Holmes, Esquire
Michael Flanigan, Esquire

s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\Nts of Info.doc

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751