Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>    Plaintiff.<br><br> vs.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br>    Defendants. | Case No. 3:06-cv-00060 TMB |

**PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD ON PENDING MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 25)**

Pursuant to Local Rule of Civ. P. 7.1(h), plaintiff requests to supplement the record concerning its motion for summary judgment with attached supplemental authority it feels is pertinent in light of questions posed by the court during oral argument.

DATED at Anchorage, Alaska, this 28th day of March, 2007.

>BISS & HOLMES
>Attorneys for Plaintiff
>GREAT DIVIDE INSURANCE CO.
>
>By: s/Roger F. Holmes
>    Roger F. Holmes
>    3948 Clay Products Drive
>    Anchorage, Alaska 99517
>    (907) 248-8013 Phone
>    (907) 243-6695 Fax
>    E-mail: roger.bh@gci.net
>    Alaska Bar No. 7011060

Certificate of Service
I hereby certify that on March 28, 2007, a true and correct copy of the foregoing Plaintiff's Motion to Supplement The Record On Pending Motion For Summary Judgment (Docket No. 25) was served electronically on:

Kevin T. Fitzgerald, Esq.
Michael W. Flanigan, Esq.

s/Roger F. Holmes