Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff. <br><br> vs. <br><br> Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, <br><br> Defendants. | Case No. 3:06-cv-00060 TMB <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD ON PENDING MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 25) |

The Court having reviewed the pleadings of parties on Plaintiff's Motion To Supplement The Record On Pending Motion For Summary Judgment (Docket No. 25), finds as follows:

Plaintiff's motion to supplement the record concerning its motion for summary judgment with the supplemental authority cited in its memorandum at docket no. \_\_\_\_\_ is granted.

PROPOSED ORDER RE SUPPLEMENT SJ
GREAT DIVIDE V. CHRISTIANSON
CASE NO. 3:06-cv-00060 TMB                    1

DATED:_____

                                                                             Honorable Timothy M. Burgess
                                                                             U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE
I hereby certify that on
March 28, 2007, a copy
of foregoing [Proposed] Order Granting
Plaintiff's Motion to Supplement The
Record On Pending Motion For
Summary Judgment (Docket No. 25)
was served electronically on:

Kevin T. Fitzgerald, Esq.
Michael W. Flanigan, Esq.

s/Roger F. Holmes

PROPOSED ORDER RE SUPPLEMENT SJ
GREAT DIVIDE V. CHRISTIANSON
CASE NO. 3:06-cv-00060 TMB     2