Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GRET DIVIDE INSURANCE COMPANY,<br><br>　　　　Plaintiff.<br><br>　vs.<br><br>Todd Christianson, and<br>d/b/a Great Alaska Lawn<br>and Landscaping, Inc.; and<br>Keith Jones,<br>　　　　Defendants. | Case No. 3:06-cv-00060 TMB |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM**
**IN SUPPORT OF ITS PENDING MOTION FOR**
**SUMMARY JUDGMENT (DOCKET NO. 25)**

Pursuant to Local Rule of Civ. P. 7.1(h), plaintiff requests to supplement the record concerning its motion for summary judgment with attached supplemental authority it feels is pertinent in light of questions posed by the court during oral argument.

MEMO SUPPLEMENTAL MTN SJ
GREAT DIVIDE v. CHRISTIANSON
CASE NO. 3:06-cv-00060 TMB                    1

> The superior court erred as a matter of law in allowing Crowley to argue the substance of Morrison's employment status in derogation of its form. This error stems from overlooking the "general rule" that "persons who choose to become incorporated may not evade the consequences of corporateness when that would suit their convenience." H. Henn & J. Alexander, Laws of Corporations § 149 at 357 (3d ed. 1983)[1]

DATED at Anchorage, Alaska, this 28th day of March, 2007.

>> BISS & HOLMES
>> Attorneys for Plaintiff
>> GREAT DIVIDE INSURANCE CO.
>>
>> By: s/Roger F. Holmes
>>     Roger F. Holmes
>>     3948 Clay Products Drive
>>     Anchorage, Alaska 99517
>>     (907) 248-8013 Phone
>>     (907) 243-6695 Fax
>>     E-mail: roger.bh@gci.net
>>     Alaska Bar No. 7011060

---

[1] Croxton v. Crowley Maritime Corp., 817 P.2d 460 464 (AK 1991).

MEMO SUPPLEMENTAL MTN SJ
GREAT DIVIDE v. CHRISTIANSON
CASE NO. 3:06-cv-00060 TMB          2

Certificate of Service
I hereby certify that on
March 28, 2007, a true and
correct copy of the foregoing
Plaintiff's Supplemental Memorandum
In Support Of Its Pending Motion For
Summary Judgment (Docket No. 25)
was served electronically on:

Kevin T. Fitzgerald, Esq.
Michael W. Flanigan, Esq.

s/Roger F. Holmes