Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, <br><br> Defendants. | No. 3:06-cv-00060 TMB <br><br> **REQUEST FOR RULING ON PENDING SUMMARY JUDGMENT MOTION** |

   Comes now defendant, Todd Christianson, by and through undersigned counsel, and requests the court rule on the pending summary judgment motion. The motion was filed under docket 25 on December 14, 2007, the opposition was filed under docket 33 on January 17, 2007, the reply was

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

filed under docket 35 on January 26, 2007, oral argument was heard at docket 39 on March 13, 2007, and an unopposed motion to supplement the record on pending summary judgment motion was filed under docket 43 on March 28, 2007.

This court has been placed on notice at docket 42 filed March 15, 2007, that there is a pending matter scheduled for a three-week jury trial before the Honorable Judge Patrick McKay in <u>Keith Jones v. Bowie Industries, Inc., and Todd Christianson, individually and dba Great Alaska Lawn and Landscaping, Inc.</u>, filed under Case 3AN-04-10958 CI, which is scheduled for August 13, 2007.

It is respectfully requested that this court rule on the pending summary judgment motion in order for the state court matter to proceed with the parties' afforded the time necessary to prepare for the impending trial.

Dated at Anchorage, Alaska June 12, 2007.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant
Christianson

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK 99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Request for Ruling

CERTIFICATE OF SERVICE

I hereby certify that on 6/12/07,
a copy of the foregoing Request
was served electronically on:

Roger F. Holmes, Esquire
Michael Flanigan, Esquire


 s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\Request for Ruling on Pending Summary Judgment Motion.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Request for Ruling