Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Christianson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, <br><br> Defendants. | No. 3:06-cv-00060 TMB <br><br> **[proposed] ORDER ON REQUEST FOR RULING ON PENDING SUMMARY <u>JUDGMENT MOTION</u>** |

This matter, having come before the court upon defendant Todd Christianson's Request for Ruling on Pending Summary Judgment Motion, the court having reviewed any opposition thereto, and being fully advised,

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Order
Page 1 of 2

IT IS ORDERED that a ruling on the pending summary judgment motion will be made by

_____, 2007.

DATED: _____

_____
TIMOTHY M. BURGESS
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/12/07,
a copy of the foregoing proposed Order
was served electronically on:

Roger F. Holmes, Esquire
Michael Flanigan, Esquire

 s/Kevin T. Fitzgerald
F:\W\7501-5\Federal Pleadings\Order on Request for Ruling on Pending Summary Judgment Motion.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Great Divide v. Christianson
Case 3:06-cv-00060 TMB
Order