**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

GREAT DIVIDE INSURANCE CO.,
    Plaintiff,

                                  Case Number 3:06-cv-00060-TMB

v.

TODD CHRISTIANSON, and d/b/a
GREAT ALASKA LAWN AND LANDSCAPING,
INC., and KEITH JONES,
    Defendants.                  **JUDGMENT IN A CIVIL CASE**

___   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT Great Divide Insurance Company has no duty under policy GC 240519 to defend or indemnify Todd Christianson against claims relating to injuries received by Keith Jones.

APPROVED:

 /s/Timothy M. Burgess
Timothy M. Burgess
United States District Judge

Date: July 13, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                            /s/Ida Romack
                                      Ida Romack, Clerk of Court

[306cv60TMB-judgment.wpd]{JMT2.WPT*Rev.3/03}