Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| GREAT DIVIDE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff. | ) ) ) | |
| vs. | ) ) | Case No. 3:06-cv-00060 TMB |
| Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Pursuant to Alaska Rule of Civil Procedure 82, and Local Rule 54.3, plaintiff moves for an award of attorney's fees. This motion is based upon the pleadings of record and the memorandum submitted in support of this motion.

DATED at Anchorage, Alaska, this 18th day of July, 2007.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.

s/Roger F. Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
(907) 248-8013 Phone
(907) 243-6695 Fax
E-mail: roger.bh@gci.net
Alaska Bar No. 7011060

CERTIFICATE OF SERVICE
I hereby certify that on
July 18, 2007, a copy of
the foregoing Plaintiff's Motion
For Attorney's Fees was served
electronically:

Kevin Fitzgerald, Esq.
Michael W. Flanigan, Esq.

s/Roger F. Holmes