Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GRET DIVIDE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) Todd Christianson, and ) d/b/a Great Alaska Lawn ) and Landscaping, Inc.; and ) Keith Jones, ) Defendants. ) _____) | Case No. 3:06-cv-00060 TMB  [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES |

The Court having reviewed the pleadings of parties on

Plaintiff's Motion For Attorney's Fees, and finds as follows:

Plaintiff's motion for attorney's fees is granted in the

amount of $_____.

DATED:_____

_____
Honorable Timothy M. Burgess
U.S. DISTRICT COURT JUDGE

PROPOSED ORDER RE ATTY FEES
GREAT DIVIDE V. CHRISTIANSON
CASE NO. 3:06-cv-00060 TMB           1

CERTIFICATE OF SERVICE
I hereby certify that on
July 18, 2007, a copy
of foregoing [Proposed] Order Granting
Plaintiff's Motion For Attorney's Fees
was served electronically on:

Kevin T. Fitzgerald, Esq.
Michael W. Flanigan, Esq.

s/Roger F. Holmes