Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>    Plaintiff.<br><br> vs.<br><br>Todd Christianson, and d/b/a Great Alaska Lawn and Landscaping, Inc.; and Keith Jones,<br><br>    Defendants. | Case No. 3:06-cv-00060 TMB |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Pursuant to Alaska R. Civ. P. 82, and Local Rule 54.3, plaintiff has moved for an award of attorney's fees. According to Rule 82, the rate to be applied to a prevailing party which does not go to trial and which does not involve the recovery of

MEMO IN SUPPORT OF ATTY FEES
GREAT DIVIDE V. TODD CHRISTIANSON
CASE NO. 3:06-cv-00060 (TMB)  1

BISS AND HOLMES
ATTORNEYS AT LAW
3948 CLAY PRODUCTS DRIVE
ANCHORAGE, ALASKA 99517
(907) 248-8013

a money judgment is twenty percent of reasonable actual attorney's fees.

The persons who worked on this case, the total number of hours worked and their billing rates are as follows:

Roger F. Holmes     $190 per hour.     Hours     128.2
Bruce Neilson       $ 70 per hour.     Hours       2.0

The total amount charged to Great Divide for this case was **$24,498.00**. Twenty percent of this amount is **$4,899.60**. Plaintiff requests that it be awarded the amount of **$4,899.60** as attorney's fees for prevailing in this action. A copy of the bills are attached to this memorandum.

I declare under penalty of perjury that the foregoing attorney's fees are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

```
                              Roger F. Holmes
                              BISS & HOLMES
                              Attorneys for Plaintiff
                              GREAT DIVIDE INSURANCE CO.
                              3948 Clay Products Drive
                              Anchorage, Alaska 99517-1014
                              (907) 248-8013 Phone
                              (907) 243-6695 Fax
                              E-mail: roger.bh@gci.net
                              Alaska Bar No. 7011060
```

BISS AND HOLMES
ATTORNEYS AT LAW
3948 CLAY PRODUCTS DRIVE
ANCHORAGE, ALASKA 99517
(907) 248-8013

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

      SUBSCRIBED AND SWORN to before me this 18TH day of July, 2007.



Notary Public in and for Alaska
My commission expires: 2-28-11

CERTIFICATE OF SERVICE
I hereby certify that on July 18th, 2007, a copy of the foregoing <u>Memorandum In Support Of Plaintiff's Motion For Attorney's Fees</u> was served electronically on:

Kevin Fitzgerald, Esq.
Michael W. Flanigan, Esq.

s/Roger F. Holmes

MEMO IN SUPPORT OF ATTY FEES
GREAT DIVIDE V. TODD CHRISTIANSON
CASE NO. 3:06-cv-00060 (TMB)      3

BISS AND HOLMES
ATTORNEYS AT LAW
3948 CLAY PRODUCTS DRIVE
ANCHORAGE, ALASKA 99517
(907) 248-8013