## BISS & HOLMES
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

June 30, 2005

Michael Henning, Litigation Specialist
Nautilus Insurance Company/ Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4034

Re: Keith Jones v. Titan Enterprises
    Claim No. 10015122
    D/L 06/05/03

| Date     | Emp | Services                                                          | Hours |
|----------|-----|-------------------------------------------------------------------|-------|
| 05/31/05 | BDN | rev package of documents from Mike Henning, set up file          | 0.1   |
|          | RFH | rec & rev file                                                    | 0.5   |
| 06/09/05 | RFH | rev materials from Nautilus                                       | 2.0   |
| 06/10/05 | RFH | rev file                                                          | 3.5   |
| 06/13/05 | RFH | rev file materials; ltr to Great Divide                           | 2.2   |
| 06/14/05 | RFH | revise ltr to Great Divide; call from Mike Henning; call Kevin Fitzgerald | 0.6 |
|          |     |                                                                   | 8.9   |

Subtotal for FEES only: 06/30/05        $1,679.00

| Emp              | Hours | Rate   | Amount   |
|------------------|-------|--------|----------|
| Roger F. Holmes  | 8.80  | 190.00 | 1,672.00 |
| Bruce D. Neilson | 0.10  | 70.00  | 7.00     |

Subtotal for fees and costs        $1,679.00

TOTAL AMOUNT DUE AND PAYABLE        $1,679.00

Federal I.D. No: 92-0045102

PAID
Check # 000163342   dtb 7/19/05
Date 7/22/05
Amount 1,679.00

Exhibit  1
Page  1  of  47  Pages

# BISS & HOLMES
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

July 31, 2005

Michael Henning, Litigation Specialist
Nautilus Insurance Company/ Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4064

Re:  Keith Jones v. Titan Enterprises
     Claim No. 10015122
     D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 07/02/05 | RFH | rec & rev materials from Great Divide; rev file; ltr to Alutius | 0.5 |
| 07/04/05 | RFH | rev file; prep for call to Kevin Fitzgerald and statement of Todd Christianson | 1.5 |
| 07/05/05 | RFH | rev corp records; call Dave Alutius, Kevin Fitzgerald; forward materials to Kevin; ltr to Great Divide | 0.7 |
|   |   |   | 2.7 |

Subtotal for FEES only: 07/31/05        $513.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 2.70 | 190.00 | 513.00 |

| Date | Cost Items | Amount |
|---|---|---|
| 07/13/05 | photocopies - 81 copies x $.10 - cc Nautilus Insurance policy to attorney Kevin Fitzgerald. | 8.10 |

Subtotal for COSTS only: 07/31/05        $8.10

Subtotal for fees and costs        $521.10

Balance forward        $1,679.00

Exhibit    1
Page    2    of    47    Pages

Page   2

## BISS & HOLMES

July 31, 2005

Nautilus Insurance Company/ Great Divide Insurance Company

165-4184
Invoice No.  4064

Re:  Keith Jones v. Titan Enterprises

| Date | Invoice No | Payments | Amount |
|---|---|---|---|
| 07/22/05 | 4034 | check in the amount of $1,679.00 received on account.  Thank you. | 1,679.00CR |
| | | Subtotal for PAYMENTS only: 07/31/05 | $1,679.00CR |
| | | TOTAL AMOUNT DUE AND PAYABLE | $521.10 |

Federal I.D. No: 92-0045102

**PAID**  dtd 8/11/05
Check # 0000163527
Date  8/15/05
Amount  521.10

Exhibit  1
Page  3  of  47  Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

August 31, 2005

Michael Henning, Litigation Specialist
Nautilus Insurance Company/ Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4089

Re: Keith Jones v. Titan Enterprises
    Claim No. 10015122
    D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 08/27/05 | RFH | rev file | 0.1 |
| 08/30/05 | RFH | rev message from Kevin Fitzgerald, memo to paralegal re same | 0.2 |
| | | | 0.3 |
| | | Subtotal for FEES only: 08/31/05 | $57.00 |

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 0.30 | 190.00 | 57.00 |
| | | Subtotal for fees and costs | $57.00 |

Balance forward    $521.10

| Date | Invoice No | Payments | Amount |
|---|---|---|---|
| 08/15/05 | 4064 | check in the amount of $521.10 received on account. Thank you. | 521.10CR |
| | | Subtotal for PAYMENTS only: 08/31/05 | $521.10CR |

TOTAL AMOUNT DUE AND PAYABLE    $57.00

Federal I.D. No: 92-0045102

PAID dtd 9/13/05
Check # 0000164465
Date 9/16/05
Amount 57.00

Exhibit 1
Page 4 of 47 Pages

## BISS & HOLMES
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

September 30, 2005

Michael Henning, Litigation Specialist
Nautilus Insurance Company/ Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4116

Re:  Keith Jones v. Titan Enterprises
     Claim No. 10015122
     D/L 06/05/03

| Date | Emp | Services | Hours |
|------|-----|----------|-------|
| 09/06/05 | RFH | rev file; prep for call to Kevin Fitzgerald | 0.8 |
| 09/07/05 | RFH | call Carmen Clark re insurance coverage | 1.0 |
| 09/11/05 | RFH | rev file; ltr to Carmen Clark; status ltr to Mike Henning | 1.0 |
| 09/12/05 | RFH | call Kevin Fitzgerald | 0.3 |
|          |     |                       | 3.1 |

Subtotal for FEES only: 09/30/05        $589.00

| Emp | Hours | Rate | Amount |
|-----|-------|------|--------|
| Roger F. Holmes | 3.10 | 190.00 | 589.00 |

Subtotal for fees and costs        $589.00

Balance forward        $57.00

| Date | Invoice No | Payments | Amount |
|------|------------|----------|--------|
| 09/16/05 | 4089 | check in the amount of $57.00 received on account. Thank you. | 57.00CR |

Subtotal for PAYMENTS only: 09/30/05        $57.00CR

TOTAL AMOUNT DUE AND PAYABLE        $589.00

Exhibit 1
Page 5 of 47 Pages

Page 2

## BISS & HOLMES

September 30, 2005
Nautilus Insurance Company/ Great Divide Insurance Company

165-4184
Invoice No. 4116

Re: Keith Jones v. Titan Enterprises

Federal I.D. No: 92-0045102

PAID
Check # 000165168
Date 10/17/05
Amount 589.00

dtol 10/13/05

Exhibit 1
Page 6 of 47 Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

October 31, 2005

Michael Henning, Litigation Specialist
Nautilus Insurance Company/ Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184

Re: Keith Jones v. Titan Enterprises
    Claim No. 10015122
    D/L 06/05/03

                                        Balance forward         $589.00

Date    Invoice No    Payments                                  Amount

10/17/05    4116      check in the amount of $589.00
                      received on account. Thank you.          589.00CR
                                                              ------------
            Subtotal for PAYMENTS only: 10/31/05              $589.00CR
                                                              ------------

            TOTAL AMOUNT DUE AND PAYABLE                         $0.00
                                                              ============

            Federal I.D. No:  92-0045102

Exhibit 1
Page 7 of 47 Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

November 30, 2005

Michael Henning, Litigation Specialist
Nautilus Insurance Company/ Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4163

Re: Keith Jones v. Titan Enterprises
    Claim No. 10015122
    D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 11/03/05 | RFH | rec & rev corres from Mike Henning; rev file; ltrs to Carmen Clark & Mike Henning | 0.5 |
| 11/15/05 | RFH | call from Carmen Clark; status ltr to Mike Henning | 0.3 |
| | | | 0.8 |

Subtotal for FEES only: 11/30/05        $152.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 0.80 | 190.00 | 152.00 |

Subtotal for fees and costs        $152.00

TOTAL AMOUNT DUE AND PAYABLE        $152.00

Federal I.D. No: 92-0045102

*[handwritten: Paid see Dec stmt]*

Exhibit ___1___
Page ___8___ of _47_ Pages

## BISS & HOLMES
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

December 31, 2005

Michael Henning, Litigation Specialist
Nautilus Insurance Company/ Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184

Re:  Keith Jones v. Titan Enterprises
     Claim No. 10015122
     D/L 06/05/03

```
                              Balance forward          $152.00
            TOTAL AMOUNT DUE AND PAYABLE               $152.00
                                                  ==============

  30 Days      $152.00

            Federal I.D. No:  92-0045102
```

PAID

Check # 0000167051     dtd 1/17/06
Date    1/25/06
Amount  152.00

Exhibit ___1___
Page ___9___ of __47__ Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

January 31, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/ Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184

Re:  Keith Jones v. Titan Enterprises
     Claim No. 10015122
     D/L 06/05/03

                                       Balance forward        $152.00

| Date | Invoice No | Payments | Amount |
|------|------------|----------|--------|
| 01/25/06 | 4163 | payment in the amount of $152.00 received on account. Thank you. | 152.00CR |
| | | Subtotal for PAYMENTS only: 01/31/06 | $152.00CR |
| | | TOTAL AMOUNT DUE AND PAYABLE | $0.00 |

Federal I.D. No: 92-0045102

Exhibit ___1___
Page __10__ of __47__ Pages