**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

March 31, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/ Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4258

Re: Keith Jones v. Titan Enterprises
Claim No. 10015122
D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 03/01/06 | RFH | rec & rev materials from Great Divide | 0.3 |
| 03/02/06 | RFH | rec & rev materials from Mike Henning; rev file; ltr to Mike | 3.0 |
| 03/09/06 | RFH | call Mike Henning; rev file; draft DJ complaint, e-mail to Mike re same | 3.5 |
| 03/10/06 | RFH | rec & rev corres from Mike Henning | 0.1 |
| 03/14/06 | RFH | rev DJ complaint; memo to paralegal with service instructions | 0.3 |
| 03/15/06 | RFH | rec & rev ROR ltr; conf re status of service of process of DJ | 0.3 |
| 03/16/06 | RFH | calls & conf with paralegal re filing & service of DJ | 0.4 |
| 03/20/06 | RFH | rec & rev request from ct for modified submission of exhibits | 0.1 |
| 03/21/06 | RFH | rec & rev materials from Federal Court clerk | 0.2 |
| 03/22/06 | RFH | rev status of service of process | 0.1 |
| | | | 8.3 |

Subtotal for FEES only: 03/31/06   $1,577.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 8.30 | 190.00 | 1,577.00 |

| Date | Cost Items | Amount |
|---|---|---|
| 03/17/06 | U.S. District Court - court fee for filing declaratory judgment lawsuit against Todd Christianson. | 250.00 |

Exhibit __1__
Page __11__ of __47__ Pages

Page 2

## BISS & HOLMES

March 31, 2006

Nautilus Insurance Company/ Great Divide Insurance Company

165-4184
Invoice No.  4258

Re:  Keith Jones v. Titan Enterprises

| Date | Cost Items | Amount |
|---|---|---|
| 03/22/06 | photocopies - 206 copies x $.10 - svsc copies of lawsuit to attorneys Kevin Fitzgerald and Michael Flanigan on behalf of defendants. | 20.60 |
| | Subtotal for COSTS only: 03/31/06 | $270.60 |
| | Subtotal for fees and costs | $1,847.60 |
| | TOTAL AMOUNT DUE AND PAYABLE | $1,847.60 |

Federal I.D. No:  92-0045102

**PAID**   DTD 4-11-06
Check # 0000168850
Date 4-17-06
Amount $1,847.60

Exhibit __1__
Page __12__ of __47__ Pages

```
UNITED STATES
DISTRICT COURT
  District of Alaska
   Anchorage Division

# 00127844 - SF
March 17, 2006

Code    Case #    Qty     Amount

086900-F 06-60CV           60.00 CK
510000-C 06-60CV          190.00 CK


TOTAL→              250.00


FROM: ROGER F. HOLMES INC
      NEW CASE
      A06-0060CV TMB   0060
```

PAID

Check # 25121
Date 3-17-06
Amount *250.00

(4184)

Exhibit ___1___
Page __13__ of __47__ Pages

CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

25121

**ROGER F. HOLMES, INC.**
A PROFESSIONAL CORPORATION
3948 CLAY PRODUCTS DR. (907) 248-8013
ANCHORAGE, AK 99517

DATE 3-17-06

89-6-1252

PAY TO THE ORDER OF: U.S. DISTRICT COURT     $250.00

TWO-HUNDRED-FIFTY-DOLLARS + NO/100 ———— DOLLARS

First National Bank
ALASKA  MEMBER FDIC
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

⑈025121⑈ ⑆125200060⑆ 0114 441 9⑈

---

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

ROGER F. HOLMES, INC.
A PROFESSIONAL CORPORATION

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS ACCT. NO. | AMOUNT |
|---|---|---|---|---|
| 3/17/06 | U.S. DISTRICT COURT - FILING FEE FOR DECLARATORY JUDGMENT ACTION GREAT DIVIDE INSURANCE COMPANY V. TODD CHRISTIANSON #4184 | $250.00 | | |

EMPLOYEE _____

| PERIOD ENDING | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | DEDUCTIONS | | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

V-5

Exhibit ___1___
Page __14__ of __47__ Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

April 30, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4286

Re: Keith Jones v. Titan Enterprises
    Claim No. 10015122
    D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 04/12/06 | BDN | t/c's rec'd from attorney Kevin Fitzgerald re extension of time to answer on behalf of Todd Christianson, stipulating to the same | 0.2 |
| | RFH | rev file for status of service & answers | 0.2 |
| 04/13/06 | RFH | rec & rev pldgs from Todd Christianson | 0.1 |
| 04/18/06 | RFH | rec & rev ct order re defendant's answer | 0.1 |
| 04/25/06 | RFH | exchange e-mails with defense counsel re status | 0.2 |
| 04/28/06 | BDN | prepare notice of proof of service of complaint for declaratory relief on defendant for U.S. District Court | 0.5 |
| | RFH | rec & rev Christianson answer | 0.2 |
| | | | 1.5 |

Subtotal for FEES only: 04/30/06      $201.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 0.80 | 190.00 | 152.00 |
| Bruce D. Neilson | 0.70 | 70.00 | 49.00 |

Subtotal for fees and costs      $201.00

Balance forward      $1,847.60

| Date | Invoice No | Payments | Amount |
|---|---|---|---|
| 04/17/06 | 4258 | payment in the amount of $1,847.60 | |

Exhibit 1
Page 15 of 47 Pages

## BISS & HOLMES

April 30, 2006

Nautilus Insurance Company/Great Divide Insurance Company

165-4184
Invoice No.   4286

Re:  Keith Jones v. Titan Enterprises

| Date | Invoice No | Payments | Amount |
|------|------------|----------|--------|
|      |            | received on account. Thank you. | 1,847.60CR |
|      |            | Subtotal for PAYMENTS only: 04/30/06 | $1,847.60CR |
|      |            | TOTAL AMOUNT DUE AND PAYABLE | $201.00 |

Federal I.D. No:  92-0045102

**PAID**

Check # 0000169483   DTD 5-11-06
Date  5-15-06
Amount  $201.00

Exhibit  1
Page  16  of  47  Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

May 31, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No.  4316

Re:  Keith Jones v. Titan Enterprises
     Claim No. 10015122
     D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 05/02/06 | RFH | conf with Mike Flanigan | 0.2 |
| 05/19/06 | RFH | call from Carmen Clark re possible fast tracking of DJ action | 0.3 |
| 05/21/06 | RFH | rec & rev answer from Jack Watson | 0.2 |
| 05/25/06 | RFH | rec & rev pretrial order | 0.2 |
|   |   |   | 0.9 |

Subtotal for FEES only: 05/31/06     $171.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 0.90 | 190.00 | 171.00 |

Subtotal for fees and costs     $171.00

Balance forward     $201.00

| Date | Invoice No | Payments | Amount |
|---|---|---|---|
| 05/15/06 | 4286 | payment in the amount of $201.00 received on account. Thank you. | 201.00CR |

Subtotal for PAYMENTS only: 05/31/06     $201.00CR

DTP
7-11-06   TOTAL AMOUNT DUE AND PAYABLE     $171.00

PAID SEE JUNE STMT

Exhibit ___1___
Page __17__ of __47__ Pages

## BISS & HOLMES

May 31, 2006

Nautilus Insurance Company/Great Divide Insurance Company

165-4184
Invoice No.   4316

Re:  Keith Jones v. Titan Enterprises

Federal I.D. No:  92-0045102

Exhibit  1
Page  18  of  47  Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

June 30, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4343

Re: Keith Jones v. Titan Enterprises
    Claim No. 10015122
    D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 06/07/06 | RFH | rec & rev pldgs from Todd Christianson | 0.4 |
| 06/08/06 | RFH | rec & rev Christianson mtn for expedited scheduling & rev ct scheduling order | 0.3 |
| 06/09/06 | RFH | call from ct clerk re status; rec & rev ct order re status conf; prep for status conf | 1.4 |
| 06/12/06 | RFH | attend status conf with judge & parties; attend ct ordered planning mtg with defense counsel; draft planning order, e-mail to defense counsel re same; status e-mail to Mike Henning | 3.5 |
| 06/13/06 | RFH | exchange e-mails with Mike Henning re Rule 7.1 corporate disclosure, conf with paralegal re same; rev party planning order, conf with Mike Flanigan & memo to paralegal re same | 1.5 |
| 06/14/06 | RFH | file Rule 7.1 corporate disclosure | 0.2 |
| 06/20/06 | RFH | file pretrial rpt | 0.2 |
| 06/23/06 | RFH | rec & rev corres from Kevin Fitzgerald | 0.1 |
| 06/30/06 | RFH | rec & rev pretrial order | 0.3 |
|  |  |  | 7.9 |

Subtotal for FEES only: 06/30/06    $1,501.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 7.90 | 190.00 | 1,501.00 |

Subtotal for fees and costs    $1,501.00

Exhibit 1
Page 19 of 47 Pages

Page 2

## BISS & HOLMES

June 30, 2006

Nautilus Insurance Company/Great Divide Insurance Company

165-4184
Invoice No. 4343

Re: Keith Jones v. Titan Enterprises

                                Balance forward       $171.00
            TOTAL AMOUNT DUE AND PAYABLE    $1,672.00
                                                      ==============

30 Days      $171.00

             Federal I.D. No: 92-0045102

**PAID**
Check # 00001'70473  DTD 7-11-06
Date 7-14-06
Amount 1,672.00

Exhibit 1
Page 20 of 47 Pages