## BISS & HOLMES
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

July 31, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4367

Re: Keith Jones v. Titan Enterprises
    Claim No. 10015122
    D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 07/03/06 | RFH | wk on Initial Disclosure Statement | 1.0 |
| 07/13/06 | RFH | conf with Kevin Fitzgerald re broker's file | 0.3 |
| 07/27/06 | RFH | rec & rev Jones's mtn for extension of time & reply | 0.1 |
|  |  |  | 1.4 |

Subtotal for FEES only: 07/31/06       $266.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 1.40 | 190.00 | 266.00 |

Subtotal for fees and costs       $266.00

Balance forward       $1,672.00

| Date | Invoice No | Payments | Amount |
|---|---|---|---|
| 07/14/06 | 4316 | payment in the amount of $171.00 received on account. Thank you. | 171.00CR |
| 07/14/06 | 4343 | payment in the amount of $1,501.00 received on account. Thank you. | 1,501.00CR |

Subtotal for PAYMENTS only: 07/31/06       $1,672.00CR

Exhibit ___1___
Page __21__ of __47__ Pages

## BISS & HOLMES

July 31, 2006

Nautilus Insurance Company/Great Divide Insurance Company

165-4184
Invoice No.  4367

Re:  Keith Jones v. Titan Enterprises

TOTAL AMOUNT DUE AND PAYABLE        $266.00
=============

Federal I.D. No:  92-0045102

**PAID**

Check # 0000171071   DTD 8-9-06
Date 8-14-06
Amount $266.00

Exhibit __1__
Page __22__ of __47__ Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

August 31, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4389

Re:  Keith Jones v. Titan Enterprises
     Claim No. 10015122
     D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 08/13/06 | RFH | rev file; draft Initial Disclosure Statement | 3.0 |
| 08/14/06 | RFH | revise & file Initial Disclosure Statement | 0.5 |
| 08/24/06 | RFH | rec & rev Titan's Initial Disclosure Statement & documents, e-mail to Kevin Fitzgerald re same | 0.5 |
| 08/26/06 | RFH | rev file; e-mail to Kevin Fitzgerald re status of broker's file | 0.2 |
| 08/28/06 | RFH | rev file; draft preliminary witness list; memo to paralegal re subpoena for insurance records of all Christianson entities | 1.0 |
| 08/30/06 | RFH | revise & file preliminary witness list; rev subpoena for broker records, calls re same | 0.5 |
|  |  |  | ------- |
|  |  |  | 5.7 |

Subtotal for FEES only: 08/31/06        $1,083.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 5.70 | 190.00 | 1,083.00 |

| Date | Cost Items | Amount |
|---|---|---|
| 08/14/06 | photocopies - 240 copies x $.10 - Great Divide initial disclosure stmt | 24.00 |
| 08/31/06 | C.H.I. of Alaska, Inc. - witness fee for records deposition. | 12.50 |
| 08/31/06 | Attorneys' Process Service - charge for service of subpoena on C.H.I. of Alaska, Inc. | 45.00 |

Exhibit ___1___
Page __23__ of __47__ Pages

Page   2

## BISS & HOLMES

August 31, 2006
Nautilus Insurance Company/Great Divide Insurance Company

165-4184
Invoice No.   4389

Re:  Keith Jones v. Titan Enterprises

```
                                                              -------------
              Subtotal for COSTS only: 08/31/06                  $81.50
                                                              -------------
              Subtotal for fees and costs                      $1,164.50
                                                              -------------

                                      Balance forward           $266.00

Date    Invoice No       Payments                                 Amount

08/14/06     4367    payment in the amount of $266.00
                     received on account. Thank you.              266.00CR
                                                              -------------
              Subtotal for PAYMENTS only: 08/31/06              $266.00CR
                                                              -------------

              TOTAL AMOUNT DUE AND PAYABLE                     $1,164.50
                                                              =============

              Federal I.D. No:  92-0045102
```

PAID   *std 9/7/06*
Check # 0000171688
Date    9/11/06
Amount  1,164.50

Exhibit  1
Page  24  of  47  Pages

CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

**ROGER F. HOLMES, INC.**
A PROFESSIONAL CORPORATION
3948 CLAY PRODUCTS DR.  (907) 248-8013
ANCHORAGE, AK  99517

25436
89-6-1252

DATE August 31, 2006

PAY TO THE ORDER OF  Records Custodian, C.H.I. of Alaska, Inc.   $ 12.50

Twelve-Dollars and 50/100------------------------------------------DOLLARS


First National Bank
ALASKA
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

⑈025436⑈  ⑆125200060⑆  0114 441 9⑈

---

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

ROGER F. HOLMES, INC.
PROFESSIONAL CORPORATION

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS ACCT. NO. | AMOUNT |
|---|---|---|---|---|
| 8/31/06 | Witness fee for records custodian at C.H.I. of Alaska, Inc. - Great Divide Insurance Co. v. Keith Jones  File No. 4184 | $12.50 | | |

EMPLOYEE_____

| PERIOD ENDING | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | DEDUCTIONS | | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

V-5

Exhibit  1
Page  25  of  47  Pages

CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

| ROGER F. HOLMES, INC. | | 25437 |
|---|---|---|
| A PROFESSIONAL CORPORATION | | |
| 3948 CLAY PRODUCTS DR. (907) 248-8013 | | |
| ANCHORAGE, AK 99517 | DATE August 31, 2006 | 89-6-1252 |

PAY TO THE ORDER OF  Attorneys' Process Service                $ 45.00

Forty-Five-Dollars and No/100----------------------------------------DOLLARS

First National Bank ALASKA
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

⑈025437⑈ ⑆125200060⑆ 0114 441 9⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

ROGER F. HOLMES, INC.
A PROFESSIONAL CORPORATION

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS | |
|---|---|---|---|---|
| | | | ACCT. NO. | AMOUNT |
| 8/31/06 | Attorneys' Process Service charge for service of subpoena on C.H.I. of AK, Inc. - Great Divide v. Keith Jones File No. 4184 | $45.00 | | |

EMPLOYEE_____

| PERIOD ENDING | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | DEDUCTIONS | | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

V-5

Exhibit __1__
Page __26__ of __47__ Pages

# BISS & HOLMES
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

September 30, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4411

Re:  Keith Jones v. Titan Enterprises
     Claim No. 10015122
     D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 09/01/06 | RFH | exchange e-mails with Mike Henning | 0.2 |
| 09/07/06 | BDN | t/c's (2) w/records custodian for C.H.I. of Alaska, Inc., re subpoena of Great Divide policies for Titan entities, coordinate production of documents thru Todd Christianson's attorney, Kevin Fitzgerald | 0.2 |
|  | RFH | calls & e-mails re status of broker's file | 0.3 |
| 09/13/06 | RFH | call Kevin Fitzgerald | 0.1 |
| 09/15/06 | RFH | call re status of broker's file | 0.2 |
| 09/22/06 | RFH | calls & e-mails re status of broker's records | 0.3 |
| 09/28/06 | RFH | rev file; calls to Carmen Clark & Kevin Fitzgerald re status; rec & rev broker's file | 2.5 |
| 09/29/06 | RFH | rev broker's file; e-mail to Kevin Fitzgerald re status of discovery; status e-mail to Mike Henning | 3.5 |

                                                    -------
                                                      7.3
                                                    -------

Subtotal for FEES only: 09/30/06     $1,363.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 7.10 | 190.00 | 1,349.00 |
| Bruce D. Neilson | 0.20 | 70.00 | 14.00 |

Subtotal for fees and costs     $1,363.00

Balance forward     $1,164.50

Exhibit 1
Page 27 of 47 Pages

## BISS & HOLMES

September 30, 2006

Nautilus Insurance Company/Great Divide Insurance Company

165-4184
Invoice No.  4411

Re:  Keith Jones v. Titan Enterprises

| Date | Invoice No | Payments | Amount |
|------|-----------|----------|--------|
| 09/11/06 | 4389 | payment in the amount of $1,164.50 received on account. Thank you. | 1,164.50CR |
|  |  | Subtotal for PAYMENTS only: 09/30/06 | $1,164.50CR |
|  |  | TOTAL AMOUNT DUE AND PAYABLE | $1,363.00 |

Federal I.D. No:  92-0045102

PAID     dtd 10/10/06
Check # 0000172274
Date    10/16/06
Amount  1,363.00

Exhibit  1
Page  28  of  47  Pages

## BISS & HOLMES
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

October 31, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4432

Re: Keith Jones v. Titan Enterprises
    Claim No. 10015122
    D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 10/04/06 | RFH | rec & rev corres from Kevin Fitzgerald re Christianson depo; calls re necessity for additional depos | 0.4 |
| 10/09/06 | RFH | calls & e-mails re status of pretrial dates & further discovery | 0.2 |
| 10/11/06 | RFH | calls & e-mails re discovery | 0.3 |
| 10/12/06 | RFH | rec & rev pldgs; call re status of pretrial order; notice Christianson's depo; status rpt to Mike Henning | 0.6 |
| 10/18/06 | RFH | conf with Mike Flanigan; status rpt to Mike Henning; mtn to amend pretrial order | 2.0 |
| 10/22/06 | RFH | prep for Christianson depo | 1.5 |
| 10/23/06 | RFH | prep for Christianson depo | 5.0 |
| 10/25/06 | RFH | conf with Kevin Fitzgerald; prep for Christianson depo | 1.0 |
| 10/26/06 | RFH | depo of Todd Christianson; conf with Kevin Fitzgerald & Mike Flanigan re status of further discovery & amendment of pretrial dates | 4.0 |
| 10/27/06 | RFH | calls Flanigan & Fitzgerald re amending pretrial dates & possible claim against C.H.I. of Alaska, Inc. | 1.0 |
| 10/30/06 | RFH | rev file; status rpt to Mike Henning; call from Mike Henning | 0.7 |
| 10/31/06 | BDN | prepare two subpoenas to C.H.I. of Alaska, Inc. for records custodian and witness Mike Dennis | 1.0 |
|  | RFH | calls Kevin Fitzgerald & Mike Flanigan re materials to be requested from C.H.I. of Alaska, Inc. | 0.3 |

Exhibit 1
Page 29 of 47 Pages

Page 2

## BISS & HOLMES

October 31, 2006

Nautilus Insurance Company/Great Divide Insurance Company

165-4184
Invoice No. 4432

Re:  Keith Jones v. Titan Enterprises

```
                                                              -------
                                                                18.0
                                                              -------
           Subtotal for FEES only: 10/31/06        $3,300.00
                                                  ------------
```

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 17.00 | 190.00 | 3,230.00 |
| Bruce D. Neilson | 1.00 | 70.00 | 70.00 |

| Date | Cost Items | | Amount |
|---|---|---|---|
| 10/31/06 | C.H.I. of Alaska, Inc. - witness fee for deposition of records custodian. | | 12.50 |
| 10/31/06 | C.H.I. of Alaska, Inc. - witness fee for deposition of Mike Dennis. | | 12.50 |

```
                Subtotal for COSTS only: 10/31/06    $25.00
                                                  ------------
                Subtotal for fees and costs         $3,325.00
                                                  ------------

                         Balance forward            $1,363.00
```

| Date | Invoice No | Payments | Amount |
|---|---|---|---|
| 10/16/06 | 4411 | payment in the amount of $1,363.00 received on account. Thank you. | 1,363.00CR |

```
              Subtotal for PAYMENTS only: 10/31/06   $1,363.00CR
                                                  ------------

              TOTAL AMOUNT DUE AND PAYABLE          $3,325.00
                                                  ============
```

Federal I.D. No:  92-0045102

PAID  DTD 11-9-06
Check # 0000172807
Date  11-14-06
Amount  $3,325.00

Exhibit ___1___
Page ___30___ of ___47___ Pages