CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

**ROGER F. HOLMES, INC.**
A PROFESSIONAL CORPORATION
3948 CLAY PRODUCTS DR. (907) 248-8013
ANCHORAGE, AK 99517

25540
89-6-1252

DATE 10/31/06

PAY TO THE ORDER OF  C.H.I. OF ALASKA, INC.        $12.50

Twelve-Dollars and 50/100------------------------------------- DOLLARS

First National Bank ALASKA
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

⑈025540⑈ ⑆125200060⑆ 0114 441 9⑈

---

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

ROGER F. HOLMES, INC.
A PROFESSIONAL CORPORATION

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS |  |
|---|---|---|---|---|
|  |  |  | ACCT. NO. | AMOUNT |
| 10/31/06 | Witness fee for deposition of records custodian (insurance broker) of C.H.I. of Alaska, Inc.  Great Divide v. Christianson, et al. File No. 4184 | $12.50 |  |  |

EMPLOYEE

| PERIOD ENDING | TOTAL EARNINGS | DEDUCTIONS |  |  |  |  |  |  | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX |  |  |  |  |  |  |

V-5

Exhibit ___1___
Page __31__ of __47__ Pages

CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

25541

**ROGER F. HOLMES, INC.**
A PROFESSIONAL CORPORATION
3948 CLAY PRODUCTS DR. (907) 248-8013
ANCHORAGE, AK 99517

DATE 10/31/06

89-6-1252

PAY TO THE ORDER OF   Mike Dennis - C.H.I. Of Alaska, Inc.   $12.50

Twelve-Dollars and 50/100----------------------------------------------------------DOLLARS


First National Bank
ALASKA
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

⑆025541⑆ ⑈125200060⑈ 0114 441 9⑊

ROGER F. HOLMES, INC.
PROFESSIONAL CORPORATION

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS ACCT. NO. | AMOUNT |
|---|---|---|---|---|
| 10/31/06 | Witness fee for Mike Dennis of C.H.I. of Alaska, Inc., deposition.  Great Divide v. Christianson, et al. File No. 4184 | $12.50 | | |

EMPLOYEE _____

| PERIOD ENDING | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | DEDUCTIONS | | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

V-5

Exhibit 1
Page 32 of 47 Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

November 30, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

                                              165-4184
                                    Invoice No. 4460

Re: Keith Jones v. Titan Enterprises
    Claim No. 10015122
    D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 11/01/06 | RFH | exchange e-mails with Mike Flanigan re his request for Superior agency agreement | 0.3 |
| 11/03/06 | RFH | call Mike Flanigan re Great Divide/CHI agency agreement | 0.2 |
| 11/06/06 | RFH | call re status of C.H.I. records & Superior agency agreement | 0.1 |
| 11/07/06 | RFH | rev file; prep for depo of C.H.I. insurance agent | 2.0 |
| 11/08/06 | RFH | rec & rev Christianson depo transcript | 0.3 |
| 11/09/06 | RFH | exchange e-mails re materials needed from C.H.I. insurance agency & pretrial deadlines | 0.4 |
|  | RFH | rec & rev Superior agency agreement | 0.4 |
| 11/13/06 | RFH | depo of C.H.I. of Alaska, Inc. | 3.0 |
| 11/14/06 | RFH | rec complete C.H.I. of Alaska underwriting file | 3.5 |
| 11/15/06 | RFH | rev C.H.I. records | 3.0 |
| 11/17/06 | RFH | conf with Mike Flanigan re status of claim against C.H.I. of Alaska, Inc.; status rpt to Mike Henning | 0.7 |
| 11/19/06 | RFH | e-mails to counsel re status of E&O claim against C.H.I. | 0.2 |
| 11/28/06 | RFH | call from Mike Flanigan re possible suit against C.H.I. | 0.3 |
| 11/30/06 | RFH | rec & rev depo transcripts | 0.4 |
|  |  |  | 14.8 |

        Subtotal for FEES only: 11/30/06    $2,812.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 14.80 | 190.00 | 2,812.00 |

Exhibit 1
Page 33 of 47 Pages

## BISS & HOLMES

November 30, 2006

Nautilus Insurance Company/Great Divide Insurance Company

165-4184
Invoice No.  4460

Re:  Keith Jones v. Titan Enterprises

| Date | Cost Items | Amount |
|---|---|---|
| 11/03/06 | Attorneys' Process Service - charge for service of subpoena on witness Mike Dennis @ C.H.I. of Alaska | 45.00 |
| 11/03/06 | Attorneys' Process Service - service of subpoena on C.H.I. of Alaska records custodian | 45.00 |
| 11/06/06 | Computer Matrix Court Reporters - deposition of defendant Todd Christianson | 187.50 |
| 11/13/06 | Alaska Legal Copy - charge for duplicating C.H.I. of Alaska, Inc., insurance records produced at records deposition held on 11/13/06 | 92.35 |
| 11/30/06 | Computer Matrix Court Reporters - deposition of C.H.I. insurance broker, Mike Dennis | 79.75 |

```
                    Subtotal for COSTS only: 11/30/06      $449.60

                    Subtotal for fees and costs            $3,261.60


                              Balance forward              $3,325.00
```

| Date | Invoice No | Payments | Amount |
|---|---|---|---|
| 11/14/06 | 4432 | payment in the amount of $3,325.00 received on account. Thank you. | 3,325.00CR |

```
                 Subtotal for PAYMENTS only: 11/30/06      $3,325.00CR

                 TOTAL AMOUNT DUE AND PAYABLE              $3,261.60
                                                           ============
```

Federal I.D. No:  92-0045102

*PAID SEE DECEMBER STMT*

Exhibit ___1___
Page __34__ of __47__ Pages

CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

25545

**ROGER F. HOLMES, INC.**
A PROFESSIONAL CORPORATION
3948 CLAY PRODUCTS DR.  (907) 248-8013
ANCHORAGE, AK  99517

DATE  11/3/06

89-6-1252

PAY TO THE ORDER OF  Attorneys' Process Service         $ 45.00

Forty-Five-Dollars and No/100------------------------------------------- DOLLARS


First National Bank
ALASKA
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

⑈025545⑈ ⑆125200060⑆ 0114 441 9⑈

---

ROGER F. HOLMES, INC.
A PROFESSIONAL CORPORATION

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | ACCT. NO. | AMOUNT |
|---|---|---|---|---|
| 11/3/06 | Attorneys' Process Service charge for service of subpoena on C.H.I. of Alaska records custodian<br><br>Great Divide v. Christianson/Jones File No. 4184 | $45.00 | | |

EMPLOYEE_____

| PERIOD ENDING | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

V-5

Exhibit __1__
Page __35__ of __47__ Pages

CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

**ROGER F. HOLMES, INC.**
A PROFESSIONAL CORPORATION
3948 CLAY PRODUCTS DR. (907) 248-8013
ANCHORAGE, AK 99517

25546
89-6-1252

DATE 11/3/06

PAY TO THE ORDER OF Attorneys' Process Service             $45.00

Forty-Five-Dollars and No/100----------------------------------DOLLARS

First National Bank
ALASKA MEMBER FDIC
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

⑈025546⑈ ⑆125200060⑆ 0114 441 9⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

ROGER F. HOLMES, INC.
PROFESSIONAL CORPORATION

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS ACCT. NO. | AMOUNT |
|---|---|---|---|---|
| 11/3/06 | Attorneys' Process Service charge for service of subpoena on C.H.I./Mike Dennis for deposition<br>Great Divide v. Chrisitianson/Jones File No. 4184 | $45.00 | | |

EMPLOYEE

| PERIOD ENDING | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | DEDUCTIONS | | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

V-5

Exhibit 1
Page 36 of 47 Pages

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/7/2006 | 7389 |

**BILL TO**

Mr. Roger F. Holmes
Biss & Holmes
Attorneys at Law
3948 Clay Products Drive
Anchorage, AK  99517

RECEIVED
NOV 0 7 2006
BISS & HOLMES
ATTORNEYS AT LAW

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Great Divide v. Christianson | | | |
| 3:06-cv-00060 | | | |
| Deposition of | | | |
| Todd Christianson - 10/26/06 | | | |
| Recording time (per hour) | 1 | 30.00 | 30.00 |
| Original & Copy (per page) | 42 | 3.50 | 147.00 |
| Exhibits | 42 | 0.25 | 10.50 |

It's a pleasure working with you!

**Total** $187.50

WE ACCEPT VISA AND MASTERCARD

Exhibit 1
Page 37 of 47 Pages



# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/13/2006 | 224581 |

| BILL TO | SHIP TO |
|---|---|
| Biss & Holmes<br>3948 Clay Products Dr.<br>Anchorage, AK  99517 | Same<br>Attn: Roger Holmes<br>248-8013 |

RECEIVED NOV 1 4 2006 BISS & HOLMES ATTORNEYS AT LAW

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | RH |  |  |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 120 | Straight run; single side, no staples | 1,847 | 0.05 | 92.35 |
|  | Copies only.  One copy to Ingaldson, Maassen & Fitzgerald, attn: Beth and Walther & Flanigan, attn: Michael.  Originals returned to Houston & Houston, attn: Paul Houston. |  |  |  |

THANK You

Signature:

Total  $92.35

Exhibit 1
Page 38 of 47 Pages

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2006 | 7476 |

**BILL TO**

Mr. Roger F. Holmes
Biss & Holmes
Attorneys at Law
3948 Clay Products Drive
Anchorage, AK 99517

RECEIVED NOV 3 0 2006
BISS & HOLMES
ATTORNEYS AT LAW

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Great Divide Ins. v. Christianson 3:06-CV-00060 Deposition of Mike Dennis - 11/16/05 | | | |
| Copy of transcript (per page) | 59 | 1.25 | 73.75 |
| Exhibits | 24 | 0.25 | 6.00 |

It's a pleasure working with you!

**Total** $79.75

WE ACCEPT VISA AND MASTERCARD

Exhibit 1
Page 39 of 47 Pages