**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

December 31, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4486

Re: Keith Jones v. Titan Enterprises
    Claim No. 10015122
    D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 12/11/06 | RFH | wk on SJ mtn | 5.0 |
| 12/12/06 | RFH | wk on SJ mtn | 3.5 |
| 12/13/06 | RFH | revise SJ mtn | 2.5 |
| 12/14/06 | RFH | file SJ mtn; status e-mail to Mike Henning | 0.5 |
| 12/18/06 | RFH | rec & rev ct order re pending SJ mtn, conf with paralegal re same | 0.2 |
| 12/26/06 | RFH | calls re status of pending SJ mtn | 0.3 |
| 12/29/06 | RFH | calls & e-mails with Kevin Fitzgerald re SJ opposition | 0.2 |
| 12/30/06 | RFH | rec & rev interim responses to pending SJ mtn | 0.3 |
|  |  |  | 12.5 |

Subtotal for FEES only: 12/31/06     $2,375.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 12.50 | 190.00 | 2,375.00 |

| Date | Cost Items | Amount |
|---|---|---|
| 12/14/06 | Computer Matrix Court Reporters - records deposition of witness Paul Houston from C.H.I. of Alaska. | 30.00 |
| 12/14/06 | photocopies - 50 copies x $.10 - summary judgment motion | 5.00 |

Subtotal for COSTS only: 12/31/06     $35.00

Exhibit 1
Page 40 of 47 Pages

# BISS & HOLMES

December 31, 2006

Nautilus Insurance Company/Great Divide Insurance Company

165-4184
Invoice No. 4486

Re: Keith Jones v. Titan Enterprises

Subtotal for fees and costs    $2,410.00

Balance forward    $3,261.60

TOTAL AMOUNT DUE AND PAYABLE    $5,671.60

30 Days    $3,261.60    (NOVEMBER) # 3,261.60

Federal I.D. No: 92-0045102

PAID
Check # 0000174014  DTD 1-11-07
Date 1-16-07
Amount $2,410.00

PAID
Check # 0000174094  DTD 1-16-07
Date 1-19-07
Amount $3,261.60

Exhibit 1
Page 41 of 47 Pages

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/9/2006 | 7530 |

**BILL TO**

Mr. Roger F. Holmes
Biss & Holmes
Attorneys at Law
3948 Clay Products Drive
Anchorage, AK 99517

RECEIVED
DEC 12 2006
BISS & HOLMES
ATTORNEYS AT LAW

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Great Divide Ins., v. Christianson 3:06-cv-00060 Deposition of Paul Houston representing CHI of AK) 11/13/06 Recording time (per hour) | 1 | 30.00 | 30.00 |

PAID
Check # 25573
Date 12-14-06
Amount $30.00

#4184

It's a pleasure working with you!

**Total** $30.00

WE ACCEPT VISA AND MASTERCARD

Exhibit 1
Page 42 of 47 Pages

## BISS & HOLMES
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

January 31, 2007

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4513

Re: Keith Jones v. Titan Enterprises
    Claim No. 10015122
    D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 01/02/07 | RFH | call re Todd Christianson depo exhibits | 0.1 |
| 01/03/07 | RFH | rec & rev ct order granting mtn for extension of time | 0.1 |
| 01/04/07 | RFH | rec & rev notice from court | 0.1 |
| 01/09/07 | RFH | call from Kevin Fitzgerald | 0.1 |
| 01/10/07 | RFH | call from Kevin Fitzgerald re status of pending SJ mtn | 0.2 |
| 01/11/07 | RFH | rec & rev ct order | 0.1 |
| 01/12/07 | RFH | call from Mike Flanigan | 0.1 |
| 01/17/07 | RFH | rec & rev pltf's opposition to SJ mtn | 2.0 |
| 01/18/07 | RFH | calls re timing of SJ response | 0.3 |
| 01/22/07 | RFH | wk on SJ reply memo | 5.5 |
| 01/23/07 | RFH | wk on SJ response (rev cases cited by Christianson) | 3.0 |
| 01/24/07 | RFH | wk on SJ reply memorandum | 7.5 |
| 01/25/07 | RFH | revise SJ reply memo | 1.0 |
| 01/26/07 | RFH | rev file; status rpt to Mike Henning | 0.7 |
| 01/30/07 | RFH | rec & rev request for oral argument, calls & e-mails re same | 0.3 |
|  |  |  | 21.1 |

Subtotal for FEES only: 01/31/07    $4,009.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 21.10 | 190.00 | 4,009.00 |

Subtotal for fees and costs    $4,009.00

Exhibit 1
Page 43 of 47 Pages

Page   2

# BISS & HOLMES

January 31, 2007
Nautilus Insurance Company/Great Divide Insurance Company

165-4184
Invoice No.   4513

Re:  Keith Jones v. Titan Enterprises

                              Balance forward        $5,671.60

| Date | Invoice No | Payments | Amount |
|---|---|---|---|
| 01/16/07 | 4460 | payment in the amount of $2,410.00 received on account. Thank you. | 2,410.00CR |
| 01/19/07 | Multiple | payment in the amount of $3,261.60 received on account. Thank you. | 3,261.60CR |

              Subtotal for PAYMENTS only: 01/31/07      $5,671.60CR

              TOTAL AMOUNT DUE AND PAYABLE             $4,009.00

              Federal I.D. No:  92-0045102

**PAID**

Check # 00001747Z0  DTD 2-8-07
Date  2-13-07
Amount  $4,009.00

Exhibit  1
Page  44  of  47  Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

February 28, 2007

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No.  4537

Re:  Keith Jones v. Titan Enterprises
     Claim No. 10015122
     D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 02/07/07 | RFH | rec & rev notice of oral argument, calls re same | 0.2 |
| | | | 0.2 |
| | | Subtotal for FEES only: 02/28/07 | $38.00 |

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 0.20 | 190.00 | 38.00 |
| | | Subtotal for fees and costs | $38.00 |
| | | TOTAL AMOUNT DUE AND PAYABLE | $38.00 |

Life of matter

Billed for fees        21,686.00
Billed for costs          869.80
Billed for fees and costs   22,555.80

Federal I.D. No:  92-0045102

PAID
Check # 0000175312   DTD 3-13-07
Date 3-19-07
Amount $38.00

Exhibit __1__
Page __45__ of __47__ Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

March 31, 2007

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4558

Re:  Keith Jones v. Titan Enterprises
     Claim No. 10015122
     D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 03/10/07 | RFH | prep for SJ hearing | 5.0 |
| 03/12/07 | RFH | rev cases cited by Christianson in SJ opposition | 3.0 |
| 03/13/07 | RFH | prep for & attend oral argument on pending SJ mtn; status rpt to Mike Henning | 5.0 |
| 03/15/07 | RFH | rec & rev supplemental SJ filings from Christianson | 0.4 |
| 03/24/07 | RFH | draft mtn to supplement pending SJ pldgs | 1.0 |
| 03/28/07 | RFH | conf with Kevin Fitzgerald re status; file supplemental SJ memo | 0.4 |

                                                            14.8

            Subtotal for FEES only: 03/31/07      $2,812.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 14.80 | 190.00 | 2,812.00 |

            Subtotal for fees and costs       $2,812.00

**PAID**    DTO
Check # 0000175955  4-17-07    TOTAL AMOUNT DUE AND PAYABLE    $2,812.00
Date  4-20-07
Amount  $2812.00

Exhibit ___1___
Page __46__ of __47__ Pages

Page   2

## BISS & HOLMES

March 31, 2007
Nautilus Insurance Company/Great Divide Insurance Company

165-4184
Invoice No.   4558

Re:  Keith Jones v. Titan Enterprises

```
                                    Life of matter
              Billed for fees         24,498.00
              Billed for costs            869.80
                                    ------------
        Billed for fees and costs     25,367.80
                                    ============
```

Federal I.D. No:  92-0045102

Exhibit ___1___
Page __47__ of __47__ Pages