CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

```
                                                              25121
ROGER F. HOLMES, INC.
A PROFESSIONAL CORPORATION
3948 CLAY PRODUCTS DR.  (907) 248-8013
ANCHORAGE, AK 99517
                                   DATE  3-17-06            89-6-1252

PAY TO THE     U.S. DISTRICT COURT                    $250.00
ORDER OF

TWO-HUNDRED-FIFTY-DOLLARS + NO/100                    DOLLARS

First National Bank          TWO SIGNATURES REQUIRED OVER $100.00
ALASKA  MEMBER FDIC          [signatures: Carol Kay Packard / Bruce D. Mailor]
www.FNBAlaska.com

"025121"  :125200060:  0114 441 9"
```

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

ROGER F. HOLMES, INC.
A PROFESSIONAL CORPORATION

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS ACCT. NO. | AMOUNT |
|---|---|---|---|---|
| 3/17/06 | U.S. DISTRICT COURT - FILING FEE FOR DECLARATORY JUDGMENT ACTION GREAT DIVIDE INSURANCE COMPANY V. TODD CHRISTIANSON #4184 | $250.00 | | |

EMPLOYEE _____

| PERIOD ENDING | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | DEDUCTIONS | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

V-5

Exhibit ___1___
Page ___1___ of ___19___ Pages

```
UNITED STATES
DISTRICT COURT
   District of Alaska
   Anchorage Division

#  00127844  -  SF
March 17, 2006


Code    Case #    Qty     Amount

086900-F 06-60CV              60.00 CK
510000-C 06-60CV             190.00 CK


TOTAL→                       250.00


FROM: ROGER F. HOLMES INC
      NEW CASE
      A06-0060CV TMB    0060
```

PAID

Check # 25121
Date    3-17-06
Amount   $250.00

(4184)

Exhibit ___1___
Page ___2___ of ___19___ Pages

CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

**ROGER F. HOLMES, INC.**
A PROFESSIONAL CORPORATION
3948 CLAY PRODUCTS DR. (907) 248-8013
ANCHORAGE, AK 99517

25436
89-6-1252

DATE August 31, 2006

PAY TO THE ORDER OF Records Custodian, C.H.I. of Alaska, Inc.     $12.50

Twelve-Dollars and 50/100----------------------------------------DOLLARS

**First National Bank ALASKA** MEMBER FDIC
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

[signature]

⑈025436⑈ ⑆125200060⑈ 0114 441 9⑈

---

ROGER F. HOLMES, INC.
A PROFESSIONAL CORPORATION

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | ACCT. NO. | AMOUNT |
|---|---|---|---|---|
| 8/31/06 | Witness fee for records custodian at C.H.I. of Alaska, Inc. - Great Divide Insurance Co. v. Keith Jones<br><br>File No. 4184 | $12.50 | | |

EMPLOYEE _____

| PERIOD ENDING | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | | | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

V-5

Exhibit  1
Page  3  of  19  Pages

*[handwritten: √pur 831]*

CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

25437

**ROGER F. HOLMES, INC.**
A PROFESSIONAL CORPORATION
3948 CLAY PRODUCTS DR.   (907) 248-8013
ANCHORAGE, AK 99517

DATE August 31, 2006

89-6-1252

PAY TO THE ORDER OF   Attorneys' Process Service          $ 45.00

Forty-Five-Dollars and No/100----------------------------------------DOLLARS

First National Bank ALASKA
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

⑈025437⑈ ⑆125200060⑆ 0114 441 9⑈

---

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

ROGER F. HOLMES, INC.
A PROFESSIONAL CORPORATION

DELUXE BUSINESS FORMS   1+800-328-0304   www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS ACCT. NO. | AMOUNT |
|---|---|---|---|---|
| 8/31/06 | Attorneys' Process Service charge for service of subpoena on C.H.I. of AK, Inc. - Great Divide v. Keith Jones File No. 4184 | $45.00 | | |

EMPLOYEE _____

| PERIOD ENDING | TOTAL EARNINGS | DEDUCTIONS | | | | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | | | | | | | |

Exhibit  1
Page  4  of  19  Pages

PLM 8-31

V-5

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT, AT ANCHORAGE

GREAT DIVIDE INSURANCE COMPANY )
)
)
-VS-                                    Plaintiff(s) )
)
TODD CHRISTIANSON dba GREAT ALASKA LAWN AND )        RETURN OF SERVICE
LANDSCAPING, ET. AL., )
)
                                        Defendant(s) )

Case No: 3:06-CV-00060 TMB

I certify that on  Wednesday, September 6, 2006  at  3:01 P.M.  I served the following documents
SUBPOENA IN A CIVIL CASE; ADDENDUM TO SUBPOENA; NOTICE OF DEPOSITION ON WRITTEN QUESTIONS TO C.H.I. OF ALASKA, INC.; WITNESS FEE CHECK; LETTER DATED 8/31/06

on the therein named  C.H.I. OF ALASKA, INC. - RECORDS CUSTODIAN

at  507 W. NORTHERN LIGHTS BLVD.  in  Anchorage, Alaska by leaving a true and correct copy with
PAUL HOUSTON, MANAGER, RECORDS CUSTODIAN

_____
Process Server /  NANCY THOMPSON

SUBSCRIBED AND SWORN to me this day of  Thursday, September 7, 2006

_____
Notary Public in and for the State of Alaska
My Commission Expires: 3-5-09

(SEAL)

Attorney:   BISS & HOLMES
            3948 CLAY PRODUCTS DRIVE
            ANCHORAGE, AK  99517
Attention:  BRUCE NEILSON
File No:
Service Fee: $35.00
Mileage:     $10.00
Endeavor:
Endeavor:    SUBPOENA 9/18/06 @ 10:00 AM
Total:       $45.00      (A.P.S.) NO:   64636

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

Exhibit  1
Page  5  of  19  Pages

CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

**ROGER F. HOLMES, INC.**
A PROFESSIONAL CORPORATION
3948 CLAY PRODUCTS DR. (907) 248-8013
ANCHORAGE, AK 99517

25540
89-6-1252

DATE 10/31/06

PAY TO THE ORDER OF  C.H.I. OF ALASKA, INC.  $12.50

Twelve-Dollars and 50/100----------------------------------------DOLLARS

First National Bank ALASKA  MEMBER FDIC
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

⑈025540⑈ ⑆125200060⑈ 0114 441 9⑈

---

ROGER F. HOLMES, INC.
A PROFESSIONAL CORPORATION

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS | |
|---|---|---|---|---|
| | | | ACCT. NO. | AMOUNT |
| 10/31/06 | Witness fee for deposition of records custodian (insurance broker) of C.H.I. of Alaska, Inc.<br><br>Great Divide v. Christianson, et al. File No. 4184 | $12.50 | | |

EMPLOYEE_____

| PERIOD ENDING | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | DEDUCTIONS | | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

V-5

Exhibit  1
Page  6  of  19  Pages

PLM 10/31

**CopyPlus**
(No Carbon Paper Required)
Tear Along Perforation

| | |
|---|---|
| **ROGER F. HOLMES, INC.**<br>A PROFESSIONAL CORPORATION<br>3948 CLAY PRODUCTS DR. (907) 248-8013<br>ANCHORAGE, AK 99517 | 25541<br>DATE 10/31/06<br>89-6-1252 |

PAY TO THE ORDER OF  Mike Dennis - C.H.I. Of Alaska, Inc.    $12.50

Twelve-Dollars and 50/100------------------------------------DOLLARS

**First National Bank ALASKA** MEMBER FDIC
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

⑆025541⑆ ⑈125200060⑈ 0114 441 9⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

ROGER F. HOLMES, INC.
A PROFESSIONAL CORPORATION

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | ACCT. NO. | AMOUNT |
|---|---|---|---|---|
| 10/31/06 | Witness fee for Mike Dennis of C.H.I. of Alaska, Inc., deposition.<br><br>Great Divide v. Christianson, et al.<br>File No. 4184 | $12.50 | | |

EMPLOYEE _____

| PERIOD ENDING | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

V-5

Exhibit  1
Page  7  of  19  Pages

vPwM 10-31

CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

**ROGER F. HOLMES, INC.**
A PROFESSIONAL CORPORATION
3948 CLAY PRODUCTS DR.  (907) 248-8013
ANCHORAGE, AK 99517

25545
89-6-1252

DATE 11/3/06

PAY TO THE ORDER OF: Attorneys' Process Service      $ 45.00

Forty-Five-Dollars and No/100------------------------------------------------ DOLLARS

First National Bank ALASKA
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

"025545"  :125200060:  0114 441 9"

---

ROGER F. HOLMES, INC.
A PROFESSIONAL CORPORATION

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | ACCT. NO. | AMOUNT |
|---|---|---|---|---|
| 11/3/06 | Attorneys' Process Service charge for service of subpoena on C.H.I. of Alaska records custodian<br><br>Great Divide v. Christianson/Jones<br>File No. 4184 | $45.00 | | |

EMPLOYEE_____

| PERIOD ENDING | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | | | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

V-5

Exhibit 1
Page 8 of 19 Pages

PYM 11-30-06

CopyPlus
(No Carbon Paper Required)
Tear Along Perforation

**ROGER F. HOLMES, INC.**
A PROFESSIONAL CORPORATION
3948 CLAY PRODUCTS DR. (907) 248-8013
ANCHORAGE, AK 99517

25546
89-6-1252

DATE 11/3/06

PAY TO THE ORDER OF Attorneys' Process Service    $45.00

Forty-Five-Dollars and No/100----------------------------------------DOLLARS

First National Bank
ALASKA
www.FNBAlaska.com

TWO SIGNATURES REQUIRED OVER $100.00

⑊025546⑊ ⑉125200060⑊ 0114 441 9⑊

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

ROGER F. HOLMES, INC.
A PROFESSIONAL CORPORATION

DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCB-2 V-5

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS ACCT. NO. | AMOUNT |
|---|---|---|---|---|
| 11/3/06 | Attorneys' Process Service charge for service of subpoena on C.H.I./Mike Dennis for deposition<br>Great Divide v. Chrisitianson/Jones File No. 4184 | $45.00 | | |

EMPLOYEE_____

| PERIOD ENDING | TOTAL EARNINGS | F.I.C.A. | WITHHOLDING U.S. INC. TAX | STATE INCOME TAX | DEDUCTIONS | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

V-5

Exhibit 1
Page 9 of 19 Pages

✓PLM 11-30-06

IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA
THIRD JUDICIAL DISTRICT, AT   ANCHORAGE

GREAT DIVIDE INSURANCE COMPANY )
)
)
)
-VS-                      Plaintiff(s) )
)
TODD CHRISTEIANSON dba GREAT ALASKA LAWN AND )
LANDSCAPING, INC., and KEITH JONES )
)
)
Defendant(s) )

**RECEIVED NOV 0 6 2006 BISS & HOLMES ATTORNEYS AT LAW**

RETURN OF SERVICE

Case No: 3:06-CV-00060 TMB

I certify that on   Friday, November 3, 2006  at  3:12 PM  I served the following documents
SUBPOENA FOR TAKING DEPOSITION, NOTICE OF TAKING DEPOSITION & WITNESS FEE CHECK

on the therein named   MIKE DENNIS, c/o C.H.I. OF ALASKA, INC.
at  507 W. NORTHERN LIGHTS BLVD.  in  Anchorage, Alaska by leaving a true and correct copy with
MIKE DENNIS, personally

Process Server /   SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of   Friday, November 3, 2006

Notary Public in and for the State of Alaska
My Commission Expires: 5-12-10

BRIAN HOWARD NOTARY PUBLIC STATE OF ALASKA (SEAL)

Attorney:   BISS & HOLMES
3948 CLAY PRODUCTS DRIVE
ANCHORAGE, AK 99517

Attention:   BRUCE NEILSON

File No:

Service Fee:   $35.00
Mileage:   $10.00
Endeavor:
Endeavor:   SUBPOENA 11/15/06 @ 9:00 AM
Total:   $45.00   (A.P.S.) NO:   65656

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

Exhibit  1
Page  10  of  19  Pages