IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA
THIRD JUDICIAL DISTRICT, AT   ANCHORAGE

GREAT DIVIDE INSURANCE COMPANY )
)
)
-VS- Plaintiff(s) )
)
TODD CHRISTEIANSON dba GREAT ALASKA LAWN AND )
LANDSCAPING, INC., and KEITH JONES )
)
Defendant(s) )

**RECEIVED NOV 0 6 2006**
**BISS & HOLMES ATTORNEYS AT LAW**

RETURN OF SERVICE

Case No: 3:06-CV-00060 TMB

I certify that on   Friday, November 3, 2006   at   3:13 P.M.   I served the following documents
SUBPOENA FOR TAKING DEPOSITION, NOTICE OF TAKING DEPOSITION & WITNESS FEE CHECK

on the therein named   C.H.I. OF ALASKA, INC. - RECORDS CUSTODIAN
at   507 W. NORTHERN LIGHTS BLVD.   in   Anchorage, Alaska by leaving a true and correct copy with
MIKE DENNIS - OWNER - C.H.I. OF ALASKA, INC.

Process Server /   SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of   Friday, November 3, 2006

Notary Public in and for the State of Alaska
Commission Expires: 5-12-10

(SEAL)

Attorney:   BISS & HOLMES
3948 CLAY PRODUCTS DRIVE
ANCHORAGE, AK 99517
Attention:   BRUCE NEILSON
File No:
Service Fee:   $35.00
Mileage:   $10.00
Endeavor:
Endeavor:   SUBPOENA 11/13/06 @ 9:00 AM
Total:   $45.00   (A.P.S.) NO:   65659

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

Exhibit   1
Page   11   of   19   Pages

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/7/2006 | 7389 |

**BILL TO**

Mr. Roger F. Holmes
Biss & Holmes
Attorneys at Law
3948 Clay Products Drive
Anchorage, AK 99517

RECEIVED
NOV 0 7 2006
BISS & HOLMES
ATTORNEYS AT LAW

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Great Divide v. Christianson 3:06-cv-00060 Deposition of Todd Christianson - 10/26/06 | | | |
| Recording time (per hour) | 1 | 30.00 | 30.00 |
| Original & Copy (per page) | 42 | 3.50 | 147.00 |
| Exhibits | 42 | 0.25 | 10.50 |

PAID
Check # 5523
Date 11/13/06
Amount 187.50

It's a pleasure working with you!

**Total** $187.50

WE ACCEPT VISA AND MASTERCARD

Exhibit 1
Page 12 of 19 Pages

PLM 11-30-06



# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

**Invoice**

| DATE | INVOICE # |
|---|---|
| 11/13/2006 | 224581 |

| BILL TO | SHIP TO |
|---|---|
| Biss & Holmes<br>3948 Clay Products Dr.<br>Anchorage, AK 99517 | Same<br>Attn: Roger Holmes<br>248-8013 |

**RECEIVED NOV 1 4 2006 BISS & HOLMES ATTORNEYS AT LAW**

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | RH |  |  |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 120 | Straight run; single side, no staples | 1,847 | 0.05 | 92.35 |
|  | Copies only. One copy to Ingaldson, Maassen & Fitzgerald, attn: Beth and Walther & Flanigan, attn: Michael. Originals returned to Houston & Houston, attn: Paul Houston. |  |  |  |
|  | *Thank You* |  |  |  |

Signature:

| Total | $92.35 |
|---|---|

Exhibit 1
Page 13 of 19 Pages

PLM 11-30-0

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2006 | 7476 |

**BILL TO**

Mr. Roger F. Holmes
Biss & Holmes
Attorneys at Law
3948 Clay Products Drive
Anchorage, AK  99517



RECEIVED
NOV 3 0 2006
BISS & HOLMES
ATTORNEYS AT LAW

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Great Divide Ins. v. Christianson 3:06-CV-00060 Deposition of Mike Dennis - 11/16/05 | | | |
| Copy of transcript (per page) | 59 | 1.25 | 73.75 |
| Exhibits | 24 | 0.25 | 6.00 |

It's a pleasure working with you!

**Total** $79.75

WE ACCEPT VISA AND MASTERCARD

Exhibit  1
Page  14  of  19  Pages

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/9/2006 | 7530 |

**BILL TO**

Mr. Roger F. Holmes
Biss & Holmes
Attorneys at Law
3948 Clay Products Drive
Anchorage, AK 99517

RECEIVED DEC 1 2 2006
BISS & HOLMES
ATTORNEYS AT LAW

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Great Divide Ins., v. Christianson 3:06-cv-00060<br><br>Deposition of Paul Houston representing CHI of AK) 11/13/06<br>Recording time (per hour) | 1 | 30.00 | 30.00 |

PAID
Check # 25573
Date 12-14-06
Amount $30.00
#4184

It's a pleasure working with you!

**Total** $30.00

WE ACCEPT VISA AND MASTERCARD

Exhibit 1
Page 15 of 19 Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

July 31, 2005

Michael Henning, Litigation Specialist
Nautilus Insurance Company/ Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4064

Re: Keith Jones v. Titan Enterprises
    Claim No. 10015122
    D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 07/02/05 | RFH | rec & rev materials from Great Divide; rev file; ltr to Alutius | 0.5 |
| 07/04/05 | RFH | rev file; prep for call to Kevin Fitzgerald and statement of Todd Christianson | 1.5 |
| 07/05/05 | RFH | rev corp records; call Dave Alutius, Kevin Fitzgerald; forward materials to Kevin; ltr to Great Divide | 0.7 |
| | | | 2.7 |

Subtotal for FEES only: 07/31/05      $513.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 2.70 | 190.00 | 513.00 |

| Date | Cost Items | Amount |
|---|---|---|
| 07/13/05 | photocopies - 81 copies x $.10 - cc Nautilus Insurance policy to attorney Kevin Fitzgerald. | 8.10 |

Subtotal for COSTS only: 07/31/05      $8.10

Subtotal for fees and costs      $521.10

Balance forward      $1,679.00

Exhibit 1
Page 16 of 19 Pages

Page   2

## BISS & HOLMES

Nautilus Insurance Company/ Great Divide Insurance Company

March 31, 2006

165-4184
Invoice No.   4258

Re:  Keith Jones v. Titan Enterprises

| Date | Cost Items | Amount |
|---|---|---|
| 03/22/06 | photocopies - 206 copies x $.10 - svsc copies of lawsuit to attorneys Kevin Fitzgerald and Michael Flanigan on behalf of defendants. | 20.60 |
| | Subtotal for COSTS only: 03/31/06 | $270.60 |
| | Subtotal for fees and costs | $1,847.60 |
| | TOTAL AMOUNT DUE AND PAYABLE | $1,847.60 |

Federal I.D. No: 92-0045102

PAID   DTD 4-11-06
Check # 0000168850
Date  4-17-06
Amount  $1,847.60

Exhibit  1
Page  17  of  19  Pages

## BISS & HOLMES
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

August 31, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4389

Re: Keith Jones v. Titan Enterprises
Claim No. 10015122
D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 08/13/06 | RFH | rev file; draft Initial Disclosure Statement | 3.0 |
| 08/14/06 | RFH | revise & file Initial Disclosure Statement | 0.5 |
| 08/24/06 | RFH | rec & rev Titan's Initial Disclosure Statement & documents, e-mail to Kevin Fitzgerald re same | 0.5 |
| 08/26/06 | RFH | rev file; e-mail to Kevin Fitzgerald re status of broker's file | 0.2 |
| 08/28/06 | RFH | rev file; draft preliminary witness list; memo to paralegal re subpoena for insurance records of all Christianson entities | 1.0 |
| 08/30/06 | RFH | revise & file preliminary witness list; rev subpoena for broker records, calls re same | 0.5 |
| | | | 5.7 |

Subtotal for FEES only: 08/31/06   $1,083.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 5.70 | 190.00 | 1,083.00 |

| Date | Cost Items | Amount |
|---|---|---|
| 08/14/06 | photocopies - 240 copies x $.10 - Great Divide initial disclosure stmt | 24.00 |
| 08/31/06 | C.H.I. of Alaska, Inc. - witness fee for records deposition. | 12.50 |
| 08/31/06 | Attorneys' Process Service - charge for service of subpoena on C.H.I. of Alaska, Inc. | 45.00 |

Exhibit 1
Page 18 of 19 Pages

**BISS & HOLMES**
Attorneys at Law
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone (907) 248-8013

December 31, 2006

Michael Henning, Litigation Specialist
Nautilus Insurance Company/Great Divide Insurance Company
7233 East Butherus Drive
Scottsdale, Arizona 85260

165-4184
Invoice No. 4486

Re: Keith Jones v. Titan Enterprises
Claim No. 10015122
D/L 06/05/03

| Date | Emp | Services | Hours |
|---|---|---|---|
| 12/11/06 | RFH | wk on SJ mtn | 5.0 |
| 12/12/06 | RFH | wk on SJ mtn | 3.5 |
| 12/13/06 | RFH | revise SJ mtn | 2.5 |
| 12/14/06 | RFH | file SJ mtn; status e-mail to Mike Henning | 0.5 |
| 12/18/06 | RFH | rec & rev ct order re pending SJ mtn, conf with paralegal re same | 0.2 |
| 12/26/06 | RFH | calls re status of pending SJ mtn | 0.3 |
| 12/29/06 | RFH | calls & e-mails with Kevin Fitzgerald re SJ opposition | 0.2 |
| 12/30/06 | RFH | rec & rev interim responses to pending SJ mtn | 0.3 |
|   |   |   | 12.5 |

Subtotal for FEES only: 12/31/06   $2,375.00

| Emp | Hours | Rate | Amount |
|---|---|---|---|
| Roger F. Holmes | 12.50 | 190.00 | 2,375.00 |

| Date | Cost Items | Amount |
|---|---|---|
| 12/14/06 | Computer Matrix Court Reporters - records deposition of witness Paul Houston from C.H.I. of Alaska. | 30.00 |
| 12/14/06 | photocopies - 50 copies x $.10 - summary judgment motion | 5.00 |

Subtotal for COSTS only: 12/31/06   $35.00

Exhibit  1
Page  19  of  19  Pages