Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GRET DIVIDE INSURANCE COMPANY,<br><br>    Plaintiff.<br><br> vs.<br><br>Todd Christianson, and<br>d/b/a Great Alaska Lawn<br>and Landscaping, Inc.; and<br>Keith Jones,<br>    Defendants. | Case No. 3:06-cv-00060 TMB |

## NOTICE OF COST BILL HEARING

PLEASE TAKE NOTICE that the undersigned will bring plaintiff's <u>Bill of Costs</u> on for hearing before this Court in courtroom 229 of the United States District Court Building, at 222 West 7th Avenue, Anchorage, Alaska, on the 26th day of July, 2007, at the hour of 9:00 a.m.

Dated at Anchorage, Alaska on this 18th day of July, 2007.

>BISS & HOLMES
>Attorneys for Plaintiff
>Great Divide Insurance Company
>
>s/Roger F. Holmes
>Roger F. Holmes
>3948 Clay Products Drive
>Anchorage, Alaska 99517-1014
>(907) 248-8013 Office
>(907) 243-6695 Fax
>E-mail: roger.bh@gci.net
>Alaska Bar No. 7011060

CERTIFICATE OF SERVICE
I hereby certify that on July 18, 2007, a copy of foregoing Notice of Cost Bill Hearing was served electronically on:

Kevin Fitzgerald, Esq.
Michael W. Flanigan, Esq.

s/Roger F. Holmes