Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     vs.<br><br>Todd Christianson, and<br>d/b/a Great Alaska Lawn<br>and Landscaping, Inc.; and<br>Keith Jones,<br>             Defendants. | Case No. 3:06-cv-00060 TMB |

### CLARIFICATION OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Keith Jones has not opposed plaintiff's request for relief in this action. Plaintiff's motion for attorneys fees (docket no. 49) and cost bill (docket no. 51) are directed only at Todd Christianson, d/b/a Great Alaska Lawn and Landscaping, Inc. Plaintiff apologizes for any confusion generated by its motion and cost bill.

DATED at Anchorage, Alaska, this 19th day of July, 2007.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.

s/Roger F. Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
(907) 248-8013 Phone
(907) 243-6695 Fax
E-mail: roger.bh@gci.net
Alaska Bar No. 7011060

CERTIFICATE OF SERVICE
I hereby certify that on
July 19, 2007, a copy of
the foregoing Clarification of
Plaintiff's Motion For
Attorney's Fees was served
electronically:

Kevin Fitzgerald, Esq.
Michael W. Flanigan, Esq.

s/Roger F. Holmes