Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREET DIVIDE INSURANCE COMPANY, )<br>)<br>Plaintiff. )<br>)<br>vs. )<br>)<br>Todd Christianson, and )<br>d/b/a Great Alaska Lawn )<br>and Landscaping, Inc.; and )<br>Keith Jones, )<br>Defendants. )<br>_____) | Case No. 3:06-cv-00060 TMB |

## SECOND RE-NOTICE OF COST BILL HEARING

PLEASE TAKE NOTICE that the cost bill hearing previously scheduled at 9:00 a.m. on Tuesday August 7, 2007, is vacated. The undersigned will bring plaintiff's Bill of Costs on for hearing before this Court in courtroom 229 of the United States District Court Building, at 222 West 7th Avenue, Anchorage, Alaska, on the 9th day of August, 2007, at the hour of 2:00 p.m.

2ND RE-NOTICE OF COST BILL HEARING
GREAT DIVIDE V. CHRISTIANSON
CASE NO. 3:06-cv-00060 (TMB)            1

Dated at Anchorage, Alaska on this 6th day of August, 2007.

                                              BISS & HOLMES
Attorneys for Plaintiff
Great Divide Insurance Company

s/Roger F. Holmes
Roger F. Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
(907) 248-8013 Office
(907) 243-6695 Fax
E-mail: roger.bh@gci.net
Alaska Bar No. 7011060

CERTIFICATE OF SERVICE
I hereby certify that on August 6, 2007, a copy of foregoing Second Re-Notice of Cost Bill Hearing was served electronically on:

Kevin Fitzgerald, Esq.
Michael W. Flanigan, Esq.

s/Roger F. Holmes