



# NAUTILUS INSURANCE GROUP®
Nautilus Insurance Company    Great Divide Insurance Company

November 22, 2004

**RECEIVED**
Ingaldson, Maassen & Fitzgerald, PC

NOV 29 2004

File No. 7561-5  Cat:_____
Approved for File: _____

Kevin T. Fitzgerald
Ingaldson, Maassen & Fitzgerald, PC
813 West Third Avenue
Anchorage, AK   99501

RE:  Keith Jones v. Bowie Industries and Todd Christianson, et al
 Our Insured      :   Titan Enterprises, LLC dba: Titan Top Soil
 Claim Number     :   10015122
 Policy Number    :   GC 240519
 Plaintiff        :   Keith Jones
 Date of Loss     :   06/05/2003

Dear Mr. Fitzgerald:

Thank you for your letter of November 18, 2004. in order to complete the investigation, we need to get a statement from Mr. Christianson regarding Mr. Jones' employment status with Titan Enterprises, LLC dba: Titan Top Soil. By copy of this letter to Dave Alutius, I request that he continue with his efforts to get a statement from Mr. Christianson.

Additionally, I have instructed Mr. Alutius to get documentation to determine whether or not Keith Jones was in fact an employee of Titan Enterprises, LLC dba: Titan Top Soil in the course and scope of employment at the time of the incident. I have requested that Mr. Alutius obtain documentation regarding the following:

 1.  Copies of any employment records the insured has on Keith Jones that documents his employment with Titan Enterprises or Titan Top Soil such as payroll records, application for employment, W-2 forms, etc.
 2.  Information on the status of whether the insured has a workers comp carrier. Has this been submitted to that carrier?
 3.  Any incident reports the insured may have prepared regarding the incident.
 4.  Did OSHA conduct an investigation? Did the insured receive any documents from them? If so, provide copies of those documents.

You, or the insured, may forward the documentation regarding the above issues either to Mr. Alutius or direct to my attention. Once the investigation has been completed, we will review the information and documentation obtained along with the allegations asserted in the Complaint in conjunction with the language, terms, endorsements and conditions of the policy issued in order to determine whether or not coverage is provided under the policy for the defense and/or indemnification of Titan Enterprises, LLC dba: Titan Top Soil for this matter.

Great Divide Insurance Company, by this letter and by its continued investigation of this matter, does not waive nor invalidate any of the other terms, conditions or exclusions of the policy. We specifically reserve the right to exercise any of the other terms, conditions or exclusions which now exist or may later become apparent. Great Divide Insurance Company specifically reserves the right to bring n action to declare the obligations and responsibilities of the parties hereto under the contract of insurance in question, at any time after the date of this letter.

If you have questions regarding this matter, please call me at 1-800-842-8972 ext. 1041. Thank you for your attention to this matter.

7273 East Butherus Drive    Scottsdale, Arizona 85260    Phone 800.842.8972    480.951.0905    Fax 480.951.9730

*A BERKLEY COMPANY*®        Exhibit __2__
                            Page __1__ of __2__ Pages

TITAN TOP SOIL-TITAN ENTERPRISES LLC
10015122
November 22, 2004
Page 2

---

Sincerely,
Great Divide Insurance Company

Mike Henning
Litigation Specialist

cc: Dave Alutius
    Northern Adjusters
    1401 Rudakof Circle
    Anchorage, AK 99508

Exhibit 2
Page 2 of 2 Pages