Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GRET DIVIDE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) Todd Christianson, and ) d/b/a Great Alaska Lawn ) and Landscaping, Inc.; and ) Keith Jones, ) Defendants. ) _____) | Case No. 3:06-cv-00060 TMB |

<u>NOTICE OF WITHDRAWAL OF MOTION FOR
ATTORNEY'S FEES AND REQUEST FOR COSTS</u>

Plaintiff moved for an award of costs and attorney's fees against Defendant Christianson only (docket 49). Pursuant to agreement between the plaintiff and Christianson (<u>attachment</u> <u>A</u>) plaintiff hereby withdraws its cost bill and motion for

attorney's fees.  The Court's 7/13/07 Judgment (docket 48) may stand as the final judgment in this matter.

DATED at Anchorage, Alaska, this 13th day of August, 2007.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.

s/Roger F. Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
(907) 248-8013 Phone
(907) 243-6695 Fax
E-mail: roger.bh@gci.net
Alaska Bar No. 7011060

CERTIFICATE OF SERVICE
I hereby certify that on August 13, 2007, a copy of foregoing Notice of Withdrawal of Motion for Attorney's Fees and Request For Costs was served electronically on:

Kevin T. Fitzgerald, Esq.
Michael W. Flanigan, Esq.

s/Roger F. Holmes