**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers

813 West Third Avenue
Anchorage, Alaska 99501-2001
Telephone (907) 258-8750   Facsimile (907) 258-8751


RECEIVED
AUG 1 3 2007
BISS & HOLMES
ATTORNEYS AT LAW

Peter J. Maassen
William H. Ingaldson
Kevin T. Fitzgerald
Stuart C. Rader
Jim M. Boardman
Carmen E. Clark

August 10, 2007

TELECOPIED TO 243-6695

Roger F. Holmes, Esquire
3948 Clay Products Drive
Anchorage, AK  99517

    Re:  Keith Jones v. Bowie Industries, et al.
        Case 3AN-04-10958 CI
        Our File No. 7501-5

Dear Roger:

    This follows our conversation after the conclusion of the cost hearing. As I informed you, I filed the opposition to your motion for attorney fees. Nonetheless, I discussed with Christianson the issue of an appeal versus fees and costs. Christianson will not file an appeal if your client waives fees and costs. Given our discussion I anticipate this will be acceptable to your client. As a result, please file the necessary paperwork with the court.

                                Very truly yours,

                                  Kevin T. Fitzgerald

cc: Mr. T. Christianson
jj/F:\W\7501-5\Correspondence\Holmes Ltr 3.doc

Exhibit \_\_A\_\_
Page \_\_1\_\_ of \_\_1\_\_ Pages